UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X
:
BRUCE KIRBY, INC., and :
BRUCE KIRBY, :
:
                 Plaintiffs, :
   -against- :
:
LASERPERFORMANCE (EUROPE) LIMITED, :
QUARTER MOON, INCORPORATED, : Civil Action No. 3:13-cv-00297 (RNC)
KARAYA (JERSEY) LIMITED, :
VELUM LIMITED ITM SA (ANTIGUA AND :
BARBUDA), :
INTERNATIONAL SAILING FEDERATION :
LIMITED, :
INTERNATIONAL LASER CLASS :
ASSOCIATION, and :
FARZAD RASTEGAR, :
------------------------------------------------------------- X

**STATEMENT OF CORPORATE DISCLOSURE**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Velum Limited hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interests.

Date:  June 12, 2013

                                            By:     /s/Turner P. Smith
                                                   Turner P. Smith (ct 24359)
                                                   Curtis, Mallet-Prevost,
                                                   Colt & Mosle LLP
                                                   101 Park Avenue
                                                   New York, New York 10178
                                                   Phone:  (212) 696-6121
                                                   Fax:  (917) 368-8821
                                                   Email:  tsmith@curtis.com

14981420

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2013, a copy of the Statement of Corporate Disclosure was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     /s/Turner P. Smith
Turner P. Smith (ct 24359)
Curtis, Mallet-Prevost,
Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Phone: (212) 696-6121
Fax: (917) 368-8821
Email: tsmith@curtis.com