UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
                                                       :

BRUCE KIRBY, INC., and
BRUCE KIRBY,

                           Plaintiffs,           :    Civil Action No. 3:13-cv-00297 (RNC)

           -against-

LASERPERFORMANCE (EUROPE) LIMITED,
QUARTER MOON, INCORPORATED,
KARAYA (JERSEY) LIMITED,
VELUM LIMITED ITM SA (ANTIGUA AND
   BARBUDA),
INTERNATIONAL SAILING FEDERATION
   LIMITED,
INTERNATIONAL LASER CLASS
   ASSOCIATION, and
FARZAD RASTEGAR,

                         Defendants.
---------------------------------------------------------------- X

## **DECLARATION OF RAINER BUCHECKER**

        RAINER BUCHECKER declares, pursuant to 28 U.S.C. § 1746:

        1.     I am a director of Velum Limited ("Velum"), a defendant in this action. I make this declaration in support of Velum's Motion to Dismiss the Complaint.

        2.     This declaration is based on my personal knowledge and my review of documents maintained by Velum in the ordinary course of business.

**Velum Has No Contacts With Connecticut**

        3.     Velum is incorporated in the nation of Antigua and Barbuda. Velum does not have an office in the state of Connecticut.

        4.     Velum is not licensed, nor has it ever been licensed, to do business in the state of Connecticut.

5. Velum does not maintain, nor has it ever maintained, an address or telephone in the state of Connecticut.

6. Velum does not maintain, nor has it ever maintained, a bank account in the state of Connecticut.

7. Velum does not have, nor has it ever had, an agent for service of process in the state of Connecticut.

8. Velum does not employ, nor has it ever employed, persons or agents in the state of Connecticut.

9. Velum does not solicit business, nor has it ever solicited business, in the state of Connecticut.

10. Velum does not promote itself, nor has it ever promoted itself, in the state of Connecticut.

11. Velum employees and agents do not travel regularly, nor have they ever traveled regularly, to the state of Connecticut.

12. Velum does not pay, nor has it ever paid, income tax in the state of Connecticut.

13. Velum does not own or lease, nor has it ever owned or leased, any real property in the state of Connecticut.

14. Velum does not transact business in the state of Connecticut.

**The LASER Marks**

15. Velum is the owner of the LASER trademarks in the United Kingdom and Europe (the "LASER marks").

16. Velum does not manufacture, nor has it ever manufactured, sailboats in the state of Connecticut or elsewhere.

17. Velum does not control the manufacturing, nor has it ever controlled the manufacturing, of sailboats in the state of Connecticut or elsewhere.

18. Velum does not sell or distribute, nor has it ever sold or distributed, sailboats in the state of Connecticut or elsewhere.

19. Velum does not engage, nor has it ever engaged, in any sales of any products in the state of Connecticut.

**The BRUCE KIRBY Mark**

20. Velum does not use, nor has it ever used, the "Bruce Kirby" mark in the state of Connecticut, or elsewhere.

21. Velum does not use, nor has it ever used, Bruce Kirby's name or likeness in the state of Connecticut, or elsewhere.

22. Velum does not sell products, nor has it ever sold products, with the "Bruce Kirby" mark in the state of Connecticut, or elsewhere.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May \_\_\_, 2013
Geneva, Switzerland

_____
RAINER BUCHECKER