**CERTIFICATE OF SERVICE**

        I hereby certify that on June 12, 2013, a copy of defendants Karaya (Jersey) Limited's and Velum Limited's Motion to Dismiss Plaintiffs' Amended Complaint and accompanying Memorandum of Law and Declarations of Thomas von Urbisch and Rainer Buchecker were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                          /s/Turner P. Smith
                        Turner P. Smith (ct 24359)
                        CURTIS, MALLET-PREVOST,
                            COLT & MOSLE LLP
                        101 Park Avenue
                        New York, New York 10178
                        Phone:  (212) 696-6121
                        Fax:  (917) 368-8821
                        Email:  tsmith@curtis.com