**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2013, a copy of defendants LaserPerformance (Europe) Limited's and Quarter Moon, Incorporated's Answer and Counterclaims was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/Turner P. Smith
Turner P. Smith (ct 24359)
CURTIS, MALLET-PREVOST,
   COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Phone: (212) 696-6121
Fax: (917) 368-8821
Email: tsmith@curtis.com