UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., and<br>BRUCE KIRBY<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND BARBUDA),<br>INTERNATIONAL SAILING FEDERATION LIMITED,<br>INTERNATIONAL LASER CLASS ASSOCIATION, and<br>FARZAD RASTEGAR<br><br>　　　　　Defendants. | Civil Action No.<br>3:13-cv-00297-RNC<br><br><br><br><br><br><br><br><br><br><br>June 19, 2013 |

**PLAINTIFFS' MOTION FOR PREJUDGMENT REMEDY AGAINST ISAF AND ILCA**

　　　　Plaintiffs BRUCE KIRBY, INC. and BRUCE KIRBY move pursuant to Rule 64 of the Federal Rules of Civil Procedure, and Connecticut General Statutes § 52-278a *et seq.*, for a prejudgment remedy:

　　　　1) enjoining the manufacture, sale and issuance of ISAF Plaques and New ISAF Plaques (as referred to and described in the accompanying Memorandum and in the First Amended Complaint);

　　　　2) ordering the destruction of all ISAF Plaques and New ISAF Plaques not yet placed on sailboat hulls; and

3) enjoining the sale and issuance of and Sail and/or Hull Numbers (as referred to and described in the accompanying Memorandum and in the First Amended Complaint)

by Defendants INTERNATIONAL SAILING FEDERATION LIMITED ("ISAF") and INTERNATIONAL LASER CLASS ASSOCIATION ("ILCA").

Plaintiff Bruce Kirby's Affidavit and Notice and Claim Form in support of this Motion are attached.

Respectfully submitted,

June 19, 2013

*/s/ Wesley W. Whitmyer, Jr.*
Wesley W. Whitmyer, Jr., ct03509
Andy I. Corea, ct25925
Brian L. Repper, ct28225
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut  06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email:  litigation@ssjr.com

ATTORNEYS FOR PLAINTIFFS