**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE KIRBY, INC., and BRUCE KIRBY <br><br> Plaintiffs, <br><br> vs. <br><br> LASERPERFORMANCE (EUROPE) LIMITED, QUARTER MOON, INCORPORATED, KARAYA (JERSEY) LIMITED, VELUM LIMITED ITM SA (ANTIGUA AND BARBUDA), INTERNATIONAL SAILING FEDERATION LIMITED, INTERNATIONAL LASER CLASS ASSOCIATION, and FARZAD RASTEGAR <br><br> Defendants. | Civil Action No. 3:13-cv-00297-RNC |

## AFFIDAVIT OF BRUCE KIRBY IN SUPPORT OF PREJUDGMENT REMEDY

The undersigned, Bruce Kirby, in support of the Plaintiffs' application for a prejudgment remedy, hereby deposes and states as follows:

1.      I am over 18 years of age and understand the obligations of an oath.

2.      I am an individual plaintiff in this action and also the sole owner of co-plaintiff Bruce Kirby, Inc. ("BKI"). I am a resident of the State of Connecticut. I have personal knowledge of the facts set forth herein, and, if called as a witness could and would competently testify thereto.

3.      I am the designer of a 13 foot 10 ½ inch sailboat referred to herein and in my Complaint as the "Kirby Sailboat".

4.      I have entered into a series of agreements ("Builder Agreements") with sailboat builders ("Licensed Builders") licensing them to use the Kirby Sailboat design to manufacture sailboats and sell them in specified territories.  I granted these licenses in exchange for royalty payments from the sailboat builders.  I have terminated the contractual rights of Defendant Quarter Moon, Incorporated ("Quarter Moon") and LaserPerformance (Europe) Limited ("LP Europe"; collectively "Laser Performance") to build Kirby Sailboats.

5.      Based in part on shipping notifications (attached as exhibits to my First Amended Complaint) and images of New ISAF Plaques I have reviewed, I believe that ISAF and ILCA are continuing to issue ISAF Plaques, New ISAF Plaques, Hull Numbers, and/or Sail Numbers to Laser Performance.  These plaques and numbers have no use other than to build Kirby Sailboats.  These plaques and numbers, when affixed to an unauthorized and/or counterfeit Kirby Sailboat, falsely indicate that the boat is sanctioned, authentic, and legitimate.  I believe that Laser Performance will use the ISAF Plaques, New ISAF Plaques, Hull Numbers, and/or Sail Numbers to build additional unauthorized and/or counterfeit Kirby Sailboats.

6.      ISAF and ILCA have represented to me that they will not cease issuing ISAF Plaques, New ISAF Plaques, Sail Numbers, and Hull Numbers to Laser Performance absent a court order.  ISAF and ILCA have changed ILCA's rules to no longer require Kirby Sailboat Builders to have a license from myself or BKI.  Based on these actions, I believe that ISAF and ILCA will continue to issue ISAF Plaques, New ISAF Plaques, Hull Numbers, and/or Sail Numbers to unauthorized builders (thereby enabling the unlawful manufacture of unauthorized Kirby Sailboats) for the foreseeable future, unless this Court takes action.

7.      I have attempted to license the manufacture of Kirby Sailboats by authorized third-party builders.  I believe that ISAF and ILCA's continued issuance of ISAF Plaques, New

ISAF Plaques, Sail Numbers, and Hull Numbers to Laser Performance, along with their purported change to ILCA's rules, has deceived the buying public into believing that the unauthorized and counterfeit Laser Performance Kirby Sailboats are sanctioned, authentic, and legitimate. I believe that this has damaged the potential marketability of authorized Kirby Sailboats, and interfered with my ability to lawfully obtain royalties for my rights.

8.      The Kirby Sailboat may lose Olympic Status due to ISAF and ILCA's attempt to sanction counterfeit and unauthorized boats for competition as if they were authorized Kirby Sailboats made according to the Construction Manual. If this occurs, I will be further harmed by a permanent devaluation of my rights in the Kirby Sailboat design.

I declare under penalty of perjury under the laws of the State of Connecticut and the United States of America that the foregoing is true and accurate to the best of my knowledge, and that this Affidavit is executed on June 18, 2013 at Stamford, Connecticut, United States.

Bruce Kirby

Subscribed and sworn to before me this
18th day of June, 2013

Notary Public:
JOAN M. BURNETT
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2017

My Commission Expires: _____

3