UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., and<br>BRUCE KIRBY<br><br>           Plaintiffs,<br><br>       vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND BARBUDA),<br>INTERNATIONAL SAILING FEDERATION LIMITED,<br>INTERNATIONAL LASER CLASS ASSOCIATION, and<br>FARZAD RASTEGAR<br><br>           Defendants. | Civil Action No.<br>3:13-cv-00297-RNC |

**PROPOSED ORDER**

The above application having been presented to the court, it is hereby ordered, that a hearing be held thereon on _____ at _____ a.m./p.m. and that Plaintiffs give notice to Defendants INTERNATIONAL SAILING FEDERATION LIMITED and INTERNATIONAL LASER CLASS ASSOCIATION in accordance with section 52-278c of the general statutes of the pendency of the application and of the time when it will be heard by causing a true and attested copy of the application, complaint, affidavit and of this order, together with such notice as is required under subsection (e) of section 52-278c, to be served upon the Defendants INTERNATIONAL SAILING FEDERATION LIMITED and INTERNATIONAL LASER CLASS ASSOCIATION electronically.

2

Dated at Hartford this ___ day of _____, 2013.

_____
United States District Judge