UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., and BRUCE KIRBY<br><br>            Plaintiffs,<br><br>       vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED, QUARTER MOON, INCORPORATED, KARAYA (JERSEY) LIMITED, VELUM LIMITED ITM SA (ANTIGUA AND BARBUDA), INTERNATIONAL SAILING FEDERATION LIMITED, INTERNATIONAL LASER CLASS ASSOCIATION, and FARZAD RASTEGAR<br><br>            Defendants. | Civil Action No.<br>3:13-cv-00297-RNC<br><br><br><br><br><br><br><br><br><br>June 19, 2013 |

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of June, 2013, a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR PREJUDGMENT REMEDY AGAINST ISAF AND ILCA, MEMORANDUM OF LAW IN SUPPORT, AFFIDAVIT OF BRUCE KIRBY, NOTICE TO DEFENDANTS and PROPOSED ORDER** were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

This is to further certify that on this 19th day of June, 2013, true and correct copies of the foregoing were sent by prepaid first class / air mail delivery to the following:

| | |
|---|---|
| Tracy Usher<br>President<br>International Laser Class Association<br>P.O. Box 370701<br>Montara, CA 94037 | Jon Napier<br>ISAF In-House Solicitor<br>ISAF Secretariat<br>International Sailing Federation<br>Ariadne House, Town Quay<br>Southampton, Hampshire SO14 2AQ<br>United Kingdom |

| | |
|---|---|
| Kevin C. Cain, Esq.<br>Zizik Powers O'Connell Spaulding &<br>Lamontagne, P.C.<br>690 Canton Street<br>Westwood, MA 02090<br><br>*Representatives for*<br>*International Laser Class Association* | Nick Martindale<br>Veale Wasbrough Vizards<br>Orchard Court, Orchard Lane<br>Bristol BS1 5WS<br>England<br><br>Vincent Monte-Sano<br>Carter, Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY  10005<br><br>*Representatives for*<br>*International Sailing Federation Limited* |
| <u>June 19, 2013</u><br>Date | <u>*/s/ Joan M. Burnett*</u><br>Joan M. Burnett |