UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
BRUCE KIRBY,INC.,                   :
                                    :
     Plaintiff,                     :
                                    :
V.                                  :   NO.3:13 CV-0297 (RNC)
                                    :
LASERPERFORMANCE LIMITED,           :
ET AL.,                             :
                                    :
     Defendants.                    :
```

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____      For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____      To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____      To supervise discovery and resolve discovery disputes;

_____      To conduct a settlement conference;

_____      To conduct a prefiling conference;

_____      A hearing on damages and attorney fees;

\_\_X\_\_       A ruling on the following pending motion(s):

             Motion for Prejudgment Remedy [41]

             So ordered.

     Dated at Hartford, Connecticut this 20th day of June 2013.


                                   _____/s/ RNC_____
                                   Robert N. Chatigny, U.S.D.J.