```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


BRUCE KIRBY,INC.,                   :
                                    :
     Plaintiff,                     :
                                    :
V.                                  :    NO.3:13 CV-0297 (RNC)
                                    :
LASERPERFORMANCE LIMITED,           :
ET AL.,                             :
                                    :
     Defendants.                    :
```

                     REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

|  |  |
|---|---|
| _____ | For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge; |
| _____ | To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b); |
| _____ | To supervise discovery and resolve discovery disputes; |
| _____ | To conduct a settlement conference; |
| _____ | To conduct a prefiling conference; |
| _____ | A hearing on damages and attorney fees; |
| __X__ | A ruling on the following pending motion(s): |

        Motion for Extension of Time to Serve [43]

        So ordered.

Dated at Hartford, Connecticut this 21st day of June 2013.

                                                /s/ RNC
                                    Robert N. Chatigny, U.S.D.J.