UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x
BRUCE KIRBY, INC., and
BRUCE KIRBY,

             Plaintiff,

v.

LASERPERFORMANCE (EUROPE)
LIMITED, QUARTER MOON,
INCORPORATED, KARAYA (JERSEY)
LIMITED, VELUM LIMITED ITM SA
(ANTIGUA AND BARBUDA),
INTERNATIONAL SAILING FEDERATION
LIMITED, INTERNATIONAL LASER CLASS
ASSOCIATION, and FARZAD RASTEGAR

             Defendants.
------------------------------------------------------------- x

Civil Action No. 3:13-cv-00297 (RNC)

## DEFENDANT INTERNATIONAL SAILING FEDERATION LIMITED'S FIRST MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant International Sailing Federation Limited ("ISAF") respectfully requests that its time to answer or otherwise respond to plaintiffs Bruce Kirby, Inc.'s and Bruce Kirby's First Amended Complaint For Counterfeiting, Default of Contract, Inducement to Default Contract, Trademark Infringement, Unfair Competition, False Designation of Origin and Misappropriation of Publicity Rights (the "First Amended Complaint"), be extended by 23 days up to and including July 19, 2013. This is ISAF's first request for an extension of time to answer plaintiffs' First Amended Complaint. Counsel for plaintiffs consents to this request.

7243399.1

Dated: June 26, 2013

                                                 Respectfully submitted,

                               CARTER LEDYARD & MILBURN LLP

                               By: _____

                                   Judith A. Lockhart
                                   2 Wall Street
                                   New York, New York  10005
                                   (212) 732-3200
                                   *Attorneys for Defendant International Sailing Federation Limited*

7243399.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2013, a copy of the annexed Motion was served electronically on the parties that have appeared in this action by the Court's CM/ECF System.

/s/ Judith A. Lockhart
Judith A. Lockhart

6642713.1

6998801.1