UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., and<br>BRUCE KIRBY<br><br>          Plaintiffs,<br><br>          vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND<br>BARBUDA),<br>INTERNATIONAL SAILING FEDERATION<br>LIMITED,<br>INTERNATIONAL LASER CLASS<br>ASSOCIATION, and<br>FARZAD RASTEGAR<br><br>          Defendants. | Civil Action No.<br>3:13-cv-00297-RNC |

## PLAINTIFFS' MOTION TO EXTEND TIME

Plaintiffs Bruce Kirby and Bruce Kirby, Inc. (collectively referred to as "Plaintiffs"), by their counsel, hereby move for an extension of time to and including July 15, 2013, to respond to Defendants Velum Limited and Karaya (Jersey) Limited's Motion to Dismiss dated June 12, 2013 [Dkt No. 38] ("Motion No. 38"), Defendant Farzad Rastegar's Motion to Dismiss, dated June 12, 2013 [Dkt No. 39] ("Motion No. 39") and Defendants LaserPerformance (Europe) Limited and Quarter Moon, Incorporated's Answer and Counterclaims, filed June 12, 2013 [Dkt No. 40] ("LP-QMI's Counterclaims"). Plaintiffs' respectfully submit that good cause exists for this extension of time because Plaintiffs require additional time to confer with counsel and investigate the allegations in the pending motions and counterclaims.

Counsel for Plaintiffs has contacted Turner P. Smith, counsel for Defendants LaserPerformance (Europe) Limited, Karaya (Jersey) Limited, Quarter Moon Incorporated, Velum Limited and Farzad Rastegar (collectively, the "Rastegar Defendants"), who has indicated that the Rastegar Defendants consent to this motion for extension of time.

This is Plaintiffs' first request for extension of time of the deadline to respond to Motion No. 38, Motion No. 39, and LP-QMI's Counterclaims.

Respectfully submitted,

June 28, 2013	*/s/ Wesley W. Whitmyer, Jr.*
Wesley W. Whitmyer, Jr., ct03509
Andy I. Corea, ct25925
Brian L. Repper, ct28225
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut  06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email:  litigation@ssjr.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      This is to certify that on this 28th day of June, 2013, a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO EXTEND TIME** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

      This is to further certify that on this 28th day of June, 2013, a true and correct copy of the foregoing was sent by email and first class mail, postage prepaid, to the following:

Kevin C. Cain, Esq.
Zizik Powers O'Connell Spaulding & Lamontagne, P.C.
690 Canton Street
Westwood, MA 02090

*Representatives for*
*International Laser Class Association*

June 28, 2013                                                      */s/ Joan M. Burnett*
Date                                                             Joan M. Burnett