# EXHIBIT 1



**From:** Farzad Rastegar <farbcal@hotmail.com>
**Date:** 1 April 2010 11:27:05 PM GMT+10:00
**To:** <heini@hmwellmann.ch>
**Cc:** Sam McQuigg <sam.mcquigg@meywin.com>,< john.shad@garda.us.com>, Devin Kelly <devin.kelly@laserperformance.com>, < cspencer@equitableaustralia.com>, Bruce Kirby <brucekirby@optonline.net>, Bill Crane <wscrane@gmail.com>,< jcm@laserinternational.org>, < otani@psjpn.co.jp>, <h@globalsailing.co.nz>
**Subject: RE: AW: Re[2]: Laser Stakeholders Meeting**

Dear Mr Wellmann,
Please see my comments IN CAPS IN RED below your writing.
Respectfully,
Farzad Rastegar

---

From: heini@hmwellmann.ch
To: farbcal@hotmail.com
CC: sam.mcquigg@meywin.com; john.shad@garda.us.com; devin.kelly@laserperformance.com; cspencer@equitableaustralia.com; brucekirby@optonline.net; wscrane@gmail.com; jcm@laserinternational.org; otani@psjpn.co.jp; h@globalsailing.co.nz
Subject: AW: Re[2]: Laser Stakeholders Meeting
Date: Wed, 31 Mar 2010 23:17:57 +0200
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->

Dear Sir,

I write you directly regarding Takao Otani's e-mail below because you are the initiator of the "stakeholder meeting".

First of all, let me repeat that from the International Laser Class Association's perspective such a meeting is most welcome and every effort needs to be made that it can be held in a not distant future at a time and place most acceptable to all participants concerned.

Even tough I have not received an official confirmation I suppose that the meeting foreseen for April 1-2 in Norwalk CT USA will not take place due to the fact that two important stakeholders, Performance Sailcraft Australia and Performance Sailcraft Japan cannot attend. Takao Otani proposes new dates: 23 and 24th April (Friday and Saturday). Personally, even though I have already made some arrangements for theses dates, I could liberate myself in view of the urgency of this meeting. **Please advice**. Obviously, I do not know the availability of the other participants and I do not understand whether this is only a suggestion by Takao or an official proposal by LP. Since you are the initiator - and in order to avoid any misunderstanding - I think that Laser Performance has to continue to lead the way to find a new date and venue. Let be assured that the Class will make every effort possible to participate in the appropriate manner.

<span style="color:red">THE MEETING OF 1-2 APRIL AGREED WITH YOURSELF HAS INDEED BEEN CANCELLED BY YOURSELF ON THE GROUNDS OF NON-PARTICIPATION OF THE OTHER MEMEBERS.  PSA NEVER CONFIRMED WHETHER THEY WOULD PARTICIPATE BY TELECONFERENCE AND ILCA TOOK THE VIEW THAT THEY WOULD NOT PARTICIPATE WITHOUT ALL PARTIES.</span>

Participants: in line with Takao Otani's suggestion I propose that Jeff Martin, Executive Secretary ILCA, be added to the participants list.

<span style="color:red">WE WELCOME JEFF MARTIN'S PARTICIPATION.</span>

Agenda: Bill Crane sent me the attached agenda. During a phone conversation Bill gave me some further explanations. But I still have considerable difficulties to understand the concrete issues and problems you want to discuss and solve. For example one agenda point is: World Council: Representation, Mandate. The representation and the mandate of the World Council are clearly defined in the constitution of ILCA, which you can find under: http://www.laserinternational.org/sites/default/files/World_Constitution_2008.pdf . In order to have a meaningful discussion we need to know whether you want to change the ILCA constitution or whether you fell we are not respecting it and then furthermore which parts you have specifically in mind.

<u>It seems to me that the specific issues and problems need to be clearly and precisely spelled out in advance in order to have a successful meeting</u>. This is also necessary that all participants can prepare themselves accordingly.

<span style="color:red">THE AGENDA PROVIDED IS DETAILED AND EACH AND EVERY POINT INVOLVES SUBSTANTIVE DISCUSSION.  THIS IS WHY WE PROPOSED A MEETING IN ADVANCE OF THE WORLD COUNCIL WITH SUFFICIENT TIME TO ADDRESS ANY ISSUES ARISING OUT OF THE FIRST MEETING PER THE AGENDA YOU HAVE.  SEEKING DETAILED NARRATIVE IN ADVANCE WOULD NOT BE FAIR NOR PRODUCTIVE TO THE VERY SUBSTANTIVE ISSUES INVOLVED.  WE DO NOT BELIEVE THAT ANY OF THE ISSUES MERIT SUCH AN APPROACH.</span>

World Council meeting April 17-18 2010 in London:

The World Council is the constitutional entity to address the issues of the class. This meeting has been set several months ago with the agreement of everybody – including the representative of Laser Performance. We are in the final stages of its preparation. I have invited you to attend this meeting but I understand from Bill Crane that you cannot attend, which I obviously regret for the reasons mentioned in my invitation (attached).

All class representatives at the World Council meeting - with the exception of Jeff Martin Executive Secretary ILCA – are volunteers, who give a considerable amount of their personal time to the benefit of the class and have carved out this weekend off their personal professional agendas – not to speak of the time spent for its preparation. A change in the dates at this late stage would be extremely costly for the class and it would be virtually impossible to set a new date on such a short notice. In addition there are many issues which need to be dealt with immediately like the final decision on venues and dates of the 2012 World Championships and the approval of a revised budget for 2010. There is also a proposal on the table to increase the charter fees from 2011 on, which is surely of interest to LP. It would be a perfect opportunity discuss and solve at least some of the urgent issues in connection with the class you have in mind. I am sure that the World Council will give its undivided attention to your problems. Therefore the "stakeholder meeting" will most probably be held after the World Council meeting. However, if there are urgent and important decisions to be taken by the World Council as a conclusion of the stakeholder meeting, we will either call for an urgent extraordinary meeting or have a teleconference between the World Council members.

I have great difficulties to understand the reasons why you might not send a representative to the World Council meeting of April 17-18 - foregoing therefore the opportunity to bring your issues to the table and influence its decision making. It is needless to say that the Class will conduct the meeting and its decision making by scrupulously respecting its constitution and all the other valid agreements.

THE SITUATION IS LARGELY AS A RESULT OF THE CONDUCT OF PSA AND GLOBAL SAILING.  INDEED IF WE HAVE THEIR UNDERTAKINGS THAT THEY WILL NOT SELL INTO OUR TERRITORIES IN ANY SHAPE OR FORM WITH AN INTENT TO CANNIBALISE OUR MARKETS AND VIOLATE OUR TRADEMARK RIGHTS, WE WOULD BE DELIGHTED TO PARTICIPATE IN THE WORLD COUNCIL AS ALREADY ARRANGED.  THIS WOULD REQUIRE THEIR WRITTEN UNDERTAKING WHICH WE WOULD BE HAPPY TO ASSIST IN DRAFTING.  PLEASE CONFIRM.

AS TO THE OTHER ISSUES, WE BELIEVE GIVEN THE FOREGOING, THE ILCA POSITION OF IGNORING A SIGNIFICANT BREACH OF THIS NATURE IS A TACIT ACCEPTANCE BY ILCA WHICH IS OPPOSED TO ILCA'S AND ALL OTHER CONTRACTUAL RELATIONSHIPS BETWEEN THE PARTIES.  SHOULD ILCA PROVIDE THE UNDERTAKING WE SEEK AND AGREES THAT IT WILL USE ITS BEST EFFORTS TO STOP BLACK MARKET AND UNAUTHORISED SALES, WE WOULD ALSO BE HAPPY TO PARTICIPATE.  UNDER BOTH SCENARIOS YOUR SUGGESTION OF DEALING WITH ALL OTHER ISSUES POST WORLD COUNCIL WOULD WORK FOR US.  WITHOUT EITHER UNDERTAKING, IT WOULD NOT WORK FOR US.

FOR THE AVOIDANCE OF DOUBT, WITHOUT THE UNDERTAKING(S), WE WOULD NEITHER PARTICIPATE IN THE MEETING NOR BE BOUND BY ANY DECISIONS FROM THE MEETING.  WE ARE BY FAR THE LARGEST TERRITORY AND PARTICIPANT IN THE CLASS AND TO IGNORE SUBSTANTIVE ISSUES THAT EXIST INCLUDING OUTRIGHT BREACH OF OUR TRADEMARKS AND BUSINESS GOODWILL IS TANTAMOUNT TO NEGLIGENCE ON THE PART OF ILCA.  I SUGGEST THAT YOU TREAT THESE MATTERS WITH GRAVITY AND DO NOT ASSUME THAT TRYING TO RAILROAD A DECISION OR A PROCESS WOULD BE PRODUCTIVE.

DARE I DRAW AN ANALOGY WHERE YOU ARE AT HOME AND SUBJECTED TO A BURGLARY.  YOU WAKE UP AND COME FACE TO FACE WITH THE BURGLARS WHO HAPPEN TO BE VERY WELL DRESSED.  YOU ALSO HAVE A HOUSE GUEST WHO COMES INTO THE SCENE AND THEN SUGGESTS THAT YOU SHOULD ACTUALLY HAVE A DRINK TOGETHER BEFORE THEY FINISH THEIR BURGLARY AND BEFORE YOU GO BACK TO BED.  THE PROBLEM FOR THE HOUSE GUEST IS THAT AT THE END OF IT, THERE MAY BE NO BED TO SLEEP ON....

HOPE THIS HELPS.

With best regards

Heini Wellmann

President International Laser Class Association (ILCA)

e-mail:    heini@hmwellmann.ch

tel home   +41-44-980 45 71

tel mobile  +41-79-691 56 21


-----Ursprüngliche Nachricht-----
Von: Takao Otani [mailto:otani@psjpn.co.jp]
Gesendet: Sonntag, 28. März 2010 16:06
An: heini@hmwellmann.ch
Cc: Farzad Rastegar; Sam McQuigg; john.shad@garda.us.com; Devin Kelly; cspencer@equitableaustralia.com; Bruce Kirby; Bill Crane; ILCA Jeff Martin
Betreff: Re[2]: Laser Stakeholders Meeting

Hi Heini

Please note I have added Jeff Martin on CC list as looking into the

agenda it seems that we must have Jeff on the table because he is the

most knowledged and long serviced class person.

Anyway I did have a couple of e-mail exchange with Farzard and his team needs some time to digest all issues prior to WC meeting. He is new to this Laser class issues and I understand it will take some time in his big operation. And I do believe the stakeholders meeting should not take place without Jeff and myself(both have longest<next to Bruce> service history to Lasers.....will be in Thailand on the proposed date).

My question today is......

is there any chance to shift the date of WC meeting so that everything will be properly timed.Understand every body has bought ticket and arranged his leave from work or other commitments already and rally hard to shift the date at this late.....

His team is hoping to have a week in between those two meetings such as The stakeholders meeting on 23 and 24th April [Friday and Saturday] and then the WC on 30 April and 1 May [Friday and Saturday],so that they will be aple to have ample time in between those two meetings.

Takao


Forwarded by Takao Otani <otani@psjpn.co.jp>

---------------------- Original Message ----------------------

From:   Takao Otani <otani@psjpn.co.jp>

To:     Farzad Rastegar <farbcal@hotmail.com>

Cc:     < heini@hmwellmann.ch>,

Sam McQuigg <sam.mcquigg@meywin.com>,

<john.shad@garda.us.com>,

Devin Kelly <devin.kelly@laserperformance.com>,

<cspencer@equitableaustralia.com>,

Bruce Kirby <brucekirby@optonline.net>,

Bill Crane <wscrane@gmail.com>

Date:   Wed, 24 Mar 2010 22:11:32 +0900

Subject: Re[2]: Laser Stakeholders Meeting

----

Thank you Farzad

It is nice to hear from you direct.

Will it be possible to have this meeting just prior to WC meeting in London so that most of all will be there anyway for WC... so only couple of days more stay prior to the meeting. There you will have a great chance to meet all the key people from all over the world who will be attending Technical & Measurement committee and WC members.

Takao

On Wed, 24 Mar 2010 00:52:04 -0400

Farzad Rastegar <farbcal@hotmail.com> wrote:

>

> Dear Takao,

>

> Thank you for your email.

>

> The urgency of the meeting is as a result of a number of significant issues that have arisen and are currently live and necessary to deal with.  It is more an emergency meeting than a regular planning session.  We do suggest that you participate at various stages by way of teleconference, if appropriate.  I think it is noteworthy that the issues involved are such that QMI and PSE will be unable to attend the forthcoming World Council meeting without addressing them.  This is a situation that would very much bear on the future of Laser as a global class and on its stakeholders.

>

> I strongly recommend that everyone try to think and act in the best interests of Laser as a class and try to separate individual considerations from the collective considerations.

>

> Farzad

>

>

>

>

>

>

> E-MAIL DISCLAIMER: The information in this e-mail is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this e-mail by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.  We have taken steps to ensure that this message is free from computer viruses; however, in accordance with good computing practice, the recipient is responsible for ensuring that it is actually virus-free before opening it.

>

>

>

>

> > Date: Wed, 24 Mar 2010 11:59:21 +0900

> > From: otani@psjpn.co.jp

> > To: Bill.Crane@DoryVentures.com

> > Subject: Re: Laser Stakeholders Meeting

> > CC: heini@hmwellmann.ch; sam.mcquigg@meywin.com; john.shad@garda.us.com; devin.kelly@laserperformance.com; farbcal@hotmail.com; CSpencer@equitableaustralia.com; brucekirby@optonline.net; wscrane@gmail.com

> >

> >

> >

> >

> > Hi Bill

> >

> > I am shocked to hear that you are going ahead with this schedule.

> > I clearly told you that I will not be able to come to US those dates as

> > we will be running 4.7 world championship in Thailand.

> >

> > I believe this meeting will ba a seriously important meeting and we PSJ

> > co, Ltd. as one of the trade mark owner, we strongly feel it will be

> > terribly unfair to hold such a meeting under your suggested schedule

> > with such a short notice.

> >

> > regards

> >

> > Takao Otani

> >

> >

\> \>

\> \> On Tue, 23 Mar 2010 18:19:23 -0000

\> \> "Bill Crane"< Bill.Crane@DoryVentures.com> wrote:

\> \>

\> \> \> Gentlemen,

\> \> \>

\> \> \>

\> \> \>

\> \> \> Please find attached the agenda for the agreed upon Laser meeting. We

\> \> \> are optimistic that this meeting will yield mutually beneficial results.

\> \> \>

\> \> \>

\> \> \>

\> \> \>

\> \> \> I suggest you take a moment to review the attached document. If you feel

\> \> \> we need to make any additions to it, please contact me at your earliest

\> \> \> convenience.

\> \> \>

\> \> \>

\> \> \>

\> \> \> Best regards,

\> \> \>

\> \> \>

\> \> \>

\> \> \> Bill Crane

\> \> \>

\> \>

> >----------------------------

> > Takao Otani <otani@psjpn.co.jp>

> >----------------------------

> >

>



----------------------------

Takao Otani <otani@psjpn.co.jp>

----------------------------



-------------------- Original Message Ends --------------------



----------------------------

Takao Otani <otani@psjpn.co.jp>

----------------------------



--Forwarded Message Attachment--
From: heini@hmwellmann.ch
To: farbcal@hotmail.com
CC: bill.crane@doryventures.com; devin.kelly@laserperformance.com; jcm@laserinternational.org
Subject: AW: ILCA
Date: Fri, 12 Mar 2010 14:04:00 +0200

Dear Sir,


Would you please excuse me for not having answered your e-mails more rapidly? I am .currently in a ski vacation with my family and have only limited access to e-mails.


I agree with you that there is much to discuss and I welcome the opportunity to sit down with you informally, without the pressure of time. I also prefer face to face meetings as e-mails can often be misunderstood especially if the writers have never met.

I also have the pleasure to invite you to personally attend the next World council meeting 16 to 18 April at London, Heathrow Airport. I believe your presence would give you a better understanding of the work the Association officers do and enable us to better understand what Laser Performance expects from the Class Association and what goals you have in general for the Laser Performance business.

As mentioned above may I also suggest that we meet personally - just the two of us - before the more formal World Council meeting? This would allow us to learn to know each other and eliminate hopefully any misunderstandings which might exist. I will arrive already in London in the early afternoon of Thursday April 15 in order to see my family, but I have no specific program made yet for Thursday afternoon and the whole day of Friday April 16. I stay in The Stafford Hotel, 16-18 St James's Place, London SW1A 1NJ, which is quite hotel in the centre and where we could also meet. Please let me know what would be the most convenient moment for you.

I have also instructed the ILCA office that all matters in respect to Laser Performance will have to be referred to and channelled via your office with immediate effect and that Bill Crane takes over the responsibility of acting as ILCA's direct contact on behalf of your office.

You allow me a final remark. During the last 15 years I have given on a totally voluntary basis a considerable amount of my personal time to the Laser Class benefitting it from my vast experience as a former executive of the Nestlé Corporation. In all my endeavours I had only one thing in mind: the well being and the development of the Laser and this for the benefit of the Class Association and hopefully for your business as well. Therefore I am convinced that we will find a lot of common ground.

I look forward to hearing from you. With best regards


Heini Wellmann

President International Laser Class Association (ILCA)

e-mail:      heini@hmwellmann.ch

tel home   +41-44-980 45 71

tel mobile  +41-79-691 56 21


---

**Von:** Farzad Rastegar [mailto:farbcal@hotmail.com]
**Gesendet:** Dienstag, 9. März 2010 13:41
**An:** Devin Kelly
**Cc:** heini@hmwellmann.ch; 'Bill Crane'
**Betreff:** RE: ILCA


Dear Mr Wellmann,
A courtesy of a reply is requested in respect of a mutually convenient meeting date. In the meantime matters remain as per my email of 6 March 2010 copy hereto attached

for your easy reference.  I am anxious to work constructively in the right direction and would be happy to follow your time requirements.  Therefore this email is purely to ensure that you know we remain available.
Kind regards,
Farzad Rastegar

E-MAIL DISCLAIMER: The information in this e-mail is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this e-mail by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.  We have taken steps to ensure that this message is free from computer viruses; however, in accordance with good computing practice, the recipient is responsible for ensuring that it is actually virus-free before opening it.

From: farbcal@hotmail.com
To: devin.kelly@laserperformance.com
CC: heini@hmwellmann.ch; bill.crane@doryventures.com
Subject: ILCA
Date: Sat, 6 Mar 2010 16:35:04 -0500

Dear Devin,
Please note this as your formal instructions that all matters in respect of ILCA will have to be referred to and channelled via my office with immediate effect.  In the meantime all discussions, initiatives, programs and relationship with ILCA needs to be suspended until cleared by my office.  In order to facilitate this, I am asking Bill Crane to take the responsibility of acting on behalf of my office working with me directly.  To this effect, I am copying Mr Wellmann for his information and respectfully request that he should channel all communication equally to me personally at this email address.  No direct contact would be possible without passing through my office until all issues in respect of the relationship with ILCA have been addressed, hopefully in a constructive and progressive manner.
Whilst I understand that this would be a procedural inconvenience for everybody, it is important to note that the allegations of ILCA against LP are most disturbing and are simply unhelpful to a relationship that should otherwise be based on support and collaboration.
Kind regards,
Farzad

E-MAIL DISCLAIMER: The information in this e-mail is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this e-mail by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.  We have taken steps to ensure that this message is free from computer viruses; however, in accordance with good computing practice, the recipient is responsible for ensuring that it is actually virus-free before opening it.