# EXHIBIT 2

# Devin, Kelly

3rd

Owner, Commuter at Dynamic Bicycles
Providence, Rhode Island Area | Sporting Goods

Current Beerdog LLC, Dynamic Bicycles
Previous LaserPerformance, InBev, Labatt USA
Education Northeastern University - Graduate School of Business Administration

Connect | Send InMail

500+ connections

www.linkedin.com/pub/devin-kelly/3/b72/34a | Contact Info

## Background

### Experience

**Founder and CMO**
Beerdog LLC
June 2011 – Present (2 years 2 months) | Greater Boston Area

**Owner, Commuter**
Dynamic Bicycles
January 2011 – Present (2 years 7 months)

Founded in 2004, Dynamic Bicycles is the world's largest chainless bicycle company with manufacturing facilities in Taiwan and sales and marketing operations based in Bristol, RI USA.

**President**
LaserPerformance
May 2008 – May 2010 (2 years 1 month)

President of LaserPerformance.

2 recommendations

**David Himmel**
Florida Marketing Leader at PwC
The best manager that I have ever had the pleasure to work for - period. While he was running LaserPerformance, I had the... View

**John McEwing**
Sr. VP Franchise & Business Develop...
"In my 30+ years of management experience, Devin is held as one of the top three strongest leaders I have worked for. Devin... View

**Vice President of Marketing**
InBev
May 2006 – March 2008 (1 year 11 months)

Hold board level position with responsibility for leading over 50 people in the Marketing, Insights, PR, and Sponsorship teams for the United Kingdom and Ireland.
Manage over 20 brands including:
Stella Artois, the 2nd largest grocery brand in the UK across all categories;
Tennent's, the largest brand in Scotland with a 40%+ share, and;
Beck's, the fastest growing brand family among the top ten beer brands in the UK.
Named to the "Power 100" in 2006 and 2007 as one of the most influential people in marketing within the UK

5 recommendations, including:

**Nigel Miller**
VP Human Resources at Coca Cola En...
Devin brings together a ton of competencies in one package. He's a great, strategic marketer with a long track record of... View

**Paul Dillman**
President International
Devin is an experienced, passionate and dedicated marketing professional that brings tremendous value to his organization. ... View

3 more recommendations

**Vice President - Global Brands**
InBev
September 2004 – April 2006 (1 year 8 months)

**Global Brands Director - New Brands and Beverages**
InBev
February 2004 – September 2004 (8 months)

**Director of Marketing and Innovation**
InBev
2001 – 2003 (2 years)

1 recommendation

**Eric Larsen**
Director Strategy and Analytics at Hewlett Packard
I had the priviedge of working with Devin in support of the 2002 winter olympics in Salt Lake City, Utah.

