**EXHIBIT 4**



[ ] [Share] 2 More  Next Blog»                                        Create Blog  Sign In



# Improper Course

because success is rarely a straight line ...



Image from Demetri Martin "This is a Book" ; Permission of use currently being sought

---

Home    ICLA    ICLA NA    Calendar    District 15    D15 Blog    D15 Standings    Worlds Journals    Training    BFly Fleet 20

BFly Fleet 20 Coaching    Pam's BFly Patter

---

JUNE 27, 2012

## LaserPerformance United Unions

*by Pam*

Why does this ...

 

remind me of this ...



After my *Kirby Sailboat* post, I ended up talking with Bruce Kirby and also with the ICLA. Bruce pointed left and the ICLA pointed right but they weren't pointing at each other or even at the exact same thing. But to my surprise, they were more in alignment with each other than I would have thought. Performance Sailcraft Australia seems to be getting along with everyone. LaserPerformance ("LP" for short), however, doesn't appear to be aligned with anyone except its sister company, Maclaren. Together they appear to be posturing to sweep the table and take over everything associated with the Laser. Someone, please tell me I'm wrong.

First, the ICLA told us this: *LPE informed the ICLA that it intends to form its own "Laser" class.*

Then, LP announced its new unions: *The objective of LaserPerformance United and its unions is to support and unite the global sailing community.*

So far, we haven't been given any explanation from LP as to what this really means. Doesn't this sound familiar? We're being encouraged to do something and not being given enough information to make an intelligent decision. Well, I'm not falling for that twice.

So, I started trying to learn more about LP and Maclaren and it somehow left me feeling like I needed to do some laundry. I talked with a couple of FBI agents that came to my house (for another matter) and I described the seemingly complicated business structures that I had found and they assured me that many businesses with these types of complicated structures are completely legitimate ... and some are not.

In the end, I had more questions than answers and as a result, I've decided that I won't be abandoning the ICLA and joining any LP union without alot more disclosure.

Here, is a summary of my findings, which I hope leaves you with questions of your own.

### SEARCH THIS BLOG

[                    ] [Search]

### ABOUT US



**Doug / Pam**

I am just an old guy who has had some sailing success / And I'm just a (not as old) girl who is still learning how to sail. This blog is a collection of the sailing education and adventures of two sailors on opposite ends of the experience and success spectrum. It ranges from the Laser Master Worlds to the local Laser sailing as well as a couple of other dinghies and the occasional keelboat.

*http://Doug-Pam.ourwedding.com*

View my complete profile

### Email Us

Subscribe in a reader or by email

### BLUEPRINT FOR OUR BLOG - BUT WAY BETTER

**Proper Course**    The Good Old Days

15 hours ago

### MAKE YOUR OWN HIKING BENCH

**LP/Maclaren Connection**

So what does Maclaren (baby stroller manufacturer) have to do with LP (sailboat manufacturer)?  LP says they are part of the same business group.  What is commonly understood is that both companies are ultimately owned by Farzad Rastegar, an Iranian born venture capitalist who resides in Connecticut.  Virtually all of the Rastegar entities that I could find are privately owned limited liability companies except for the Maclaren entities in the US which are corporations.  So why have the corporations (not the LLCs) provide the sailing sponsorships?  Tax reasons?  Public relations campaign after Maclaren's baby stroller recall? Other reasons?



**Maclaren Amputations/Bankruptcy/Fraud**

Maclaren USA, Inc. now known as American Baby Products, Inc. filed for bankruptcy on December 29, 2011.  This was following several lawsuits from families whose children were among the 20 children who had their fingers horrifically amputated in the strollers prior to a recall that some say was delayed too long.  There are lots of questions and speculation surrounding Maclaren.

*Bankruptcy Trustee Demands Answers*
*Scam Bankruptcy*
*Maclaren Fraud Lawsuit*



**Related Entities**

Trying to figure out how everything is connected was the most frustrating part of my research.  Multiple companies with the same addresses, officers or owners.  It was difficult to a draw direct relationship line from one company to the next since alot of information was not available to the public but the addresses and officers were intermingled in varying degrees which seemed to confirm that the entire jumble of companies were interconnected.



***300 Highpoint Avenue, Portsmouth, RI 02871***
LaserPerformance LLC

***200 Highpoint Avenue, Portsmouth, RI 02871***
SailLaser LLC
LaserPerformance Sail & Sport LLC
Quarter Moon, Incorporation
Vanguard Sailing Center
Vanguard Sailboats
Vanguard Racing Sailboats
Garda Company LLC

***4 Testa Place, S. Norwalk, CT 06854***
American Baby Products, Inc. f/k/a Maclaren USA, Inc. (*in bankruptcy*)
Excelsior Testa LLC
Excelsior Property Holdings LLC

***25 Van Zant Street, Norwalk, CT 06854***
Maclaren N.A., Inc.
Maclaren Services, Inc.
Dory Ventures LLC

***Station Works***
***Station Road, Long Buckby, Northampton, Northamptonshire NN6 7PF***
LaserPerformance (Europe) Limited
SailLaser Limited
Maclaren Europe Limited
Ronson Limited
Ronson International Limited
Full Moon Holdings Limited
Sina Holdco Limited

***Richard M. Gauvin***
Attention of - SailLaser LLC
Senior Corporate Paralegal - LaserPerformance LLC
VP Legal Affairs - LaserPerformance Sail & Sport LLC

**IMPROPER TOPICS**

- Balance (6)
- Beginners (1)
- Brett Beyer (11)
- Butterflying (1)
- Cheating (3)
- Compass Use (1)
- D15 Blog (28)
- Doug Tips (1)
- Doug's Dribble (2)
- Downwind (4)
- Fast Handling (2)
- Fitness (4)
- Flat Water Sailing (1)
- Frank Bethwaite (9)
- Free Coaching (1)
- Hiking Bench (1)
- Holy Crap (2)
- Julian Bethwaite (2)
- Laser Politics (6)
- Laser Regattas (25)
- Laser Venues (1)
- Olympics (19)
- Pam's Patter (24)
- Pressing (2)

Secretary - Quarter Moon, Incorporation
Secretary - Vanguard Sailing Center
Secretary - Vanguard Sailboats
Secretary - Vanguard Racing Sailboats
Secretary - American Baby Products, Inc. f/k/a Maclaren USA, Inc.
Secretary - Maclaren N.A., Inc.
Secretary - Maclaren Services, Inc.
Gauvin's Business Address - Garda Company LLC
LLC Member of Garda - Quarter Moon Incorporated

This is just naming a few of the connections. It was enough to convince me that everything is related in some way or another. Rastegar was directly named in connection with the Van Zant Street companies.

**Trademarks**

The LASER trademarks seemed to be the trump card that LP played to motivate the ILCA to introduce the fundamental rule change which essentially booted Bruce Kirby. That didn't sit right with me and it was the intellectual property (patents, copyrights and trademarks) that originally made me start checking things for myself. I found that LP does not own the LASER trademarks. At least not directly. The LASER and MACLAREN trademarks are held in offshore holding companies. The companies share addresses and officers and run through several offshore jurisdictions that have favorable tax laws with limited to no public disclosure and, interestingly, are in jurisdictions that have legalized gambling. Is that a coincidence?

_Karaya (Jersey) Limited, 14 Conway Street, St. Helier, Jersey_
For _$3.5M_ Quarter Moon, Inc. (Vanguard) sold its trademarks to Karaya Holdings Limited which then transferred it to Karaya (Jersey) Limited. The interesting thing here is that A--, signed on behalf of Karaya and is listed as the correspondent on the bulk of the US trademark and he appears to correspond with the Trademark Office strictly by email. When the US Trademark Office recently mailed a document to the Karaya address in Jersey, it was returned as undeliverable. When I searched for the address on the internet it showed to be the office of a licensed betting shop. I sure would like to know if Karaya is really at this address but I don't plan to visit the Channel Islands anytime soon. The listed Karaya shareholder is **Spring Meadow Holding Limited**, Mill Mall, P. O. Box 964, Road Town, Tortola, British Virgin Islands.

_Velum Limited and Armon Limited_
_17, rue du Cendrier, PO Box 1699 CH-1211, Geneva 1, Switzerland_
These two companies hold some of the LASER (Velum) trademarks and all of the MACLAREN (Armon) trademarks. Both are Antigua/Barbuda companies using the same Switzerland address. There are no public records to check the ultimate owner. I searched the US Trademark Office for Switzerland addresses and found some 50,000 registrants. But when I narrowed the search to Switzerland addresses and Antigua/Barbuda registered companies, only the Rastegar trademarks came up as using this particular business structure. Why?

_A---_
This is an European attorney who appears to be managing the Rastegar trademark work and who also signs on behalf of many of the Rastegar entities and he seems to be associated with two service firms, B-- and C--. A-- uses different variations of his name and also uses the various addresses of the Rastegar entities as well as addresses in London, Isle of Man, Monte Carlo, and even a global mail drop box in a strip mall in Houston, TX. Why?

So, if a US company (LP/Maclaren) pays royalties to an Antigua/Barbuda company (Velum/Armon) with a Switzerland address, in what country is the bank account for that payment? Then if the trademark service company (A--) with addresses in Isle of Man, London, and Monte Carlo also gets paid, in what country is his bank account? But, then there is the US service company (Dory) so I guess money flows back to the US to pay them too but there is also the ultimate shareholder whom we don't know for the Velum and Armon companies but might guess is in the British Virgin islands like for Karaya. But, as we've seen, the companies are all interrelated and Rastegar is the presumed ultimate owner so it would seem that money comes out of the US and goes to several countries, with some staying offshore and some returning to the US. And now we're being offered sailing sponsorship money from Maclaren and the LP unions. Is there a connection? I simply don't know how these things work. Someone please tell me that this somehow makes perfect sense in the business world.

- Psychology (2)
- Reaching (1)
- Rig Settings (2)
- Roll Tacking (1)
- Sailing Angles (2)
- Sailing Fast (medium air) (6)
- Sailing in Choppy Water (1)
- Sailing Smart (light air) (5)
- Sailing Videos (12)
- Sniping (1)
- Starting (2)
- Training (32)
- Wind Shifts (3)
- Windward Heel (1)
- Worlds Journals (16)

**COACHING POSTS FROM FLEET 20:**

- Sailing Course vs. Competition Example
- When to Tack
- Beginning Sailing (a female perspective)
- Playing Catch Up
- Sailing Styles
- Strategy: Mark Approach
- Basic Mark Round Strategy
- Advanced Mark Rounding Strategy
- Butterfly Training Videos

**LIST OF IMPROPER POSTS**

▶ 2013 (10)
▼ 2012 (111)
  ▶ December (8)
  ▶ November (9)
  ▶ October (5)
  ▶ September (9)
  ▶ August (16)
  ▶ July (11)
  ▼ June (9)
     More Video Tips - Taking Videos While Sailing
     LaserPerformance United Unions
     District 15 Texas Laser Circuit - Seabrook
     A Good Roll Tack
     District 15 (Texas) Laser Championships
     2012 Butterfly Single-Handed Nationals
     Finding the Right Match
     Greg Martinez Downwind
     2012 US Laser Nationals
  ▶ May (16)
  ▶ April (11)
  ▶ March (6)
  ▶ February (11)

I tried but I simply could not piece this puzzle together so I'm going sailing.

*LaserPerformance Update (7-10-12)*


+2  Recommend this on Google

Labels: Laser Politics, Pam's Patter

## 8 comments:


**Anonymous** June 27, 2012 at 7:57 PM
There is also Meywin Ltd in Hong Kong, another company under FR's control, who issues the PO's for LP to it's vendors and makes the payments.

Reply


**RED STRIPE** June 28, 2012 at 1:53 PM
Amazing research Pam.

Reply


**Doug / Pam** June 29, 2012 at 3:00 PM
Thanks Red Stripe! Thanks Anon. I'd heard of the company but wasn't able to get much verifying information in Hong Kong.

Here's an interesting twist announced yesterday ...
http://blogs.wsj.com/bankruptcy/2012/06/28/maclaren-to-cover-bankrupt-distributor%E2%80%99s-product-liability-suits/

Reply


**Oztayls** June 30, 2012 at 2:39 AM
Excellent work Pam. It's patently clear that Rastagar is a crook and the quicker we rebrand all things Laser, the quicker we can all dissociate from him and get our class moving forward again. My fear is that if we stall this action for too much longer, history will show that the greatest sailing class ever disappeared with hardly a whimper.

The good news is that the Olympic Laser fleet has been secured.
http://www.mysailing.com.au/news/laser-equipment-approved-by-isaf-for-olympic-games

Reply


**Judith Krimski** July 24, 2012 at 4:05 PM
Wow. This all smacks of a James bond movie. In fact we may need a bond type character to sort it all out. Thanks for taking the time to bring some clarity to the situation.

Reply


**Anonymous** July 25, 2012 at 2:30 AM
It's worse than I thought. I'm not sure what the barriers are, but the sooner we (the owners of the dinghy designed by Bruce Kirby) take full control of our own class the better - that means we would control the trademarks (clearly we would have to call it something other than Laser, but I dont see why that should be a problem) and who is allowed to build the boat. I know a number of classes in the UK that have gone this root and it appears to work very successfully for them.

Reply


**Anonymous** January 3, 2013 at 5:01 AM
I acted for Mr Rastegar whilst in practice as a solicitor in London from 1999 to 2001. A very interesting chap.

Reply

---

- ▶ 2011 (6)
- ▶ 2010 (9)
- ▶ 2009 (4)
- ▶ 2008 (1)
- ▶ 2007 (1)
- ▶ 2006 (1)
- ▶ 2002 (1)
- ▶ 2001 (1)
- ▶ 2000 (1)
- ▶ 1999 (1)
- ▶ 1998 (1)
- ▶ 1997 (1)
- ▶ 1996 (1)
- ▶ 1994 (1)
- ▶ 1993 (1)
- ▶ 1991 (1)
- ▶ 1990 (1)

**PAM'S PATTER FROM FLEET 20:**

- A Father's Gift of Sailing
- Fountain of Youth in Dallas
- Good vs. Great Sailors
- Sailing is Life - Dirty Air
- How to Hook a World Champion
- Lighter Hands #1 - Siphoning
- Mother's Day - 1
- Mother's Day - 2
- Sailing a Piece of History

**LASER MASTER WORLD JOURNALS**

- 1990 New Bedford USA - 9th A
- 1991 Porto Carras GRE - 7th A
- 1993 Takapune NZL - 17th A
- 1994 Wakayama JAP - 5th A
- 1996 Cape Town RSA - 5th M
- 1997 Algarrobo CHI - 1st M
- 1998 Portland USA - 2nd Overall
- 1999 Melbourne AUS - 3rd M
- 2000 Cancun MEX - 3rd M
- 2001 Cork IRL - 8th M
- 2002 Hyannis USA - 10th M
- 2006 Jeju Island KOR - 1st GM
- 2007 Roses ESP - 9th GM
- 2008 Terrigal AUS - 12th GM
- 2009 Halifax CAN - 6th GM
- 2012 Brisbane AUS - 4th R GM

**2011 EASTER LASER REGATTA**

Replies

**Doug / Pam**   January 3, 2013 at 8:29 AM

Interesting as in, you'd jump at the chance to work with him again ... or perhaps it was best to end that relationship?

**Reply**

**Comment as:** Select profile...

Publish   Preview

**Links to this post**

Create a Link

Newer Post                          Home                          Older Post

Subscribe to: Post Comments (Atom)



**THE HAPPINESS ADVANTAGE**



**CHANGING EDUCATION PARADIGMS**



**NEVER TALK TO POLICE**







2012 (c) Doug Peckover. All rights reserved. Powered by Blogger.

Case 3:13-cv-00297-RNC   Document 58-4   Filed 07/15/13   Page 8 of 11

Case 3:13-cv-00297-RNC   Document 58-4   Filed 07/15/13   Page 10 of 11

Case 3:13-cv-00297-RNC   Document 58-4   Filed 07/15/13   Page 11 of 11