# EXHIBIT 5

**From:** Farzad Rastegar <farbcal@hotmail.com>
**Date:** Thursday, September 29, 2011 4:52 PM
**To:** No Name <brucekirby@optonline.net>
**Cc:** Bill Crane <bill.crane@doryventures.com>, Doug Metchick <doug.metchick@doryventures.com>
**Subject:** WITHOUT PREJUDICE - WITH FULL RESERVATION OF RIGHTS

WITHOUT PREJUDICE
Dear Bruce,
I read your short personal note.
Can I make it clear in a most unambiguous manner that the note is perfectly not accepted by me nor on behalf of any of the former parties to any former agreements as any valid notice or otherwise, however you choose to classify such note in the future.
There is NO business relationship or arrangement between myself and you.
The arrangements and business relationships between PSE and various parties have been subject to back and forth in the last few years and they are what they are. Your short personal note to me does not bear on those arrangements or to be construed in any manner.
The arrangements and business relationships betweenQMI and various parties have been subject to back and forth in the last few years and they are what they are.  Your short personal note to me does not bear on those arrangements or to be construed in any manner.
Should you wish to communicate with anyone enquiring about anything, you should kindly refer them to the appropriate parties.  I would be quite certain that you would be required to provide full form authorisation and credentials to engage with anyone, as the case may be.
I am sorry that I cannot be more helpful under the circumstances.
Yours sincerely,
Farzad

E-MAIL DISCLAIMER: The information in this e-mail is confidential and may be legally privileged.  It is intended solely for the addressee.  Access to this e-mail by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.  We have taken steps to ensure that this message is free from computer viruses; however, in accordance with good computing practice, the recipient is responsible for

ensuring that it is actually virus-free before opening it.


> Date: Thu, 29 Sep 2011 16:16:28 -0400

> From: brucekirby@optonline.net

> Subject: Contract

> To: farbcal@hotmail.com

>

> Hello Farzad - Please see attached. - Bruce Kirby

>

Hello Farzad  - I hope I find you in good health.

The other day I sent you copies of the first and last pages of my arrangement with Global, which in effect puts us back to where we all were before the 2008 transaction between Global and Kirby. As you know, this transaction never did happen

Would you please confirm that you and I are now back to the same business relationship that we had before the 2008 attempted transfer.  As my effort to transfer the rights did not happen the cancellation of the PSE building rights did not happen either, and we are back to the former Kirby / PSE contract.

Regards
Bruce Kirby
203 853-1899