# EXHIBIT 6

**From:** Farzad Rastegar <farbcal@hotmail.com>
**Date:** Tuesday, October 4, 2011 2:25 PM
**To:** No Name <brucekirby@optonline.net>, Bill Crane <wscrane@gmail.com>, John Shad <johnshad53@hotmail.com>
**Cc:** Doug Metchick <doug.metchick@doryventures.com>
**Subject:** RE: Reply to F

WITHOUT PREJUDICE
Bruce,
You are mischaracterising my response to your email of the other day.
You are deliberately trying to create a situation that does not exist and you are playing on words.
All your suggestions in your email are rejected and without basis.
You are requested to refrain from direct communication with me or any of the LP team.
Any future communication will **not** be replied to and the lack of reply to any future communication does not consitute any agreement with your statements, now or in the future.
Any communication from you should be directed to our counsel and to be formal in nature.
Please try to conduct yourself in a professional manner and according to the request herein.
With thanks,
Farzad

E-MAIL DISCLAIMER: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. We have taken steps to ensure that this message is free from computer viruses; however, in accordance with good computing practice, the recipient is responsible for ensuring that it is actually virus-free before opening it.

> Date: Mon, 3 Oct 2011 17:08:12 -0400
> From: brucekirby@optonline.net
> Subject: FW: Reply to F

> To: farbcal@hotmail.com; wscrane@gmail.com; johnshad53@hotmail.com
>
>
>
>
>
> Hello again Farzad.
>
> The valid notice of Kirby "buying back" the Kirby Sailboat (Laser) design
> rights from Global was sent to you on September 26th. The short note last
> week was intended to be informal and to put us back on a responsive and
> co-operative basis.
> In short I have stated that my intellectual property rights were NOT
> sold to Global and I expect my contracts with PSE and Laser Performance
> U.S.A to be recognized and acted upon.
> In your response to me dated Sept. 29th you twice said the arrangements
> between us "are what they are.' I'm glad you agree with me and my counsel
> on this point. As the purchase by Global was never completed the situation
> between us is as it was in 2008. Please instruct your people on this point
> and have them resume the royalty arrangements as in our contracts, and also
> catch up on unpaid royalties back to 2008.
> Sincerely - Bruce Kirby
>
> ------ End of Forwarded Message