UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
BRUCE KIRBY, INC., and : Civil Action No.: 3:13-cv-00297 (RNC)
BRUCE KIRBY, :
 :
                Plaintiffs, :
 :
            – against – :
 :
LASERPERFORMANCE (EUROPE) LIMITED, :
QUARTER MOON, INCORPORATED, :
KARAYA (JERSEY) LIMITED, :
VELUM LIMITED ITM SA (ANTIGUA AND :
   BARBUDA), :
INTERNATIONAL SAILING FEDERATION :
   LIMITED, :
INTERNATIONAL LASER CLASS :
   ASSOCIATION, and :
FARZAD RASTEGARD, :
 :
            Defendants. :
---------------------------------------------------------------X
LASERPERFORMANCE (EUROPE) LIMITED, and :
QUARTER MOON, INCORPORATED, :
 :
        Defendants- Counterclaim Plaintiffs, :
 :
        – against – :
 :
BRUCE KIRBY, INC., and :
BRUCE KIRBY, :
 :
       Plaintiffs-Counterclaim Defendants, :
 :
       – and– :
 :
GLOBAL SAILING LIMITED, and :
PERFORMANCE SAILCRAFT PTY. LTD., :
 :
      Additional Counterclaim Defendants. :
---------------------------------------------------------------X

**DEFENDANT INTERNATIONAL SAILING FEDERATION LIMITED'S SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

7253113.1

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant International Sailing Federation Limited ("ISAF") respectfully requests that its time to answer or otherwise respond to plaintiffs Bruce Kirby, Inc.'s and Bruce Kirby's First Amended Complaint For Counterfeiting, Default of Contract, Inducement to Default Contract, Trademark Infringement, Unfair Competition, False Designation of Origin and Misappropriation of Publicity Rights (the "First Amended Complaint") be extended by 28 days up to and including August 16, 2013.  This is ISAF's second request for an extension of time to answer plaintiffs' First Amended Complaint.  ISAF intends to move to dismiss the First Amended Complaint and on July 12, 2013 submitted a letter to the Court requesting a pre-filing conference before making a dispositive motion to dismiss.  The Court has not yet responded to that letter.  Counsel for plaintiffs consents to this request.

Dated: July 19, 2013

Respectfully submitted,

CARTER LEDYARD & MILBURN LLP

By: _____
Judith A. Lockhart
2 Wall Street
New York, New York  10005
(212) 732-3200
*Attorneys for Defendant International Sailing Federation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, a copy of the annexed Motion was served electronically on the parties that have appeared in this action by the Court' s CM/ECF System.

/s/ Judith A. Lockhart
Judith A. Lockhart

6642713.1

7243737.1