# EXHIBIT C

DEALER LOCATOR

BOATS  LP UNITED  COMMUNITY  SAILLASER  COMPANY  ONLINE STORE

## Dealer Locator

Search
Within: 100 Kilometers (1.6 kilometers = 1 mile)
ZIP/Postal Code or Town/City: 06457
or (06457) Middletown, Connecticut
Select Country ---- select ----

Search

## Search Results

Found 9 results while searching for

| **Sound Boatworks** 12 Hammock Road South Westbrook  Connecticut 06498 | **Albertson Marine Inc.** 61205 Main Road Southold  New York 11971 | **Sailaction Inc.** 1686 Cr 39 Southampton  New York 11968 | **Boat Works Of S. Windsor** 620 Sullivan Avenue South Windsor Connecticut  06074 |
| --- | --- | --- | --- |
| **The Boat Locker** 1543 Post Rd. East Westport  CT  06880 | **Frank M. Weeks Yacht Yard** 10 Riverview Court Patchogue  New York 11772 | **Ocean House Marina** 60 Town Dock Road Charlestown  Rhode Island 02813 | **Coneys Marine Corporation** 32 New York Avenue Huntington  New York 11743 |

<< Start < Prev 1 2 Next > End >>

GET SPONSORED BY MACLAREN  LP UNITED  SHOP ONLINE