**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE KIRBY, INC., and<br>BRUCE KIRBY<br><br>    Plaintiffs,<br><br>    vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND BARBUDA),<br>INTERNATIONAL SAILING FEDERATION LIMITED,<br>INTERNATIONAL LASER CLASS ASSOCIATION, and<br>FARZAD RASTEGAR<br><br>    Defendants. | Civil Action No. 3:13-cv-00297-RNC |
| LASERPERFORMANCE (EUROPE) LIMITED, and<br>QUARTER MOON, INCORPORATED,<br><br>    Defendants-Counterclaim Plaintiffs,<br><br>    vs.<br><br>BRUCE KIRBY, INC., and<br>BRUCE KIRBY,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>    and<br><br>GLOBAL SAILING LIMITED, and<br>PERFORMANCE SAILCRAFT PTY. LTD.,<br><br>    Additional Counterclaim Defendants. | |

**EXHIBIT D TO PLAINTIFFS' OPPOSITION
TO INTERNATIONAL SAILING FEDERATION LIMITED'S MOTION TO DISMISS**



25 March 2013

Mr Jeff Martin
Executive Secretary
International Lass Class Association

Sent by email only: jcm@laserinternational.org

Ariadne House
Town Quay
Southampton
Hampshire SO14 2AQ
UK

**Tel** +44 (0)23 80 635111
**Fax** +44 (0)23 80 635789
**Email** secretariat@isaf.co.uk

Dear Jeff

**Supply of ISAF Plaques to LaserPerformance (Europe) Limited and Quarter Moon Inc.**

As discussed with Jason Smithwick earlier today, ISAF requests that ILCA cease to issue ISAF plaques to LaserPerformance (Europe) Limited and Quarter Moon Inc. (the "Builders") with immediate effect.

The reason for this decision is that ISAF has concluded, based on the correspondence and court papers received from Bruce Kirby's attorneys, that the Builders are no longer licensed by Bruce Kirby and/or Bruce Kirby Inc. to build the Laser class boat (as required by the 1983 ISAF Agreement and our 1992 Plaque Agreement). I attach a copy of the letter received on 22 March from Mr Kirby's attorneys confirming that the licences have been terminated and the grounds of termination.

I should be grateful if you could acknowledge receipt of this letter.

Yours sincerely

Jon Napier
In-House Counsel

For and on behalf of the International Sailing Federation

2013_03_25 - letter (jn) to ilca

ISAF (UK) Ltd is a company limited by guarantee and registered in England under Number 3255744

**CERTIFICATE OF SERVICE**

       This is to certify that on this 23rd day of August, 2013, a true and correct copy of the foregoing **EXHIBIT D TO PLAINTIFFS' OPPOSITION TO INTERNATIONAL SAILING FEDERATION LIMITED'S MOTION TO DISMISS** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


<u>August 23, 2013</u>                                      <u>*/s/ Joan M. Burnett*</u>
Date                                                           Joan M. Burnett