**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE KIRBY, INC., and<br>BRUCE KIRBY<br><br>    Plaintiffs,<br><br>        vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND<br>BARBUDA),<br>INTERNATIONAL SAILING FEDERATION<br>LIMITED,<br>INTERNATIONAL LASER CLASS ASSOCIATION,<br>and<br>FARZAD RASTEGAR<br><br>    Defendants. | Civil Action No. 3:13-cv-00297-RNC |

| |
|---|
| LASERPERFORMANCE (EUROPE)<br>   LIMITED, and<br>QUARTER MOON, INCORPORATED,<br><br>    Defendants-Counterclaim Plaintiffs,<br><br>        vs.<br><br>BRUCE KIRBY, INC., and<br>BRUCE KIRBY,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>       and<br><br>GLOBAL SAILING LIMITED, and<br>PERFORMANCE SAILCRAFT PTY. LTD.,<br><br>    Additional Counterclaim Defendants. |

**EXHIBIT J TO PLAINTIFFS' OPPOSITION**
**TO INTERNATIONAL SAILING FEDERATION LIMITED'S MOTION TO DISMISS**

25 March 2013

**Confidential**
Wesley W. Whitmyer Jr.
St Onge Steward Johnson & Reens LLC

Ariadne House
Town Quay
Southampton
Hampshire SO14 2AQ
UK

**Tel** +44 (0)23 80 635111
**Fax** +44 (0)23 80 635789
**Email** secretariat@isaf.co.uk

Sent by email only: wwhitmyer@ssjr.com

Dear Mr Whitmyer

**WITHOUT PREJUDICE**
**Bruce Kirby Inc. v LaserPerformance et al**

Thank you for your letter of 22 March 2013.

Your client's response is disappointing and, given the short space of time between our letter and your response, ISAF finds it hard to accept that all the issues raised in our letter have been considered in depth.

Nevertheless, ISAF has today notified ILCA that it should cease to issue ISAF plaques to LaserPerformance (Europe) Limited and Quarter Moon Inc. (copy letters attached).  Please confirm by return that ISAF will not now be served with these proceedings and that your client will remove ISAF from the proceedings as a defendant forthwith.

Once this confirmation is received, ISAF will make arrangements to attend a meeting with your client and its proposed authorised builders of its new sailboat.  Unfortunately the necessary ISAF staff cannot attend a meeting in the United States on 9 April due to existing commitments here in the United Kingdom.  Please may your client propose alternative dates and locations later in April or May and also provide more details of what is to be discussed at the meeting (which I appreciate may be tentative at this stage).  This is to ensure ISAF has the right personnel attending the meeting.

I look forward to hearing from you.

Yours sincerely

Jon Napier
In-House Counsel

For and on behalf of the International Sailing Federation

2013_03_25 - letter (jn) to ssjr

ISAF (UK) Ltd is a company limited by guarantee and registered in England under Number 3255744

**CERTIFICATE OF SERVICE**

       This is to certify that on this 23rd day of August, 2013, a true and correct copy of the foregoing **EXHIBIT J TO PLAINTIFFS' OPPOSITION TO INTERNATIONAL SAILING FEDERATION LIMITED'S MOTION TO DISMISS** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

August 23, 2013                                              */s/ Joan M. Burnett*
Date                                                             Joan M. Burnett