UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BRUCE KIRBY, INC. AND<br>BRUCE KIRBY,<br>            Plaintiffs,<br><br>v.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND BARBUDA),<br>INTERNATIONAL SAILING FEDERATION LIMITED,<br>INTERNATIONAL LASER CLASS ASSOCIATION,<br>AND FARZAD RASTEGAR,<br>            Defendants. | Civil No. 3:13-cv-00297 (JAM) |

**STIPULATION OF FED. R. CIV. P. 41 DISMISSAL WITHOUT PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41(c), counterclaim-plaintiffs Laserperformance (Europe) Limited and Quarter Moon, Inc. hereby dismiss this action as to the counterclaim-defendant Performance Sailcraft Pty. Ltd. without prejudice and with each party to bear its own costs and attorneys' fees with respect to the dismissed claims.  Counterclaim-plaintiffs further dismiss all claims against counterclaim-defendant Global Sailing Limited except Counterclaims six, seven and nine without prejudice and with each party to bear its own costs and attorneys' fees with respect to the dismissed claims.

COUNTERCLAIM-PLAINTIFFS,
LASERPERFORMANCE (EUROPE) LIMITED,
QUARTER MOON, INCORPORATED,


/s/ Simon I. Allentuch
Simon I. Allentuch, Esq. (ct21094)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510
Tel: (203) 821-2000
Fax:  (203)821-2009
Sallentuch@npmlaw.com

COUNTERCLAIM -DEFENDANTS
PERFORMANCE SAILCRAFT PTY. LTD.
GLOBAL SAILING LIMITED



 /s/ Kevin H. Vanderleeden
Kevin H. Vanderleeden, Esq.(phv)
McCormick, Paulding & Huber LLP
185 Asylum Street, City Place II
Hartford, CT 06103
Tel: (413) 736.5401
Fax: (413) 733.4543
vanderleeden@ip-lawyers.com

**CERTIFICATION**

     I hereby certify that on this 19th day of November, 2014, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                               /s/Simon I. Allentuch
                                               Simon I. Allentuch