**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE KIRBY, INC., and<br>BRUCE KIRBY<br><br>    Plaintiffs,<br><br>          vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND BARBUDA),<br>INTERNATIONAL SAILING FEDERATION LIMITED,<br>INTERNATIONAL LASER CLASS ASSOCIATION, and<br>FARZAD RASTEGAR<br><br>    Defendants.<br>LASERPERFORMANCE (EUROPE)<br>   LIMITED, and<br>QUARTER MOON, INCORPORATED,<br><br>    Defendants-Counterclaim Plaintiffs,<br><br>          vs.<br><br>BRUCE KIRBY, INC., and<br>BRUCE KIRBY,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>          and<br><br>GLOBAL SAILING LIMITED, and<br>PERFORMANCE SAILCRAFT PTY. LTD.,<br><br>    Additional Counterclaim Defendants. | Civil Action No. 3:13-cv-00297-JAM |

**MOTION TO QUASH DEFENDANTS'
<u>SUBPOENA FOR TESTIMONY OF MARGO KIRBY</u>**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure and Connecticut District Court Local Rules 7 and 37, Margo Kirby hereby moves to quash Defendants' LaserPerformance (Europe) Ltd. and Quarter Moon, Inc. subpoena for testimony. As fully set out in Ms. Kirby's accompanying memorandum of law, the subpoena is unduly burdensome, has minimal probative value, and is intended only to harass Ms. Kirby. Furthermore, the subpoena is not timely and was served without the appropriate witness fee and mileage fee. Accordingly, Ms. Kirby respectfully requests that the Court quash the subpoena and grant such further relief as the Court finds just and appropriate.

Respectfully submitted,

January 6, 2015

/s/ Andy I. Corea
Wesley W. Whitmyer, Jr., ct03509
Andy I. Corea, ct25925
Walter B. Welsh, ct01220
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut  06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: acorea@ssjr.com; litigation@ssjr.com

ATTORNEYS FOR THIRD PARTY
MARGO KIRBY

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, a copy of the foregoing MOTION TO QUASH DEFENDANTS' SUBPOENA FOR TESTIMONY OF MARGO KIRBY was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

January 6, 2015                                             */s/ Joan M. Burnett*
Date                                                                    Joan M. Burnett