# EXHIBIT A

```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF CONNECTICUT


Civil No. 3:13-cv-00297 (JAM)

- - - - - - - - - - - - - - - - - -X
BRUCE KIRBY, INC. AND BRUCE KIRBY,  :
            Plaintiffs              :
                                    :
VS                                  :
                                    :
LASERPERFORMANCE (EUROPE) LIMITED,  :
QUARTER MOON, INCORPORATED,         :
KARAYA (JERSEY) LIMITED, VELUM      :
LIMITED ITM SA (ANTIGUA AND         :
BARBUDA), INTERNATIONAL SAILING     :
FEDERATION LIMITED,                 :
INTERNATIONAL LASER CLASS           :
ASSOCIATION, AND FARZAD RASTEGAR,   :
            Defendants              :
- - - - - - - - - - - - - - - - - -X
```

        Deposition of BRUCE KIRBY taken at the
offices of St. Onge Steward Johnston & Reens, LLC,
986 Bedford Street, Stamford, Connecticut
06905-5619, before Clifford Edwards, LSR,
Connecticut License No. SHR.407, a Professional
Shorthand Reporter and Notary Public, in and for the
State of Connecticut on June 13, 2014, at 10:53 a.m.



          DEL VECCHIO REPORTING SERVICES, LLC
            PROFESSIONAL SHORTHAND REPORTERS
                    117 RANDI DRIVE
                  MADISON, CT  06443

   HARTFORD           NEW HAVEN           STAMFORD

```
A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFF:

ANDY I. COREA, ESQ.
ST. ONGE STEWARD JOHNSTON & REENS, LLC
986 Bedford Street
Stamford, Connecticut   06905-5619
acorea@ssjr.com
litigation@ssjr.com
t:  203.324.6155 xt. 4560
f:  203.327.1096


ON BEHALF OF THE DEFENDANTS, LASERPERFORMANCE

(EUROPE) LIMITED, QUARTER MOON, INCORPORATED:

SIMON I. ALLENTUCH, ESQ.
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut   06510-2026
sallentuch@npmlaw.com



ON BEHALF OF THE DEFENDANT, INTERNATIONAL LASER
CLASS ASSOCIATION:

KEVIN C. CAIN, ESQ.
ZIZIK, POWERS, O'CONNELL, SPAULDING & LAMONTAGNE,
P.C.
690 Canton Street, Suite 306
Westwood, Massachusetts, 02090
kcain@zizikpowers.com
t:  781.320.5441
c:  617.803.5416
```

A P P E A R A N C E S:

(continued)


ON BEHALF OF THE COUNTER CLAIM DEFENDANTS,
PERFORMANCE SAILCRAFT AND GLOBAL SAILING:

KEVIN H. VANDERLEEDEN, ESQ.
MCCORMICK, PAULDING & HUBER, LLP
1350 Main Street, Fifth Floor
Springfield, Massachusetts  01103
vanderleeden@ip-lawyers.com
413.736.5401

f:   413.733.4543



ALSO PRESENT:
     WILLIAM S. CRANE, LASERPERFORMANCE
     BAHMAN KIA, LASERPERFORMANCE

```
 1   and Bruce Kirby, Inc.
 2       A    Uh-huh.
 3       Q    Is that right?
 4       A    I sometimes use Bruce Kirby Marine Design
 5   on my letterhead.
 6            It's not an official -- Bruce Kirby,
 7   Inc. is my corporation.
 8       Q    Okay.  So Bruce Kirby Marine Design is
 9   just a -- is just a trade name for you?
10       A    Yeah.
11       Q    Okay.  So do you have any other entities,
12   other than Bruce Kirby, Inc.?
13            Do you own any other entities?
14       A    No.
15       Q    Does Bruce Kirby have any employees?
16       A    My wife does the books.
17            Apart from that, it's just me.
18       Q    Does it have any revenue?
19       A    Yeah.
20            It -- I have the boats we mentioned
21   earlier that are still being built that I get
22   royalties from.
23       Q    So what boats do you currently get
24   royalties from?
25       A    Well, the Sonar and the Ideal 18, Pixel
```

1    and -- I thought we named four before.
2             I have another design called a Norwalk
3    Island Sharpie.  It's a little cruising boat.  Old
4    fashioned sort of thing.
5             And those are being sold out of
6    Australia.  And I do get a royalty check from the
7    Australians on that boat.
8        Q    That's Performance Sailcraft Australia?
9        A    Oh, no.  No.
10            Different -- this fellow is down in
11   Adelaide.  A fellow named Robert Ayliffe who runs
12   the Norwalk -- the Norwalk Island Sharpie business.
13            And sorry.  I shouldn't be going on like
14   this.  But I did a 38-foot custom one off for a
15   fellow about five years ago.  So, you know, I may --
16   I may get the, you know, custom stuff.
17       Q    Okay.  Does your wife do any work for
18   Bruce Kirby, Inc., other than bookkeeping?
19       A    No.
20       Q    And is she the person who keeps track of
21   the royalties due from entities that sell boats you
22   designed?
23       A    Yes, she does.
24       Q    Other than your counsel here, is there
25   anyone else or any other entity that does work for

1   Bruce Kirby, Inc. and -- and your wife that you
2   mentioned?
3       A    I have a CAD draftsman who works for me
4   from time to time.
5            I don't do CAD myself.
6       Q    Okay.  All right.  Is there something
7   called the "construction manual" for the Laser?
8       A    Yes.
9       Q    What is it?
10      A    Well, it's a very thick book that lays
11  out exactly how the boat is to be built, put
12  together, and so on.  Very detailed.
13      Q    Who owns that?
14           MR. COREA:  Objection to form, just
15           as to the legal question of ownership.
16           But please answer.
17  BY MR. ALLENTUCH:
18      Q    Do you understand the question?
19      A    Yeah.  I think so.
20      Q    Okay.
21           THE WITNESS:  What am I doing here,
22           Andrew?
23           MR. COREA:  You -- you can answer
24           the question.
25           I -- I've -- as -- as we, you know,