# EXHIBIT C

St. Onge Steward Johnston & Reens LLC

986 Bedford Street
Stamford, Connecticut
06905-5619
ssjr.com

+1 203 324-6155 TEL
+1 203 327-1096 FAX

December 19, 2014

VIA EMAIL **ONLY**
Sallentuch@npmlaw.com

Simon I. Allentuch, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

Re: SSJR File 01160-L0036A
Bruce Kirby, Inc. v. Laser Performance, Inc. et al.

Dear Simon:

This is in response to the subpoena of Ms. Margo Kirby. You first provided us with a copy of the subpoena after 9:00 pm on December 17, 2014, and indicated that a marshal was in the process of effecting service on Ms. Kirby. The subpoena sought a deposition at 10:00 am on December 19.

This subpoena has no legitimate legal purpose and is only intended to harass Ms. Kirby, an elderly woman, and her husband Bruce Kirby. Ms. Kirby plans to ask the Court to quash the subpoena. Please confirm that you will provide Ms. Kirby with a reasonable period, until Monday, January 5, 2014, to timely file her request with the Court.

As an alternative to a deposition, we would consider any good faith proposal by Defendants for an authentication of business records and/or verification of written answers to interrogatories.

Sincerely,

Walter B. Welsh
wwelsh@ssjr.com

c: Counsel of Record