UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., and<br>BRUCE KIRBY<br><br>    Plaintiffs,<br><br>    vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND BARBUDA),<br>INTERNATIONAL SAILING FEDERATION LIMITED,<br>INTERNATIONAL LASER CLASS ASSOCIATION, and<br>FARZAD RASTEGAR<br><br>    Defendants.<br>LASERPERFORMANCE (EUROPE)<br>   LIMITED, and<br>QUARTER MOON, INCORPORATED,<br><br>    Defendants-Counterclaim Plaintiffs,<br><br>    vs.<br><br>BRUCE KIRBY, INC., and<br>BRUCE KIRBY,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>    and<br><br>GLOBAL SAILING LIMITED, and<br>PERFORMANCE SAILCRAFT PTY. LTD.,<br><br>    Additional Counterclaim Defendants. | Civil Action No. 3:13-cv-00297-RNC |

**PLAINTIFFS' MOTION TO EXTEND TIME**

Plaintiffs Bruce Kirby and Bruce Kirby, Inc. (collectively referred to as "Plaintiffs"), by their counsel, hereby move for an extension of time of one week, to and including January 27, 2015, to respond to Defendant International Laser Class Association's ("ILCA") Motion to Dismiss dated December 30, 2014 [Dkt No. 174].  Plaintiffs' respectfully submit that good cause exists for this extension of time because Plaintiffs require additional time to confer with counsel and investigate the allegations in the pending motion.

Counsel for Plaintiffs has contacted counsel for ILCA, who has indicated ILCA consents to this motion for extension of time.

This is Plaintiffs' first request for extension of time of the deadline to respond to ILCA's Motion to Dismiss.

                                            Respectfully submitted,

<u>January 13, 2015</u>                  <u>/s/ Walter B. Welsh</u>
                                            Wesley W. Whitmyer, Jr., ct03509
                                            Andy I. Corea, ct25925
                                            Walter B. Welsh, ct01220
                                            ST. ONGE STEWARD JOHNSTON & REENS LLC
                                            986 Bedford Street
                                            Stamford, Connecticut  06905-5619
                                            Telephone: (203) 324-6155
                                            Facsimile: (203) 327-1096
                                            Email: acorea@ssjr.com; litigation@ssjr.com

                                            ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 13th day of January, 2015, a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO EXTEND TIME** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


January 13, 2015                                                                  */s/ Joan M. Burnett*
Date                                                                                        Joan M. Burnett