## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., and<br>BRUCE KIRBY<br><br>    Plaintiffs,<br><br>        vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND BARBUDA),<br>INTERNATIONAL SAILING FEDERATION LIMITED,<br>INTERNATIONAL LASER CLASS ASSOCIATION, and<br>FARZAD RASTEGAR<br><br>    Defendants.<br>LASERPERFORMANCE (EUROPE)<br>   LIMITED, and<br>QUARTER MOON, INCORPORATED,<br><br>    Defendants-Counterclaim Plaintiffs,<br><br>        vs.<br><br>BRUCE KIRBY, INC., and<br>BRUCE KIRBY,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>    and<br><br>GLOBAL SAILING LIMITED, and<br>PERFORMANCE SAILCRAFT PTY. LTD.,<br><br>    Additional Counterclaim Defendants. | Civil Action No. 3:13-cv-00297-JAM |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Bruce Kirby and Bruce Kirby, Inc. ("Plaintiff" or "Kirby") move pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment dismissing Defendant Quarter Moon, Inc.'s and Defendant Laser Performance (Europe) Ltd.'s (collectively and individually "Defendant" or "Laser Performance")[1] third, fourth, fifth, sixth, seventh, eighth, and, ninth counterclaims.

In support of this motion, Plaintiff is concurrently submitting herewith a Supporting Memorandum of Law, the Declaration of Walter B. Welsh, Esq., and a Local Rule 56(a)(1) Statement.

Respectfully submitted,

January 20, 2015

/s/ Andy I. Corea
Wesley W. Whitmyer, Jr., ct03509
Andy I. Corea, ct25925
Walter B. Welsh, ct01220
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut  06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: acorea@ssjr.com; litigation@ssjr.com

ATTORNEYS FOR PLAINTIFFS
BRUCE KIRBY and  BRUCE KIRBY, INC.

---

[1] Quarter Moon and LaserPerformance filed a joint answer and counterclaims *See* Doc. No. 40.

2

## CERTIFICATE OF SERVICE

       I hereby certify that on January 20, 2015, a copy of foregoing PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

January 20, 2015                  */s/ Joan M. Burnett*
Date                                         Joan M. Burnett