UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC. AND : <br> BRUCE KIRBY, : <br>  : Civil No. 3:13-cv-00297 (JAM) <br> Plaintiffs, : <br>  : <br> v. : <br>  : <br>  : <br> LASERPERFORMANCE (EUROPE) LIMITED, : <br> QUARTER MOON, INCORPORATED, : <br> INTERNATIONAL SAILING FEDERATION LIMITED : <br> AND INTERNATIONAL LASER CLASS ASSOCIATION : <br>  : <br>  : <br> Defendants. : January 20, 2015 | |

**QUARTER MOON, INC. AND LASERPERFORMANCE
(EUROPE) LIMITED'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 56(a), defendants LaserPerformance (Europe) Limited ("LaserPerformance") and Quarter Moon, Incorporated ("Quarter Moon"), as more fully set forth in its Memorandum of Law and the Declarations of William Crane and Simon I. Allentuch, by its counsel, Neubert, Pepe & Monteith, P.C., respectfully move for summary judgment against all claims in plaintiffs' Amended Complaint.

DEFENDANTS,
LASERPERFORMANCE (EUROPE) LIMITED
QUARTER MOON, INCORPORATED

/s/  Simon I. Allentuch
Simon I. Allentuch, Esq. (ct21094)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510
Tel: (203) 821-2000
Fax:  (203)821-2009
Sallentuch@npmlaw.com

**CERTIFICATION**

      I hereby certify that on January 20, 2015, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                              /s/Simon I. Allentuch
                                              Simon I. Allentuch
                                              NEUBERT, PEPE & MONTEITH, P.C.