# EXHIBIT A-1 INTENTIONALLY OMITTED