# EXHIBIT B-1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., AND<br>BRUCE KIRBY,<br><br>      Plaintiffs,<br><br>      v.<br><br>LASERPERFORMANCE (EUROPE)<br>LIMITED,<br>QUARTER MOON, INCORPORATED,<br>KARAYA (JERSEY) LIMITED,<br>VELUM LIMITED ITM SA (ANTIGUA AND<br>    BARBUDA),<br>INTERNATIONAL SAILING FEDERATION<br>LIMITED<br>INTERNATIONAL LASER CLASS<br>ASSOCIATION, and<br>FARZAD RASTEGAR,<br><br>      Defendants. | Civil Action No. 3:13-cv-00297 (JAM)<br><br><br><br>**DECLARATION OF<br>CHRIS CALDECOAT** |
| LASER PERFORMANCE (EUROPE)<br>LIMITED, and<br>QUARTER MOON, INCORPORATED,<br><br>     Defendants-Counterclaim Plaintiffs,<br><br>      v.<br><br>BRUCE KIRBY, INC., and<br>BRUCE KIRBY,<br><br>     Plaintiffs-Counterclaim Defendants,<br>     and<br><br>GLOBAL SAILING LIMITED, and<br>PERFORMANCE SAILCRAFT PTY. LTD.,<br><br>     Additional Counterclaim Defendants. | |

I, Chris Caldecoat, declare and state as follows:

1.      I am over 18 years of age and competent to give this declaration.  The following facts are personally known by me to be true and correct and if called as a witness I could and would competently testify hereto under oath;

2.      I am the General Manager for Performance Sailcraft Pty. Ltd, ("PSA");

3.      As part of my duties as General Manager, I am responsible for monitoring PSA's market competitors;

4.      The 1983 and 1989 Builder Agreements are licensing agreements that allow "Licensed Builders," located in separate geographic markets, to build sailboat and sailboat hulls in accordance with the "LASER" construction manual;

5.      PSA is the "Licensed Builder" for the Australian, New Zealand and Oceania markets;

6.      LaserPerformance (Europe) Limited ("LPE") was a "Licensed Builder" pursuant to the 1983 Builder Agreement to build sailboat and sailboat hulls in accordance with the "LASER" construction manual, but was not a "Licensed Builder" for the Australian, New Zealand and Oceania markets;

7.      Quarter Moon, Incorporated ("QMI") was a "Licensed Builder" pursuant to the 1989 Builder Agreement to build sailboat and sailboat hulls in accordance with the "LASER" construction manual, but was not a "Licensed Builder" for the Australian, New Zealand and Oceania markets;

---

DECLARATION CHRIS CALDECOAT
Case No. 3:13-cv-00297

8.     During the time period which LPE and QMI were "Licensed Builders," they were not competitors of PSA;

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct and this Declaration was executed this _07_ day of April, 2015.

_____

Chris Caldecoat



DECLARATION CHRIS CALDECOAT
Case No. 3:13-cv-00297