# EXHIBIT C-1

# FILED UNDER SEAL