UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE KIRBY, INC. ET AL | : | |
| | : | CASE NO. 3:13-CV-00297 (JAM) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| LASERPERFORMANCE (EUROPE) | : | |
| LIMITED, ET AL. | : | |
| | : | |
| Defendants. | : | MAY 25, 2018 |

## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the corporate defendant

LaserPerformance, LLC hereby discloses the following:

1.  LaserPerformance LLC is a subsidiary of Quarter Moon, Inc.

2.  LaserPerfomance LLC is not publicly traded.


DEFENDANT,
LASERPERFORMANCE LLC


By:  /s/Anthony C. Famiglietti_____
Douglas S. Skalka (ct00616)
Anthony C. Famiglietti (ct30221)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510
Tel: (203) 821-2000
Fax: (203)821-2009
dskalka@npmlaw.com
afamiglietti@npmlaw.com

**<u>CERTIFICATION</u>**

I hereby certify that on May 25, 2018 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

  /s/Anthony C. Famiglietti
Anthony C. Famiglietti (ct30221)
NEUBERT, PEPE & MONTEITH, P.C.