UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE KIRBY, INC. ET AL | : | |
| | : | CASE NO. 3:13-CV-00297 (JAM) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| LASERPERFORMANCE (EUROPE) LIMITED, ET AL. | : | |
| | : | |
| | : | |
| Defendants. | : | SEPTEMBER 27, 2018 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSION SERVED BY PLAINTIFF GLOBAL SAILING LIMITED (BY AGREEMENT)**

The defendants, LaserPerformance (Europe) Ltd. ("LPE") and Quarter Moon, Inc. ("QMI"), respectfully move for an extension of time up to and including October 5, 2018 to file any objections and October 10, 2018 to file responses to the Plaintiff's First Sets of Requests for Admissions directed to LPE and QMI, dated August 31, 2018.  The defendants submit that good cause exists for the granting of this motion because combined Global Sailing Limited ("GSL") has served one-hundred thirteen (113) requests for admission on these defendants, who also are engaged in efforts to comply with hundreds of requests for production of documents and other discovery matters.  The additional time requested is necessary so that the defendants and their counsel can have a fair opportunity to object or otherwise respond to these requests and the granting of this motion will not interfere with the time set for the completion of discovery, for hearing a motion, or for trial.  Moreover, multiple counsel for the defendants already have spent several hours in attempting to comply with the current time limitation, but despite diligent efforts, counsel reasonably believes the additional time will be needed.

This is the defendants' first request for additional time with respect to these requests for admission. Undersigned counsel has inquired of counsel for GSL, who has agreed to these extensions of time.

> DEFENDANTS,
> LASERPERFORMANCE (EUROPE) LTD, and
> QUARTER MOON, INC.,
>
> /s/ Peter T. Fay
> Douglas S. Skalka (ct00616)
> Peter T. Fay (ct08122)
> NEUBERT, PEPE & MONTEITH, P.C.
> 195 Church Street, 13th Floor
> New Haven, CT  06510
> Tel: (203) 821-2000
> Fax: (203)821-2009
> dskalka@npmlaw.com
> pfay@npmlaw.com

## CERTIFICATION

I hereby certify that on September 27, 2018 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

> /s/ Peter T. Fay
> Peter T. Fay
> NEUBERT, PEPE & MONTEITH, P.C.