UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., ET AL<br><br>　　　　Plaintiff,<br><br>V.<br><br>LASERPERFORMANCE (EUROPE) LIMITED, ET AL.<br><br>　　　　Defendants | Case No: 3:13-CV-00297 (JAM) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' AFFIRMATIVE DEFENSE**

In response to the Defendants' Affirmative Defense asserted in their FIRST AMENDED ANSWER TO AMENDED COMPLAINT, dkt. 391-3, entered by this Court on December 3, 2018, dkt. 404, the Plaintiff Global Sailing, Limited ("Global") herein submits the present Response.

**Defendants' First Affirmative Defense of Statute of Limitations and Laches**

1.　Global denies the Defendants' allegation that Global's claims are barred by the statute of limitations and laches, and states that these claims are without any legal basis. *See* dkt. 391-1, p. 3.

Date: December 21, 2018

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　　　/s/J. Kevin Grogan
　　　　　　　　　　　　　　　　　　　　　J. Kevin Grogan (ct00331)
　　　　　　　　　　　　　　　　　　　　　Grogan, Tuccillo & Vanderleeden, LLP
　　　　　　　　　　　　　　　　　　　　　1350 Main Street, Suite 508
　　　　　　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　　　　　　Tel. (413) 736-5401 - Fax (413) 733-4543
　　　　　　　　　　　　　　　　　　　　　Email: saillit@gtv-ip.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff, Global Sailing Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, a true copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' AFFIRMATIVE DEFENSES was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/EFC System.

      /s/J. Kevin Grogan
      J. Kevin Grogan