UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC. ET AL | : |
| | :     CASE NO. 3:13-CV-00297 (JAM) |
|             Plaintiff, | : |
| | : |
| V. | : |
| | : |
| LASERPERFORMANCE (EUROPE) LIMITED, ET AL. | : |
| | : |
|             Defendants. | :     DECEMBER 21, 2018 |

### DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 7, the defendants, LaserPerformance (Europe) Limited and Quarter Moon, Inc., respectfully request the court to modify the Amended Scheduling Order (doc. 361) and extend the deadline for the completion of discovery to February 14, 2019.

In support of this motion, the defendants submit the following:

1. Prior to the expiration of the discovery deadline (November 30, 2018), parties on both sides had noticed certain depositions to be completed prior to November 30, 2018. However, as a result of certain witnesses being located in Australia and/or New Zealand, the illness of another, and the limited availability of yet another, the parties were unable to coordinate mutually agreeable dates for the completion of these depositions. Prior to November 30, 2018, counsel for all parties had communicated and defendants' counsel believed that all had agreed to seek a brief extension of the deadline to allow the parties to complete these depositions, none of which have been taken in connection with the lawsuit filed by Global Sailing Limited. Specifically, on November 28, 2018, the undersigned sent the following email to counsel for the plaintiffs:

> In light of Mr. Kirby's current health and the ongoing negotiations to try to resolve these matters, we'd like to propose postponing the depositions of the Kirbys, which we have noticed for tomorrow, with an agreement that if we are unable to resolve these matters in the near future, the parties will agree to jointly seek a short extension of the discovery deadline to allow for the completion of the depositions of the Kirbys, Mr. Rastegar, and the 30(b)(6) representative of GSL. Please let me know if this is agreeable to you. Thank you.

In response, the undersigned received the following email from Attorney Walter Welsh, counsel for Bruce Kirby, Inc. and Bruce Kirby: "Our clients are not available for deposition tomorrow. We will agree to an extension of discovery for the purposes of the noticed depositions to the extent it becomes necessary." A copy of these emails exchanged on November 28, 2018, are attached hereto as Exhibit A.

Based upon these emails, the undersigned reasonably believed that counsel for Bruce Kirby, Inc. and Bruce Kirby had agreed to an extension of the discovery deadline for the purposes of completing the depositions that already had been noticed, but not completed, including the depositions of a representative of Global Sailing Limited, Bruce Kirby, and Margo Kirby.

2. Based upon other communications with Attorney Jeffrey Schiller, counsel for Global Sailing Limited, the undersigned understood that Global Sailing Limited was in agreement with the proposed modification.

3. On November 27, 2018, the parties attended a settlement conference with Judge Robert M. Spector. Although these consolidated cases did not settle at the conference on November 27, 2018, the parties returned to court on November 30, 2018 and spent several more hours with Judge Spector continuing their efforts to resolve these cases.

4. The parties continue to pursue a resolution of these cases (and other matters as well), and participated in a telephone conference with Judge Spector on December 17, 2018 to report

on and continue those efforts. The parties are currently trying to schedule a continuation of the settlement conference for some time in January or February, 2019.

5. Because the representative from Global Sailing Limited will be traveling to attend the conference from New Zealand, the plan is to take his deposition, if necessary, the day after the continued settlement conference.

6. Prior to filing this motion, the undersigned sought to confirm his understanding that all counsel were in agreement with the plan to seek a brief extension of the scheduling order to permit the parties to complete previously noticed depositions. Although the undersigned still believes that counsel for Global Sailing Limited is in agreement, Attorney Welsh, counsel for Bruce Kirby, Inc. and Bruce Kirby, apparently is no longer in agreement, despite his earlier email on November 28, 2018, which seemed to indicate that he was in agreement.

7. Pursuant to Local Rule 7 and Fed. R. Civ.P. 15(a), the undersigned, therefore, represents that: (a) he has inquired of counsel for all non-moving parties and there is <u>not</u> agreement to the granting of this motion and (b) this is the first motion to amend the Amended Scheduling Order (doc. 361)(it is the second motion to amend the dates initially proposed by the parties in their Rule 26(f) Statement).

8. However, the defendants submit that good cause exists for the granting of this motion because they had good reason to believe that there was an agreement to extend the deadline for completing depositions. The defendants had noticed these depositions to be completed prior to the deadline and agreed to postpone them based upon representations made by counsel for the plaintiffs. The defendants are not presently seeking an extension of time to respond to any dispositive motions. Moreover, the granting of this motion will not unfairly prejudice or inconvenience any party to this action.

For the foregoing reasons, the defendants submit that good cause exists for the granting of this motion and respectfully request that the court grant this motion.

>DEFENDANTS,
>LASERPERFORMANCE (EUROPE) LIMITED
>and QUARTER MOON, INC.
>
>/s/ Peter T. Fay
>Douglas S. Skalka (ct00616)
>Peter T. Fay (ct08122)
>NEUBERT, PEPE & MONTEITH, P.C.
>195 Church Street, 13th Floor
>New Haven, Connecticut 06510
>Tel: (203) 821-2000
>Fax: (203) 821-2009
>dskalka@npmlaw.com
>pfay@npmlaw.com

## CERTIFICATION

I hereby certify that on December 21, 2018, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

>/s/ Peter T. Fay
>Peter T. Fay (ct08122)
>NEUBERT, PEPE & MONTEITH, P.C.

**EXHIBIT A**

## Peter Fay

| | |
|---|---|
| **From:** | Walter B. Welsh <wwelsh@whipgroup.com> |
| **Sent:** | Wednesday, November 28, 2018 3:33 PM |
| **To:** | Peter Fay; Benjamin N. Luehrs; Kevin Grogan; Jeff Schiller |
| **Cc:** | Doug Skalka |
| **Subject:** | Re: GSL/KIRBY v. LPE & QMI |

Peter –

Our clients are not available for deposition tomorrow. We will agree to an extension of discovery for the purposes of the noticed depositions to the extent it becomes necessary.

Walter

Walter B. Welsh
**Member**

Whitmyer ip Group

600 Summer Street
Stamford, CT 06901

Dir: +1 (203) 703-0871
Mob: +1 (860) 944-0871
Fax: +1 (203) 703-0801

Email: wwelsh@whipgroup.com
Web: www.whipgroup.com

---

**From:** Peter Fay <PFay@npmlaw.com>
**Date:** Wednesday, November 28, 2018 at 2:44 PM
**To:** Walter Welsh <wwelsh@whipgroup.com>, Benjamin Luehrs <bluehrs@whipgroup.com>, Kevin Grogan <grogan@gtv-ip.com>, Jeff Schiller <schiller@gtv-ip.com>
**Cc:** Doug Skalka <DSkalka@npmlaw.com>
**Subject:** RE: GSL/KIRBY v. LPE & QMI

Gentlemen,

Would you please let me know what your position is with respect to my proposal below concerning the scheduled depositions of the Kirbys? Thanks.

Peter

Peter T. Fay
tel 203.821.2000 | fax 203.821.2009
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor, New Haven, CT 06510
New Haven | Fairfield | White Plains | npmlaw.com


*Celebrating 25 years!*

**From:** Peter Fay
**Sent:** Wednesday, November 28, 2018 10:53 AM
**To:** 'Walter B. Welsh' <wwelsh@whipgroup.com>; 'bluehrs@whipgroup.com' <bluehrs@whipgroup.com>; 'Kevin Grogan' <grogan@gtv-ip.com>; Jeff Schiller <schiller@gtv-ip.com>
**Cc:** Doug Skalka <DSkalka@npmlaw.com>
**Subject:** GSL/KIRBY v. LPE & QMI

Dear Counsel,

In light of Mr. Kirby's current health and the ongoing negotiations to try to resolve these matters, we'd like to propose postponing the depositions of the Kirbys, which we have noticed for tomorrow, with an agreement that if we are unable to resolve these matters in the near future, the parties will agree to jointly seek a short extension of the discovery deadline to allow for the completion of the depositions of the Kirbys, Mr. Rastegar, and the 30(b)(6) representative of GSL.

Please let me know if this is agreeable to you. Thank you.

Peter

Peter T. Fay
tel 203.821.2000 | fax 203.821.2009
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor, New Haven, CT 06510
New Haven | Fairfield | White Plains | npmlaw.com



2