Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____   RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 0 hours 39 minutes

DATE: 6/20/2019   START TIME: 3:06   END TIME: 3:45

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 13cv297

Global Sailing, Inc. et al.            B. Luehrs; J. Grogan
                                       Plaintiff's Counsel
        vs
LaserPerformance (Europe) Ltd. et al.  P. Fay
                                       Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... #415 Motion for partial summary judgment       ☐ granted ☐ denied ☑ advisement
☐ ..... #____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ .....  ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ .......... _____          ☐ filed ☐ docketed
☐ .......... _____          ☐ filed ☐ docketed
☐ .......... _____          ☐ filed ☐ docketed
☐ .......... _____          ☐ filed ☐ docketed
☐ .......... _____          ☐ filed ☐ docketed
☐ .......... _____          ☐ filed ☐ docketed
☐ .......... Hearing continued until _____ at _____

Notes: