Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK: Y. Gutierrez  RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: ____ hours  10 minutes
DATE: 9/23/2019   START TIME: 11:16   END TIME: 11:26
LUNCH RECESS  FROM: _____ TO: _____
RECESS (if more than ½ hr)  FROM: _____ TO: _____

CIVIL NO. 3:13-cv-00297-JAM

Bruce Kirby, Inc.                           Benjamin N. Luehrs
                                            Plaintiff's Counsel
              vs
LaserPerformance (Europe) Limited et        James Kevin Grogan, Douglas S. Skalka,
                                            Defendant's Counsel
                                            Jeffrey E. Schiller

## COURTROOM MINUTES- CIVIL

☐ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing
  In-person Status Conference

☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____

Notes: