UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC. ET AL : | |
| : | CASE NO. 3:13-CV-00297 (JAM) |
| Plaintiff, : | |
| : | |
| V. : | |
| : | |
| LASERPERFORMANCE (EUROPE) : | |
| LIMITED, ET AL. : | |
| : | |
| Defendants. : | DECEMBER 6, 2019 |

**STIPULATION OF FED. R. CIV. P. 41 DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), counterclaim-plaintiffs LaserPerformance (Europe) Limited and Quarter Moon, Inc. hereby dismiss all claims against the counterclaim-defendants Bruce Kirby, Bruce Kirby, Inc. and Global Sailing Limited with prejudice. Counterclaim-plaintiffs are to bear their own costs and attorneys' fees with respect to the dismissed claims. Counterclaim-defendants Bruce Kirby and Bruce Kirby, Inc. reserve the right to seek an award of their attorneys' fees and costs with respect to the dismissed claims.

COUNTERCLAIM PLAINTIFFS,
LASERPERFORMANCE (EUROPE) LIMITED,
QUARTER MOON, INCORPORATED,

By: /s/Douglas S. Skalka
Douglas S. Skalka. (ct00616)
Peter T. Fay (ct08122)
Nancy B. Kinsella (ct12109)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510
Tel. (203) 821-2000
Fax  (203)821-2008
dskalka@npmlaw.com
pfay@npmlaw.com
nkinsella@npmlaw.com

COUNTERCLAIM DEFENDANTS,
BRUCE KIRBY, INC. and BRUCE KIRBY

By:   /s/Benjamin N. Luehrs
    Wesley W. Whitmyer, Jr. (ct03509)
    Benjamin N. Luehrs (phv08980)
    Walter B. Welsh (ct27210)
    Whitmyer IP Group LLC
    600 Summer Street
    Stamford, Ct 06901
    Tel. 203-703-0800
    Fax: 203-703-0801
    litigation@whipgroup.com
    bluehrs@whipgroup.com
    wwelsh@whipgroup.com

GLOBAL SAILING LIMITED

By:   /s/Joseph Romagnano
    James Kevin Grogan (ct00331)
    Kevin H. Vanderleeden, Esq.(phv06422)
    Jeffrey E. Schiller
    Joseph Romagnano
    Grogan, Tuccillo & Vanderleeden, LLP - MA
    1350 Main Street, Suite 508
    Springfield, MA 01103
    Tel. 413-736-5401
    Fax 413-733-4543
    grogan@gtv-ip.com
    vanderleeden@gtv-ip.com
    schiller@gtv-ip.com

CERTIFICATION

I hereby certify that on this 6th day of December, 2019, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

   /s/Douglas S. Skalka
Douglas S. Skalka