# EXHIBIT A

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

</div>



BK
EXHIBIT
BK-125

| | |
|---|---|
| BRUCE KIRBY, INC.<br><br>       Plaintiff,<br><br>       vs.<br><br>QUARTER MOON, INCORPORATED,<br>DORY VENTURES LLC<br>LASERPERFORMANCE LLC and<br>FARZAD RASTEGAR,<br><br>       Defendants. | Civil Action No. 3:17-CV-01389-JAM |

<div align="center">

**STIPULATION**

</div>

WHEREAS, on March 4, 2013, Plaintiff Bruce Kirby, Inc. ("BKI") filed a complaint against Quarter Moon, Inc. ("Quarter Moon"), LaserPerformance (Europe) Limited ("LPE"), and Farzad Rastegar ("Rastegar"), among other defendants, alleging infringement of U.S. Trademark Registration No. 3,532,451 ("the BK Mark"), among other claims. (*See Bruce Kirby et al. v. LaserPerformance (Europe) Limited et al.*, Civil Action No. 3:13-cv-00297 ("the 2013 Action")).

WHEREAS, on April 30, 2013, BKI filed a First Amended Complaint in the 2013 Action.

WHEREAS, on August 16, 2017, BKI filed a complaint (Dkt. 1) against, Quarter Moon, Dory Ventures, LLC ("Dory"), LaserPerformance LLC ("LP") and Rastegar (collectively, "Defendants") alleging infringement of the BK Mark, among other claims ("the 2017 Action").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that in the 2013 Action BKI may introduce into evidence at trial in the 2013 Action, collectively or separately, Defendants' admissions to the Requests for Admission

below, each of which may be used for any purposes allowable under the Federal Rules of

Evidence:

1. Admitted that BKI is the owner of U.S. Trademark Registration No. 3,532,451 for BRUCE KIRBY® for boats, in class 12 (US cls 19, 21, 23, 31, 35 and 44

2. Admitted that Defendants became knowledgeable of the BK Mark at least as early as the filing of the complaint in the 2013 Action on March 4, 2013;

3. Admitted that, at least as early as August 1, 2017, LaserPerformance LLC began marketing, promoting, and offering for sale a "Kirby Fishing Set" on the following two websites, which are accessible in North America and Europe, respectively laserperformance.com.us and http://www.laserperformance.uk/ ("the Websites");

4. Admitted that the "Kirby Fishing Set" as marketed on the Websites included an aluminum fishing boat;

5. Admitted that Defendants never sold and did not intend to sell a "Kirby Fishing Set" in the United States of America;

6. Admitted that Dory Ventures, LLC provided marketing services to LaserPerformance LLC as a service provider under service agreements between Dory Ventures, LLC and LaserPerformance, LLC and which services were utilized by LaserPerformance LLC in putting "Kirby Fishing Set" on the Websites;

7. Admitted that Farzad Rastegar is the Executive Director of Dory Ventures, LLC and has held this position since 2004;

8. Admitted that LaserPerformance LLC is a wholly-owned subsidiary of Quarter Moon, Inc.;

9. Admitted that the Websites are operated and controlled, at least in part, by LaserPerformance LLC;

10. Admitted that LaserPerformance LLC is a Delaware limited liability company authorized to do business in Connecticut and;

11. Admitted that, BKI never authorized Defendants to market, promote, sell the "Kirby Fishing Set," on the Websites or otherwise;

12. Admitted that Defendants did not receive a cease and desist letter from BKI before the commencement of this action;

13. Admitted that the Defendants have alleged that Velum, Ltd. is an affiliate of Quarter Moon, Inc. and Laser Performance, LLC, and further allege Velum, Ltd. is the owner of trademark registrations for Kirby on boats in China, European Union, Germany, Italy, Russia, Spain, and Switzerland.

IT IS FURTHER STIPULATED AND AGREED that fact discovery will be re-opened for the limited purpose for BKI to produce Exhibits A-E attached hereto in the 2013 Action, which may be entered into evidence at trial in the 2013 Action, collectively or separately, and be used for any purpose allowable under the Federal Rules of Evidence.

IT IS FURTHER STIPULATED AND AGREED that fact discovery will be re-opened for the limited purpose for Defendants to produce Exhibits 1-23 in the 2013 Action, which may be entered into evidence at trial in the 2013 Action, collectively or separately, and be used for any purpose allowable under the Federal Rules of Evidence.

IT IS FURTHER STIPULATED AND AGREED that fact discovery will be re-opened for the limited purpose for BKI or Defendants to produce the Defendants' interrogatory responses attached hereto in the 2013 action, which may be entered into evidence at trial in the 2013 Action, collectively or separately, and be used for any purpose allowable under the Federal Rules of Evidence.

PURSUANT TO THE FOREGOING, it is further stipulated and agreed that within five (5) business days following BKI and Defendants' endorsement of this Stipulation, BKI will dismiss the 2017 Action with prejudice. Each party is to bear its own costs and fees.

Dated: March 4, 2019

WHITMYER IP GROUP LLC

By: _____
    Wesley W. Whitmyer, Jr., ct03509
    Walter B. Welsh, ct01220
    Benjamin N. Luehrs, phv08980
    litigation@whipgroup.com
    wwelsh@whipgroup.com
    bluehrs@whipgroup.com
    600 Summer Street

NEUBERT, PEPE & MONTEITH, P.C.

By: _____
    Douglas S. Skalka ct00616
    Peter T. Fay ct08122
    dskalka@npmlaw.com
    pfay@npmlaw.com
    195 Church Street, 13th Floor
    New Haven, CT 06510
    (203) 821-2000

3

Stamford, CT 06901
(203) 703-0800

*Attorneys for Plaintiff*
*Bruce Kirby, Inc.*

*Attorneys for Defendants*
*Quarter Moon, Inc.*
*Dory Ventures LLC*
*LaserPerformance LLC and*
*Farzad Rastegar*

4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT



BK
EXHIBIT
BK-126

| | |
|---|---|
| BRUCE KIRBY, INC. | |
| Plaintiff, | |
| vs. | Civil Action No. 3:17-CV-01389-JAM |
| QUARTER MOON, INCORPORATED,<br>DORY VENTURES LLC<br>LASERPERFORMANCE LLC and<br>FARZAD RASTEGAR, | |
| | May 17, 2018 |
| Defendants. | |

## DEFENDANT QUARTER MOON INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, the defendant, Quarter Moon, Inc. (hereinafter the "Defendant" or "QMI"), hereby objects and/or responds to Bruce Kirby Inc.'s ("Plaintiff" or "BKI") March 16, 2018 Interrogatories as follows:

**INTERROGATORY NO. 1:**

Identify the five (5) Persons most knowledgeable regarding the sales and marketing of the Kirby Fishing Set, including an identification of each person's employer, title, an identification of the number of years each Person has held their current title, and an identification of each aspect of the Kirby Fishing Set that each Person is knowledgeable about.

**OBJECTION:  The Defendant objects to the request for the five most knowledgeable people.  The number five is arbitrary and assumes that there are five people with substantial knowledge about these topics.  Subject to these objections, the Defendant states that William Crane is a Director of Quarter Moon, Inc.  He has been affiliated with QMI since 2011.  He is knowledgeable about QMI's current corporate structure and the fact that it is currently a holding company without any current employees.  It did not and does not sell, market, or manufacture the Kirby Fishing Set.**

**INTERROGATORY NO. 2:**

Identify the five (5) Persons most knowledgeable regarding the manufacture of the Kirby Fishing Set, including an identification of each Person's employer, title, an identification of the number of years each Person has held their current title, and an identification of each aspect of the Kirby Fishing Set that each Person is knowledgeable about.

**RESPONSE:  See Response to Interrogatory No. 1.**

**INTERROGATORY NO. 3:**

Identify on a quarterly basis for six years preceding the filing of the Complaint in the Action: the number of Kirby Fishing Sets manufactured by you or on your behalf; the number of Kirby Fishing Sets you sold or distributed; your gross sales in U.S. dollars; your net sales in U.S. dollars; your gross profits in U.S. dollars; and your net profits in U.S. dollars.

**RESPONSE:  None.**

**INTERROGATORY NO. 4:**

Identify on a quarterly basis for six years preceding the filing of the Complaint in the Action: each individual or company to whom you provided a Kirby Fishing Set; the number of units provided to each individual or company; the amount (in U.S. dollars) you billed to each individual or company; and the amount (in U.S. dollars) each individual or company paid you.

**RESPONSE:  None.**

**INTERROGATORY NO. 5:**

Describe in detail the facts and circumstances concerning the conception, creation,

selection, and adoption of Defendants' Marks, including, but not limited to, identifying the

Persons who were or are responsible for or participated in the creation, selection, and adoption of

Defendants' Marks.


**RESPONSE:  The idea for the fishing set was developed as a concept to gather consumer information for LaserPerformance LLC to develop a line of fishing products.  Dory Ventures, LLC provided marketing services to LPLLC under its services agreement.  In researching the concept for the fishing line, LaserPerformance, LLC became aware that "Kirby" is a generic word used globally to describe a type of fishing hook.  Velum Limited, a holding company which licenses some of its European intellectual property rights to LaserPerformance, LLC, registered the mark "Kirby" in Europe for use on fishing products.  The fishing set image was put on the LaserPerformance European website for marketing research purposes.  The Kirby Fishing Set was an early stage concept to test the market and gather consumer information.  There has been no manufacturing, sales, or revenue generated from the Kirby Fishing Set.  The Defendants did not receive a cease and desist letter before the Plaintiff filed its Complaint in this action. For any challenge to intellectual property registrations or use, it is usual practice that a statement of opposition be filed and the parties may engage directly to resolve the opposition or the alleged infringement. Defendant's normal practice to any such opposition or notice from the Plaintiff would have been to do exactly what it did upon receipt of notice of this litigation. Therefore the Defendant believes that this litigation is tantamount to vexatious litigation and could have been easily resolved with no burden on the judicial system and to the full satisfaction of the parties. To reiterate, upon receipt of the Complaint, LaserPerformance, LLC promptly removed the Kirby Fishing Set from the LP websites.**


**INTERROGATORY NO. 6:**

Identify any and all federal and state trademark registration(s) and current pending

application(s) for Defendants' Marks by registration or serial number, including each trademark

search, investigation, or any other inquiry conducted by or for QMI concerning the availability

to use or register these marks and the persons involved in the review of any such trademark

search, investigation, or other inquiry.

**RESPONSE:  None.**

**INTERROGATORY NO. 7:**

Identify all goods and services offered for sale, sold, provided or intended to be offered for sale, sold, or provided by or for QMI in the United States under or in connection with Defendants' Marks, including, but not limited to, the dates of actual and planned use of Defendants' Marks in connection with the goods or services, date of first use of Defendants' Marks for each good or service, the suggested retail price of the good or service, and the expected retail price of the good or service.

**RESPONSE: The Kirby Fishing set alleged in the Complaint is the only product marketed on the LP website under or in connection with the Defendants' Marks. The Defendant did not intend to sell the Kirby Fishing Set. It was on the LP websites for marketing research purposes only. Part of marketing research as sales in the marine category is very price dependent and included a package of products with items that have no relationship to the Plaintiff's alleged infringement. Indeed there was no production or sourcing of any of these items other than the single units used in the photography of the single image posted on the website for the purposes described.**

**INTERROGATORY NO. 8:**

Describe the nature of any advertisements, promotional materials, and marketing materials (for example, newspaper advertisements, magazine advertisements, Internet websites, television commercials, brochures), including by identifying specific media (for example, *The New York Times*, *Time* magazine, Google.com, CBS network television) in which QMI is using, has used, or plans to use Defendants' Marks.

**RESPONSE: None were designed or produced other than the single units brought in for the purposes of photography of the single image on the LaserPerformance website, with a domain name of www.laserperformance.com.**

**INTERROGATORY NO. 9:**

Identify all Persons who were or are, responsible for or participating in, the marketing or advertising of any goods and services offered for sale, sold, or intended to be offered for sale or

sold by or for QMI under or in connection with Defendants' Marks, including, but not limited to

all websites displaying or that have displayed Defendants' Marks.

**RESPONSE: The Defendants did not offer or intend to offer goods or services for sale under the Defendants' Marks.**


**INTERROGATORY NO. 10:**

Identify the geographic regions in the United States in which QMI has, plans, intends, or

has caused to be advertised, promoted, displayed, distributed, offered for sale, sold, or provided,

either directly or through others, any goods or services under or in connection with Defendants'

Marks, including the names and locations of all trade shows, sporting events, or other events in

the United States where goods or services under or in connection with Defendants' Marks have

been displayed, promoted, or sold.

**RESPONSE:  The Defendant does not have any plans to advertise, promote, display, distribute, or offer the Kirby Fishing Set for sale.  As stated previously, the Kirby Fishing Set was developed as a market research experiment to gauge consumer interest for LaserPerformance to create a line of fishing products.  The Kirby Fishing Set was not displayed to the Defendant's knowledge on any medium or at any event other than on LaserPerformance, LLC's website.**


**INTERROGATORY NO. 11:**

Describe the date and circumstances of QMI first becoming aware of BKI's use

or registration of Plaintiff's Mark.

**RESPONSE:  The Defendant became aware of BKI's use or registration of the Plaintiff's Mark in the action pending in the United States for the District of Connecticut bearing docket number 3:13-cv-00297, which it is a party to.  Indeed, for any challenge to intellectual property registrations or use, it is usual practice that a statement of opposition be filed and the parties may engage directly to resolve the opposition or the alleged infringement. Defendant's normal practice to any such opposition or notice from the Plaintiff would have been to do exactly what it did upon receipt of notice of this litigation.  Therefore the Defendant believes that this litigation is tantamount to vexatious litigation and could have been easily resolved with no burden on the judicial system and to the full satisfaction of the parties.**

**INTERROGATORY NO. 12:**

Describe each and every instance of which QMI is aware in which any person has been in any way confused, mistaken, or deceived as to the origin or sponsorship of any goods or services sold, provided, or offered for sale under or in connection with Defendants' Marks.

**RESPONSE:  The Defendant is not aware of any such instances.**

**INTERROGATORY NO. 13:**

Describe in detail your corporate structure, including but not limited to, all members, investors, employees, contractors, subcontractors, subsidiaries, parent companies, and other related entities.

**OBJECTION AND RESPONSE:   The Defendant objects to Interrogatory No. 13 in that it is overly broad, unduly burdensome, beyond the scope of discovery and interposed for an improper purpose.  Some of the terms used are also vague and undefined.  The identity of all of the "employees, contractors, [and] subcontractors" would presumably encompass everyone who the Defendant contracts with and all of their subcontractors, as well as the identity of its entire workforce.  Subject to these objections, the Defendant states that Quarter Moon, Inc. is a holding company without any employees.  LaserPerformance, LLC is a subsidiary of Quarter Moon, Inc.  Dory Ventures, LLC is an independent company that provides services on a contractual basis to LaserPerformance, LLC and provided services in the past to Quarter Moon, Inc.**

**INTERROGATORY NO. 14:**

Describe in detail your relationship with the other defendants in the Action, namely Quarter Moon, Inc., Dory Ventures, LLC, LaserPerformance LLC, and Farzad Rastegar.

**RESPONSE: The Defendant objects to Interrogatory No. 14 in that it is vague, unclear, ambiguous, overly broad and not related to a claim or defense.  Subject to these objections, the Defendant states that Dory Ventures, LLC is an independent company that has provided services under contract to LaserPerformance, LLC.  Mr. Rastegar is not an employee of either LaserPerformance, LLC nor Quarter Moon, Inc.  Mr. Rastegar is the Executive Director of Dory Ventures, LLC.**

**INTERROGATORY NO. 15:**

Identify and describe in detail any administrative proceeding or any litigation involving

an allegation that LP violated the trademark rights of any third party, other than this suit.

**OBJECTION AND RESPONSE:  The Defendant objects to Interrogatory No. 15 as it is
overly broad, unduly burdensome, and beyond the scope of discovery.  The request is not
limited in time or geographic scope.  Subject to this objection the Defendant states that it
is involved in a prior action, 3:13-cv-00297 (JAM), in which the Plaintiff has asserted that
the Defendant Quarter Moon, Inc. infringed on its trademark rights.  QMI has also been
named as a defendant in a member case bearing that docket number.**

**INTERROGATORY NO. 16:**

Identify all persons that furnished information for the response to these interrogatories,

designating the number of each interrogatory for which such persons furnished information.

**RESPONSE:  Mr. Bill Crane provided information on behalf of Quarter Moon, Inc. and
LaserPerformance, LLC.  Mr. Rastegar provided information on behalf of Dory Ventures,
LLC and himself.**

DEFENDANT,
QUARTER MOON, INC,


By:   /s/Anthony C. Famiglietti
      Douglas S. Skalka (ct00616)
      Anthony C. Famiglietti (ct30221)
      NEUBERT, PEPE & MONTEITH, P.C.
      195 Church Street
      New Haven, CT  06510
      Tel: (203) 821-2000
      dskalka@npmlaw.com
      afamiglietti@npmlaw.com

## CERTIFICATION

I, _William S. Crane_ , attest that I have reviewed the above Interrogatories

and the answers thereto, and certify that the answers provided in response are true and accurate.

Affiant: _____

_William S. Crane_

_____


STATE OF        CT         )

COUNTY OF  Fairfield  )       ss.  Westport


On this date, the  17  day of May, 2018 before me, the undersigned officer, personally
appeared _William S. Crane_ , known to me (or satisfactorily proven to me) to be the
person whose name is subscribed to the within instrument, and acknowledged that he executed
the same for the purposes therein contained.

In witness whereof, I hereunto set my hand.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires:

Camille Flemming
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 12/31/18

<u>**CERTIFICATION**</u>

I hereby certify that on May 17, 2018, a copy of the foregoing was sent by e-mail to the following counsel of record.

Walter B. Welsh
Benjamin N. Luehrs
Whitmeyer IP Group, LLC
600 Summer Street
Stamford, CT 06901
litigation@whipgroup.com
wwelsh@whipgroup.com
bluehrs@whipgroup.com
*Representing Bruce Kirby, Inc.*

          /s/ Anthony C. Famiglietti
       Neubert, Pepe & Monteith, P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



| | |
|---|---|
| BRUCE KIRBY, INC. | |
| Plaintiff, | |
| vs. | Civil Action No. 3:17-CV-01389-JAM |
| QUARTER MOON, INCORPORATED,<br>DORY VENTURES LLC<br>LASERPERFORMANCE LLC and<br>FARZAD RASTEGAR, | |
| | May 17, 2018 |
| Defendants. | |

## DEFENDANT FARZAD RASTEGAR'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, the defendant, Farzad Rastegar (hereinafter the "Defendant" or "Mr. Rastegar"), hereby objects and/or responds to Bruce Kirby Inc.'s ("Plaintiff" or "BKI") March 16, 2018 Interrogatories as follows:

**INTERROGATORY NO. 1:**

Identify the five (5) Persons most knowledgeable regarding the sales and marketing of the Kirby Fishing Set, including an identification of each person's employer, title, an identification of the number of years each Person has held their current title, and an identification of each aspect of the Kirby Fishing Set that each Person is knowledgeable about.

**OBJECTION AND RESPONSE: The Defendant objects to the request for the five most knowledgeable people. The number five is arbitrary and assumes that there are five people with substantial knowledge about these topics. Subject to these objections, the Defendant states that he is the Executive Director of Dory Ventures and has held such position since 2004. Mr. Rastegar is knowledgeable about Dory Venture's provision of services to LaserPerformance, LLC.**

**INTERROGATORY NO. 2:**

Identify the five (5) Persons most knowledgeable regarding the manufacture of the Kirby Fishing Set, including an identification of each Person's employer, title, an identification of the number of years each Person has held their current title, and an identification of each aspect of the Kirby Fishing Set that each Person is knowledgeable about.

**RESPONSE:  See Response to Interrogatory No. 2.**

**INTERROGATORY NO. 3:**

Identify on a quarterly basis for six years preceding the filing of the Complaint in the Action: the number of Kirby Fishing Sets manufactured by you or on your behalf; the number of Kirby Fishing Sets you sold or distributed; your gross sales in U.S. dollars; your net sales in U.S. dollars; your gross profits in U.S. dollars; and your net profits in U.S. dollars.

**RESPONSE:  None.**

**INTERROGATORY NO. 4:**

Identify on a quarterly basis for six years preceding the filing of the Complaint in the Action: each individual or company to whom you provided a Kirby Fishing Set; the number of units provided to each individual or company; the amount (in U.S. dollars) you billed to each individual or company; and the amount (in U.S. dollars) each individual or company paid you.

**RESPONSE:  None.**

**INTERROGATORY NO. 5:**

Describe in detail the facts and circumstances concerning the conception, creation,

selection, and adoption of Defendants' Marks, including, but not limited to, identifying the

Persons who were or are responsible for or participated in the creation, selection, and adoption of

Defendants' Marks.


**RESPONSE:  The idea for the fishing set was developed as a concept to gather consumer information for LaserPerformance LLC to develop a line of fishing products.  Dory Ventures, LLC provided marketing services to LPLLC under its services agreement.  In researching the concept for the fishing line, LaserPerformance, LLC became aware that "Kirby" is a generic word used globally to describe a type of fishing hook.  Velum Limited, a holding company which licenses some of its European intellectual property rights to LaserPerformance, LLC, registered the mark "Kirby" in Europe for use on fishing products.  The fishing set image was put on the LaserPerformance European website for marketing research purposes.  The Kirby Fishing Set was an early stage concept to test the market and gather consumer information.  There has been no manufacturing, sales, or revenue generated from the Kirby Fishing Set.  The Defendants did not receive a cease and desist letter before the Plaintiff filed its Complaint in this action. For any challenge to intellectual property registrations or use, it is usual practice that a statement of opposition be filed and the parties may engage directly to resolve the opposition or the alleged infringement. Defendant's normal practice to any such opposition or notice from the Plaintiff would have been to do exactly what it did upon receipt of notice of this litigation. Therefore the Defendant believes that this litigation is tantamount to vexatious litigation and could have been easily resolved with no burden on the judicial system and to the full satisfaction of the parties. To reiterate, upon receipt of the Complaint, LaserPerformance, LLC promptly removed the Kirby Fishing Set from the LP websites.**


**INTERROGATORY NO. 6:**

Identify any and all federal and state trademark registration(s) and current pending

application(s) for Defendants' Marks by registration or serial number, including each trademark

search, investigation, or any other inquiry conducted by or for Rastegar concerning the

availability to use or register these marks and the persons involved in the review of any such

trademark search, investigation, or other inquiry.

**RESPONSE:  None.**

**INTERROGATORY NO. 7:**

Identify all goods and services offered for sale, sold, provided or intended to be offered for sale, sold, or provided by or for Rastegar in the United States under or in connection with Defendants' Marks, including, but not limited to, the dates of actual and planned use of Defendants' Marks in connection with the goods or services, date of first use of Defendants' Marks for each good or service, the suggested retail price of the good or service, and the expected retail price of the good or service.

**RESPONSE:  None.**

**INTERROGATORY NO. 8:**

Describe the nature of any advertisements, promotional materials, and marketing materials (for example, newspaper advertisements, magazine advertisements, Internet websites, television commercials, brochures), including by identifying specific media (for example, *The New York Times*, *Time* magazine, Google.com, CBS network television) in which Rastegar is using, has used, or plans to use Defendants' Marks.

**RESPONSE:  None.**

**INTERROGATORY NO. 9:**

Identify all Persons who were or are, responsible for or participating in, the marketing or advertising of any goods and services offered for sale, sold, or intended to be offered for sale or sold by or for Rastegar under or in connection with Defendants' Marks, including, but not limited to all websites displaying or that have displayed Defendants' Marks.

**RESPONSE: The Defendants did not offer or intend to offer goods or services for sale in North America.**

**INTERROGATORY NO. 10:**

Identify the geographic regions in the United States in which Rastegar has, plans, intends, or has caused to be advertised, promoted, displayed, distributed, offered for sale, sold, or provided, either directly or through others, any goods or services under or in connection with Defendants' Marks, including the names and locations of all trade shows, sporting events, or other events in the United States where goods or services under or in connection with Defendants' Marks have been displayed, promoted, or sold.

**RESPONSE:  None.**

**INTERROGATORY NO. 11:**

Describe the date and circumstances of Rastegar first becoming aware of BKI's use or registration of Plaintiff's Mark.

**RESPONSE:  The Defendant became aware of BKI's use or registration of the Plaintiff's Mark in the action pending in the United States for the District of Connecticut bearing docket number 3:13-cv-00297.  Mr. Rastegar was dismissed as a party in the parent action bearing the previously mentioned docket number. Indeed, for any challenge to intellectual property registrations or use, it is usual practice that a statement of opposition be filed and the parties may engage directly to resolve the opposition or the alleged infringement. Defendant's normal practice to any such opposition or notice from the Plaintiff would have been to do exactly what it did upon receipt of notice of this litigation.  Therefore the Defendant believes that this litigation is tantamount to vexatious litigation and could have been easily resolved with no burden on the judicial system and to the full satisfaction of the parties.**

**INTERROGATORY NO. 12:**

Describe each and every instance of which Rastegar is aware in which any person has been in any way confused, mistaken, or deceived as to the origin or sponsorship of any goods or services sold, provided, or offered for sale under or in connection with Defendants' Marks.

**RESPONSE:  The Defendant is not aware of any such instances.**

**INTERROGATORY NO. 13:**

Describe in detail your corporate structure, including but not limited to, all members, investors, employees, contractors, subcontractors, subsidiaries, parent companies, and other related entities.

**OBJECTION AND RESPONSE:   The Defendant objects to Interrogatory No. 13 in that it is overly broad, unduly burdensome, beyond the scope of discovery and interposed for an improper purpose.  Some of the terms used are also vague and undefined.  The identity of all of the "employees, contractors, [and] subcontractors" would presumably encompass everyone who the Defendant contracts with and all of their subcontractors, as well as the identity of its entire workforce.  Subject to these objections, the Defendant states that Quarter Moon, Inc. is a holding company without any employees.  LaserPerformance, LLC is a subsidiary of Quarter Moon, Inc.  Dory Ventures, LLC is an independent company that provides services on a contractual basis to LaserPerformance, LLC.  Quarter Moon, Inc. is the parent company of LaserPerformance, LLC.  Mr. Rastegar is the Executive Director of Dory Ventures.**

**INTERROGATORY NO. 14:**

Describe in detail your relationship with the other defendants in the Action, namely Quarter Moon, Inc., LaserPerformance LLC, and Dory Ventures, LLC.

**RESPONSE: The Defendant objects to Interrogatory No. 14 in that it is vague, unclear, ambiguous, overly broad and not related to a claim or defense.  Subject to these objections, the Defendant states that Dory Ventures, LLC is an independent services company that has provided services under contract to LaserPerformance, LLC.  Mr. Rastegar is neither an employee nor shareholder of LaserPerformance, LLC nor Quarter Moon, Inc.  Mr. Rastegar is the Executive Director of Dory Ventures, LLC.**

**INTERROGATORY NO. 15:**

Identify and describe in detail any administrative proceeding or any litigation involving an allegation that Rastegar violated the trademark rights of any third party, other than this suit.
**OBJECTION AND RESPONSE:  The Defendant objects to Interrogatory No. 15 as it is overly broad, unduly burdensome, and beyond the scope of discovery.  The request is not limited in time or geographic scope.  Subject to this objection the Defendant states that he**

was involved in a prior action, 3:13-cv-00297 (JAM), in which the Plaintiff has asserted that the Defendant Quarter Moon, Inc. infringed on its trademark rights.  Mr. Rastegar was a party to the parent action in that case before the Court granted his motion to dismiss.  He has been named as a party in a member case bearing the previously mentioned docket number.

**INTERROGATORY NO. 16:**

Identify all persons that furnished information for the response to these interrogatories,

designating the number of each interrogatory for which such persons furnished information.

**RESPONSE:  Mr. Bill Crane provided information on behalf of Quarter Moon, Inc. and LaserPerformance, LLC.  Mr. Rastegar provided information on behalf of Dory Ventures, LLC and himself.**

DEFENDANT,
FARZAD RASTEGAR

By: ___/s/Anthony C. Famiglietti____
Douglas S. Skalka (ct00616)
Anthony C. Famiglietti (ct30221)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street
New Haven, CT  06510
Tel: (203) 821-2000
dskalka@npmlaw.com
afamiglietti@npmlaw.com

## CERTIFICATION

I, _Farzad A Rastegar_, attest that I have reviewed the above Interrogatories and the answers thereto, and certify that the answers provided in response are true and accurate.


Affiant: _Farzad A Rastegar_
_FARZAD A RASTEGAR_


STATE OF        _CT_        )

COUNTY OF   _Fairfield_  )    ss.  _Weston_


On this date, the _17_ day of May, 2018 before me, the undersigned officer, personally appeared _Farzad Ali Rastegar_ known to me (or satisfactorily proven to me) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand.

_Eric Berkley_
Commissioner of the Superior Court
Notary Public
My Commission Expires:

**ERIC BERKLEY**
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 9/30/2022

## CERTIFICATION

I hereby certify that on May 17, 2018, a copy of the foregoing was sent by e-mail to the

following counsel of record.

Walter B. Welsh
Benjamin N. Luehrs
Whitmeyer IP Group, LLC
600 Summer Street
Stamford, CT 06901
litigation@whipgroup.com
wwelsh@whipgroup.com
bluehrs@whipgroup.com
*Representing Bruce Kirby, Inc.*

       /s/ Anthony C. Famiglietti
Neubert, Pepe & Monteith, P.C.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**



| | |
|---|---|
| BRUCE KIRBY, INC. | |
| Plaintiff, | |
| vs. | Civil Action No. 3:17-CV-01389-JAM |
| QUARTER MOON, INCORPORATED, DORY VENTURES LLC LASERPERFORMANCE LLC and FARZAD RASTEGAR, | |
| Defendants. | May 17, 2018 |

## DEFENDANT LASERPERFORMANCE LLC'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, the defendant, LaserPerformance, LLC (hereinafter the "Defendant" or "LP"), hereby objects and/or responds to Bruce Kirby Inc.'s ("Plaintiff" or "BKI") March 16, 2018 Interrogatories as follows:

**INTERROGATORY NO. 1:**

Identify the five (5) Persons most knowledgeable regarding the sales and marketing of the Kirby Fishing Set, including an identification of each person's employer, title, an identification of the number of years each Person has held their current title, and an identification of each aspect of the Kirby Fishing Set that each Person is knowledgeable about.

**OBJECTION AND RESPONSE: The Defendant objects to the request for the five most knowledgeable people. The number five is arbitrary and assumes that there are five people with substantial knowledge about these topics. Subject to these objections, the Defendant states that William Crane is the Chairman of LaserPerformance, LLC and has been affiliated with the company since 2008. Mr. Crane is knowledgeable about the fact that there has been no manufacturing or sales of the Kirby Fishing Set alleged in the Plaintiff's Complaint.**

**INTERROGATORY NO. 2:**

Identify the five (5) Persons most knowledgeable regarding the manufacture of the Kirby Fishing Set, including an identification of each Person's employer, title, an identification of the number of years each Person has held their current title, and an identification of each aspect of the Kirby Fishing Set that each Person is knowledgeable about.

**RESPONSE:  See Response to Interrogatory No. 1.**

**INTERROGATORY NO. 3:**

Identify on a quarterly basis for six years preceding the filing of the Complaint in the Action: the number of Kirby Fishing Sets manufactured by you or on your behalf; the number of Kirby Fishing Sets you sold or distributed; your gross sales in U.S. dollars; your net sales in U.S. dollars; your gross profits in U.S. dollars; and your net profits in U.S. dollars.

**RESPONSE:  None.**

**INTERROGATORY NO. 4:**

Identify on a quarterly basis for six years preceding the filing of the Complaint in the Action: each individual or company to whom you provided a Kirby Fishing Set; the number of units provided to each individual or company; the amount (in U.S. dollars) you billed to each individual or company; and the amount (in U.S. dollars) each individual or company paid you.

**RESPONSE:  None.**

**INTERROGATORY NO. 5:**

Describe in detail the facts and circumstances concerning the conception, creation,

selection, and adoption of Defendants' Marks, including, but not limited to, identifying the

Persons who were or are responsible for or participated in the creation, selection, and adoption of

Defendants' Marks.

**RESPONSE:  The idea for the fishing set was developed as a concept to gather consumer information for LaserPerformance LLC to develop a line of fishing products.  Dory Ventures, LLC provided marketing services to LPLLC under its services agreement.  In researching the concept for the fishing line, LaserPerformance, LLC became aware that "Kirby" is a generic word used globally to describe a type of fishing hook.  Velum Limited, a holding company which licenses some of its European intellectual property rights to LaserPerformance, LLC, registered the mark "Kirby" in Europe for use on fishing products.  The fishing set image was put on the LaserPerformance European website for marketing research purposes.  The Kirby Fishing Set was an early stage concept to test the market and gather consumer information.  There has been no manufacturing, sales, or revenue generated from the Kirby Fishing Set.  The Defendants did not receive a cease and desist letter before the Plaintiff filed its Complaint in this action. For any challenge to intellectual property registrations or use, it is usual practice that a statement of opposition be filed and the parties may engage directly to resolve the opposition or the alleged infringement. Defendant's normal practice to any such opposition or notice from the Plaintiff would have been to do exactly what it did upon receipt of notice of this litigation. Therefore the Defendant believes that this litigation is tantamount to vexatious litigation and could have been easily resolved with no burden on the judicial system and to the full satisfaction of the parties. To reiterate, upon receipt of the Complaint, LaserPerformance, LLC promptly removed the Kirby Fishing Set from the LP websites.**

**INTERROGATORY NO. 6:**

Identify any and all federal and state trademark registration(s) and current pending

application(s) for Defendants' Marks by registration or serial number, including each trademark

search, investigation, or any other inquiry conducted by or for LP concerning the availability to

use or register these marks and the persons involved in the review of any such trademark

search, investigation, or other inquiry.

**RESPONSE:  None.**

**INTERROGATORY NO. 7:**

Identify all goods and services offered for sale, sold, provided or intended to be offered for sale, sold, or provided by or for LP in the United States under or in connection with Defendants' Marks, including, but not limited to, the dates of actual and planned use of Defendants' Marks in connection with the goods or services, date of first use of Defendants' Marks for each good or service, the suggested retail price of the good or service, and the expected retail price of the good or service.

**RESPONSE:  The Kirby Fishing set alleged in the Complaint is the only product marketed on the LP website under or in connection with the Defendants' Marks.  The Defendant did not intend to sell the Kirby Fishing Set.  It was on the LP websites for marketing research purposes only.  Part of marketing research as sales in the marine category is very price dependent and included a package of products with items that have no relationship to the Plaintiff's alleged infringement. Indeed there was no production or sourcing of any of these items other than the single units used in the photography of the single image posted on the website for the purposes described.**

**INTERROGATORY NO. 8:**

Describe the nature of any advertisements, promotional materials, and marketing materials (for example, newspaper advertisements, magazine advertisements, Internet websites, television commercials, brochures), including by identifying specific media (for example, *The New York Times*, *Time* magazine, Google.com, CBS network television) in which LP is using, has used, or plans to use Defendants' Marks.

**RESPONSE:  None were designed or produced other than the single units brought in for the purposes of photography of the single image on the LaserPerformance website, with a domain name of <u>www.laserperformance.com.</u>**

**INTERROGATORY NO. 9:**

Identify all Persons who were or are, responsible for or participating in, the marketing or advertising of any goods and services offered for sale, sold, or intended to be offered for sale or

sold by or for LP under or in connection with Defendants' Marks, including, but not limited to

all websites displaying or that have displayed Defendants' Marks.

**RESPONSE: The Defendants did not offer or intend to offer goods or services under the Defendants' Marks.**


**INTERROGATORY NO. 10:**

Identify the geographic regions in the United States in which LP has, plans, intends, or

has caused to be advertised, promoted, displayed, distributed, offered for sale, sold, or provided,

either directly or through others, any goods or services under or in connection with Defendants'

Marks, including the names and locations of all trade shows, sporting events, or other events in

the United States where goods or services under or in connection with Defendants' Marks have

been displayed, promoted, or sold.

**RESPONSE:  The Defendant does not have any plans to advertise, promote, display, distribute, or offer the Kirby Fishing Set for sale.  As stated previously, the Kirby Fishing Set was developed as a market research experiment to gauge consumer interest for LaserPerformance to create a line of fishing products.  The Kirby Fishing Set was not displayed on any medium or at any event other than on LaserPerformance, LLC's website.**

**INTERROGATORY NO. 11:**

Describe the date and circumstances of LP first becoming aware of BKI's use or

registration of Plaintiff's Mark.

**RESPONSE:  The Defendant became aware of BKI's use or registration of the Plaintiff's Mark in the action pending in the United States for the District of Connecticut bearing docket number 3:13-cv-00297.  Indeed, for any challenge to intellectual property registrations or use, it is usual practice that a statement of opposition be filed and the parties may engage directly to resolve the opposition or the alleged infringement. Defendant's normal practice to any such opposition or notice from the Plaintiff would have been to do exactly what it did upon receipt of notice of this litigation.  Therefore the Defendant believes that this litigation is tantamount to vexatious litigation and could have been easily resolved with no burden on the judicial system and to the full satisfaction of the parties.**

**INTERROGATORY NO. 12:**

Describe each and every instance of which LP is aware in which any person has been in any way confused, mistaken, or deceived as to the origin or sponsorship of any goods or services sold, provided, or offered for sale under or in connection with Defendants' Marks.

**RESPONSE:  The Defendant is not aware of any such instances.**

**INTERROGATORY NO. 13:**

Describe in detail your corporate structure, including but not limited to, all members, investors, employees, contractors, subcontractors, subsidiaries, parent companies, and other related entities.

**OBJECTION AND RESPONSE:   The Defendant objects to Interrogatory No. 13 in that it is overly broad, unduly burdensome, beyond the scope of discovery and interposed for an improper purpose.  Some of the terms used are also vague and undefined.  The identity of all of the "employees, contractors, [and] subcontractors" would presumably encompass everyone who the Defendant contracts with and all of their subcontractors, as well as the identity of its entire workforce.  Subject to these objections, the Defendant states that Quarter Moon, Inc. is a holding company without any employees.  LaserPerformance, LLC is a subsidiary of Quarter Moon, Inc.  Dory Ventures, LLC is an independent company that provides services on a contractual basis to LaserPerformance, LLC.  Mr. Rastegar is the Executive Director of Dory Ventures.**

**INTERROGATORY NO. 14:**

Describe in detail your relationship with the other defendants in the Action, namely Quarter Moon, Inc., LaserPerformance LLC, and Farzad Rastegar.

**RESPONSE: The Defendant objects to Interrogatory No. 14 in that it is vague, unclear, ambiguous, overly broad and not related to a claim or defense.  Subject to these objections, the Defendant states that LaserPerformance, LLC is a subsidiary of Quarter Moon, Inc. Mr. Rastegar is neither an employee nor shareholder of LaserPerformance, LLC or Quarter Moon, Inc.  Mr. Rastegar is the Executive Director of Dory Ventures, LLC.**

**INTERROGATORY NO. 15:**

      Identify and describe in detail any administrative proceeding or any litigation involving

an allegation that LP violated the trademark rights of any third party, other than this suit.

**OBJECTION AND RESPONSE:  The Defendant objects to Interrogatory No. 15 as it is overly broad, unduly burdensome, and beyond the scope of discovery.  The request is not limited in time or geographic scope.  Subject to this objection the Defendant states that it is aware of a prior action, 3:13-cv-00297 (JAM), in which the Plaintiff has asserted that the co-defendant Quarter Moon, Inc. infringed on its trademark rights. LaserPerformance, LLC has been named as a party in a member case bearing that docket number.**

**INTERROGATORY NO. 16:**

      Identify all persons that furnished information for the response to these interrogatories,

designating the number of each interrogatory for which such persons furnished information.

**RESPONSE:  Mr. Bill Crane provided information on behalf of Quarter Moon, Inc. and LaserPerformance, LLC.  Mr. Rastegar provided information on behalf of Dory Ventures, LLC and himself.**

                      DEFENDANTS,
                      LASERPERFORMANCE LLC,


                By:   /s/Anthony C. Famiglietti
                    Douglas S. Skalka (ct00616)
                    Anthony C. Famiglietti (ct30221)
                    NEUBERT, PEPE & MONTEITH, P.C.
                    195 Church Street
                    New Haven, CT  06510
                    Tel: (203) 821-2000
                    dskalka@npmlaw.com
                    afamiglietti@npmlaw.com

## CERTIFICATION

I, _William S. Crane_, attest that I have reviewed the above Interrogatories

and the answers thereto, and certify that the answers provided in response are true and accurate.

Affiant: _____

_William S. Crane_

_____

STATE OF _CT_                      )

COUNTY OF _Fairfield_   )        ss. _Westport_

On this date, the _17_ day of May, 2018 before me, the undersigned officer, personally
appeared _William S. Crane_ , known to me (or satisfactorily proven to me) to be the
person whose name is subscribed to the within instrument, and acknowledged that he executed
the same for the purposes therein contained.

In witness whereof, I hereunto set my hand.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires:

Camille Flemming
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 12/31/18

## CERTIFICATION

I hereby certify that on May 17, 2018, a copy of the foregoing was sent by e-mail to the

following counsel of record.

Walter B. Welsh
Benjamin N. Luehrs
Whitmeyer IP Group, LLC
600 Summer Street
Stamford, CT 06901
litigation@whipgroup.com
wwelsh@whipgroup.com
bluehrs@whipgroup.com
*Representing Bruce Kirby, Inc.*

    /s/ Anthony C. Famiglietti
Neubert, Pepe & Monteith, P.C.

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

</div>



| | |
|---|---|
| BRUCE KIRBY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>QUARTER MOON, INCORPORATED,<br>DORY VENTURES LLC<br>LASERPERFORMANCE LLC and<br>FARZAD RASTEGAR,<br><br>Defendants. | Civil Action No. 3:17-CV-01389-JAM<br><br><br><br><br><br>May 17, 2018 |

<div align="center">

**DEFENDANT DORY VENTURES, LLC'S RESPONSES TO PLAINTIFF'S**
**INTERROGATORIES**

</div>

Pursuant to Fed. R. Civ. P. 33, the defendant, Dory Ventures, LLC (hereinafter the "Defendant" or "Dory Ventures"), hereby objects and/or responds to Bruce Kirby Inc.'s ("Plaintiff" or "BKI") March 16, 2018 Interrogatories as follows:

**INTERROGATORY NO. 1:**

Identify the five (5) Persons most knowledgeable regarding the sales and marketing of the Kirby Fishing Set, including an identification of each person's employer, title, an identification of the number of years each Person has held their current title, and an identification of each aspect of the Kirby Fishing Set that each Person is knowledgeable about.

**OBJECTION AND RESPONSE: The Defendant objects to the request for the five most knowledgeable people. The number five is arbitrary and assumes that there are five people with substantial knowledge about these topics. Subject to these objections, the Defendant states that he is the Executive Director of Dory Ventures and has held such position since 2004. Mr. Rastegar is knowledgeable about Dory Venture's provision of services to LaserPerformance, LLC.**

**INTERROGATORY NO. 2:**

Identify the five (5) Persons most knowledgeable regarding the manufacture of the Kirby Fishing Set, including an identification of each Person's employer, title, an identification of the number of years each Person has held their current title, and an identification of each aspect of the Kirby Fishing Set that each Person is knowledgeable about.

**RESPONSE:  See Response to Interrogatory No. 2.**


**INTERROGATORY NO. 3:**

Identify on a quarterly basis for six years preceding the filing of the Complaint in the Action: the number of Kirby Fishing Sets manufactured by you or on your behalf; the number of Kirby Fishing Sets you sold or distributed; your gross sales in U.S. dollars; your net sales in U.S. dollars; your gross profits in U.S. dollars; and your net profits in U.S. dollars.

**RESPONSE:  None.**


**INTERROGATORY NO. 4:**

Identify on a quarterly basis for six years preceding the filing of the Complaint in the Action: each individual or company to whom you provided a Kirby Fishing Set; the number of units provided to each individual or company; the amount (in U.S. dollars) you billed to each individual or company; and the amount (in U.S. dollars) each individual or company paid you.

**RESPONSE:  None.**


**INTERROGATORY NO. 5:**

Describe in detail the facts and circumstances concerning the conception, creation,

selection, and adoption of Defendants' Marks, including, but not limited to, identifying the

Persons who were or are responsible for or participated in the creation, selection, and adoption of

Defendants' Marks.

**RESPONSE: The idea for the fishing set was developed as a concept to gather consumer information for LaserPerformance LLC to develop a line of fishing products. Dory Ventures, LLC provided marketing services to LPLLC under its services agreement. In researching the concept for the fishing line, LaserPerformance, LLC became aware that "Kirby" is a generic word used globally to describe a type of fishing hook. Velum Limited, a holding company which licenses some of its European intellectual property rights to LaserPerformance, LLC, registered the mark "Kirby" in Europe for use on fishing products. The fishing set image was put on the LaserPerformance European website for marketing research purposes. The Kirby Fishing Set was an early stage concept to test the market and gather consumer information. There has been no manufacturing, sales, or revenue generated from the Kirby Fishing Set. The Defendants did not receive a cease and desist letter before the Plaintiff filed its Complaint in this action. For any challenge to intellectual property registrations or use, it is usual practice that a statement of opposition be filed and the parties may engage directly to resolve the opposition or the alleged infringement. Defendant's normal practice to any such opposition or notice from the Plaintiff would have been to do exactly what it did upon receipt of notice of this litigation. Therefore the Defendant believes that this litigation is tantamount to vexatious litigation and could have been easily resolved with no burden on the judicial system and to the full satisfaction of the parties. To reiterate, upon receipt of the Complaint, LaserPerformance, LLC promptly removed the Kirby Fishing Set from the LP websites.**

**INTERROGATORY NO. 6:**

Identify any and all federal and state trademark registration(s) and current pending

application(s) for Defendants' Marks by registration or serial number, including each trademark

search, investigation, or any other inquiry conducted by or for Dory concerning the availability

to use or register these marks and the persons involved in the review of any such trademark

search, investigation, or other inquiry.

**RESPONSE: None.**

**INTERROGATORY NO. 7:**

Identify all goods and services offered for sale, sold, provided or intended to be offered for sale, sold, or provided by or for Dory in the United States under or in connection with Defendants' Marks, including, but not limited to, the dates of actual and planned use of Defendants' Marks in connection with the goods or services, date of first use of Defendants' Marks for each good or service, the suggested retail price of the good or service, and the expected retail price of the good or service.

**RESPONSE:  The Kirby Fishing set alleged in the Complaint is the only product marketed on the LP website under or in connection with the Defendants' Marks.  The Defendant did not intend to sell the Kirby Fishing Set.  It was on the LP websites for marketing research purposes only.  Part of marketing research as sales in the marine category is very price dependent and included a package of products with items that have no relationship to the Plaintiff's alleged infringement. Indeed there was no production or sourcing of any of these items other than the single units used in the photography of the single image posted on the website for the purposes described**

**INTERROGATORY NO. 8:**

Describe the nature of any advertisements, promotional materials, and marketing materials (for example, newspaper advertisements, magazine advertisements, Internet websites, television commercials, brochures), including by identifying specific media (for example, *The New York Times*, *Time* magazine, Google.com, CBS network television) in which Dory is using, has used, or plans to use Defendants' Marks.

**RESPONSE:  None were designed or produced other than the single units brought in for the purposes of photography of the single image on the LaserPerformance website, with a domain name of www.laserperformance.com.**

**INTERROGATORY NO. 9:**

Identify all Persons who were or are, responsible for or participating in, the marketing or advertising of any goods and services offered for sale, sold, or intended to be offered for sale or sold by or for Dory under or in connection with Defendants' Marks, including, but not limited to all websites displaying or that have displayed Defendants' Marks.

**RESPONSE: The Defendants did not offer or intend to offer goods or services under the Defendants' Marks.**

**INTERROGATORY NO. 10:**

Identify the geographic regions in the United States in which Dory has, plans, intends, or has caused to be advertised, promoted, displayed, distributed, offered for sale, sold, or provided, either directly or through others, any goods or services under or in connection with Defendants' Marks, including the names and locations of all trade shows, sporting events, or other events in the United States where goods or services under or in connection with Defendants' Marks have been displayed, promoted, or sold.

**RESPONSE: The Defendant does not have any plans to advertise, promote, display, distribute, or offer the Kirby Fishing Set for sale. As stated previously, the Kirby Fishing Set was developed as a market research experiment to gauge consumer interest for LaserPerformance to create a line of fishing products. The Kirby Fishing Set was not displayed on any medium or at any event other than on LaserPerformance, LLC's website.**

**INTERROGATORY NO. 11:**

Describe the date and circumstances of Dory first becoming aware of BKI's use or registration of Plaintiff's Mark.

**RESPONSE: The Defendant became aware of BKI's use or registration of the Plaintiff's Mark in the action pending in the United States for the District of Connecticut bearing docket number 3:13-cv-00297, which involved some of the co-defendants in this action. Indeed, for any challenge to intellectual property registrations or use, it is usual practice that a statement of opposition be filed and the parties may engage directly to resolve the opposition or the alleged infringement. Defendant's normal practice to any such opposition or notice from the Plaintiff would have been to do exactly what it did upon receipt of notice of this litigation. Therefore the Defendant believes that this litigation is tantamount to vexatious litigation and could have been easily resolved with no burden on the judicial system and to the full satisfaction of the parties.**

**INTERROGATORY NO. 12:**

Describe each and every instance of which Dory is aware in which any person has been

in any way confused, mistaken, or deceived as to the origin or sponsorship of any goods or

services sold, provided, or offered for sale under or in connection with Defendants' Marks.

**RESPONSE:  The Defendant is not aware of any such instances.**

**INTERROGATORY NO. 13:**

Describe in detail your corporate structure, including but not limited to, all members,

investors, employees, contractors, subcontractors, subsidiaries, parent companies, and other

related entities.

**OBJECTION AND RESPONSE:   The Defendant objects to Interrogatory No. 13 in
that it is overly broad, unduly burdensome, beyond the scope of discovery and
interposed for an improper purpose.  Some of the terms used are also vague and
undefined.  The identity of all of the "employees, contractors, [and] subcontractors"
would presumably encompass everyone who the Defendant contracts with and all of
their subcontractors, as well as the identity of its entire workforce.  Subject to these
objections, the Defendant states that Quarter Moon, Inc. is a holding company without
any employees.  LaserPerformance, LLC is a subsidiary of Quarter Moon, Inc.  Dory
Ventures, LLC is an independent company that provides services on a contractual
basis to LaserPerformance, LLC.  Quarter Moon, Inc. is the parent company of
LaserPerformance, LLC.  Mr. Rastegar is the Executive Director of Dory Ventures.**

**INTERROGATORY NO. 14:**

Describe in detail your relationship with the other defendants in the Action, namely

Quarter Moon, Inc., LaserPerformance LLC, and Farzad Rastegar.

**RESPONSE: The Defendant objects to Interrogatory No. 14 in that it is vague, unclear,
ambiguous, overly broad and not related to a claim or defense.  Subject to these objections,
the Defendant states that Dory Ventures, LLC is an independent company that has
provided services under contract to LaserPerformance, LLC.  Mr. Rastegar is neither an
employee nor shareholder of LaserPerformance, LLC or Quarter Moon, Inc.   Mr.
Rastegar is the Executive Director of Dory Ventures, LLC.**

**INTERROGATORY NO. 15:**

Identify and describe in detail any administrative proceeding or any litigation involving

an allegation that Dory violated the trademark rights of any third party, other than this suit.

**OBJECTION AND RESPONSE:  The Defendant objects to Interrogatory No. 15 as it is overly broad, unduly burdensome, and beyond the scope of discovery.  The request is not limited in time or geographic scope.  Subject to this objection the Defendant states that it is aware of a prior action, 3:13-cv-00297 (JAM), in which the Plaintiff has asserted that the co-defendant Quarter Moon, Inc. infringed on its trademark rights.  Dory Ventures, LLC has been named as a party in a member case bearing that docket number.**

**INTERROGATORY NO. 16:**

Identify all persons that furnished information for the response to these interrogatories,

designating the number of each interrogatory for which such persons furnished information.

**RESPONSE:  Mr. Bill Crane provided information on behalf of Quarter Moon, Inc. and LaserPerformance, LLC.  Mr. Rastegar provided information on behalf of Dory Ventures, LLC and himself.**

DEFENDANT,
DORY VENTURES, LLC,

By:    /s/Anthony C. Famiglietti
     Douglas S. Skalka (ct00616)
     Anthony C. Famiglietti (ct30221)
     NEUBERT, PEPE & MONTEITH, P.C.
     195 Church Street
     New Haven, CT  06510
     Tel: (203) 821-2000
     dskalka@npmlaw.com
     afamiglietti@npmlaw.com

## CERTIFICATION

I, _Farzad A Rastegar_, attest that I have reviewed the above Interrogatories and the answers thereto, and certify that the answers provided in response are true and accurate.

Affiant: _Farzad A Rastegar_
_FARUND A RASTEGAN_

STATE OF          _CT_          )

COUNTY OF      _Fairfield_   )      ss.  _Weston_

On this date, the _17_ day of May, 2018 before me, the undersigned officer, personally appeared _Farzad Ali Rastegar_ known to me (or satisfactorily proven to me) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires:

ERIC BERKLEY
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 9/30/2022

## CERTIFICATION

I hereby certify that on May 17, 2018, a copy of the foregoing was sent by e-mail to the following counsel of record.

Walter B. Welsh
Benjamin N. Luehrs
Whitmeyer IP Group, LLC
600 Summer Street
Stamford, CT 06901
litigation@whipgroup.com
wwelsh@whipgroup.com
bluehrs@whipgroup.com
*Representing Bruce Kirby, Inc.*


                              ___ /s/ Anthony C. Famiglietti
                              Neubert, Pepe & Monteith, P.C.

**From:** Bill Crane
**Sent:** Wednesday, August 23, 2017 8:50 AM
**To:** 'Farzad Rastegar (farbcal@hotmail.com)'
**Subject:** The UK sales is curious



http://shopeu.laserperformance.com/kirby-fishing-set/

They are asking what this is. Do you have a response?

LP0002

**From:** Bo Williams [bo@zimsailing.com]
**Sent:** Tuesday, August 01, 2017 9:17 AM
**To:** Brent Richards
**Subject:** FW: LP Fishing boat



What's up with the Kirby fishing boat?

Thanks,

Bo Williams
Sales Manager

P - 401-237-6117 x 100
C - 401-862-0240
F - 401-236-1361
Skype: bo.williams
zimsailing.com

**From:** Brent Richards
**Sent:** Tuesday, August 01, 2017 10:13 AM
**To:** Bo Williams
**Subject:** RE: LP Fishing boat



Hahaha – fishing is a billion dollar industry --- got to make the big bucks some how

Honesty don't know between us girls

Brent

**From:** Bo Williams [mailto:bo@zimsailing.com]
**Sent:** Tuesday, August 01, 2017 10:17 AM
**To:** Brent Richards <brent.richards@laserperformance.com>
**Subject:** FW: LP Fishing boat

What's up with the Kirby fishing boat?

Thanks,

Bo Williams
Sales Manager

P - 401-237-6117 x 100
C - 401-862-0240
F - 401-236-1361
Skype: bo.williams
zimsailing.com

LP0004

**From:** Basecamp (John) [notifications@3.basecamp.com]
**Sent:** Monday, July 17, 2017 8:10 AM
**To:** Christopher Anto
**Subject:** Basecamp (John): Here's what's on your plate



## John
## Here's what's on your plate
As of 9:09am on July 17, 2017

### Due this week

Friday, Jul 21, 2017

**Upload all files of previous LP packaging in LAP17-0010 LP Packaging Review**
   All previous packaging files Assigned to: Chris A.

## Your other assignments

**Narratively narrating naration in DOR17-0001 Dory Narrative**
   Brainstorming Assigned to: TJ S., Chris A., Valerie C., and Steffen A.

**LAP Status in LAP17-0000 Laser Status**
   Laser Status in Peace Room with TJ and Carolyn Assigned to: Chris A.

**Misc. projects in LAP17-0000 Laser Status**
   Emails for image requests from US or UK Assigned to: Chris A.

**Owner's Manual updates in LAP17-0002 Boat Dock Pack Review**
   Update Owner's Manual copy with new CE specs for all languages Assigned to: Chris A.
   Reformat - French Assigned to: Chris A.
   Reformat - Spanish Assigned to: Chris A.
   Reformat - Italian Assigned to: Chris A.
   Upload new files to LPNA, LPEU and LP Global Assigned to: Chris A.
   Upload new Examination Reports for all boats to LPEU Assigned to: Chris A.

**Rigging Manual Updates in LAP17-0002 Boat Dock Pack Review**
   Bahia Assigned to: Chris A.
   Bug Assigned to: Chris A.
   Laser Assigned to: Chris A.
   Dart 16 Assigned to: Chris A.
   Funboat Assigned to: Chris A.
   Pico Assigned to: Chris A.
   Sunfish Assigned to: Chris A.
   Vago Assigned to: Chris A.
   Z420 Assigned to: Chris A.
   C420 Assigned to: Chris A.
   Club FJ Assigned to: Chris A.

**Changes to the LP Website in LAP17-0006 LP Website**
   Add Kirby Fishing Set on US, UK and Global sites Assigned to: Chris A.
   Change Categories - Other Products > SUP, FISHING Assigned to: Chris A.
   Change banners Assigned to: Chris A.

**Laser Class Compliant and Training sail drawings in LAP17-0008 LP Parts Photography**
   Set up sail drawings for ecommerce Assigned to: Chris A.

**Ronson Admin in RON17-0000**

Miscellaneous Assigned to: T.J S. and Chris A.

Basecamp emails this report every Monday morning. Stop sending it to me

Get easier, faster access to Basecamp when it's on your phone. Grab an app!

**From:** Basecamp (John) [notifications@3.basecamp.com]
**Sent:** Monday, July 10, 2017 8:09 AM
**To:** Christopher Anto
**Subject:** Basecamp (John): Here's what's on your plate



BK
EXHIBIT
BK-135

## John
# Here's what's on your plate
As of 9:08am on July 10, 2017

**Narratively narrating naration in DOR17-0001 Dory Narrative**
Brainstorming Assigned to: TJ S., Chris A., Valerie C., and Steffen A.

**LAP Status in LAP17-0000 Laser Status**
Laser Status in Peace Room with TJ and Carolyn Assigned to: Chris A.

**Misc. projects in LAP17-0000 Laser Status**
Emails for image requests from US or UK Assigned to: Chris A.

**Owners Manual - convert images to line art in LAP17-0002 Boat Dock Pack Review**
Update Owners Manual copy with new specs for all languages Assigned to: Chris A.

**Rigging Manual Updates in LAP17-0002 Boat Dock Pack Review**
Bahia Assigned to: Chris A.
Bug Assigned to: Chris A.
Laser Assigned to: Chris A.
Dart 16 Assigned to: Chris A.
Funboat Assigned to: Chris A.
Pico Assigned to: Chris A.
Sunfish Assigned to: Chris A.
Vago Assigned to: Chris A.

**Changes to the LP Website in LAP17-0006 LP Website**
Add Kirby Fishing Set on US, UK and Global sites Assigned to: Chris A.
Change Categories - Other Products > SUP, FISHING Assigned to: Chris A.
Change banners Assigned to: Chris A.

**Laser Class Compliant and Training sail drawings in LAP17-0008 LP Parts Photography**
Set up sail drawings for ecommerce Assigned to: Chris A.

**Ronson Admin in RON17-0000**
Miscellaneous Assigned to: TJ S. and Chris A.

Basecamp emails this report every Monday morning. Stop sending it to me.

Get easier, faster access to Basecamp when it's on your phone. Grab an app!

**From:** Basecamp (John) [notifications@3.basecamp.com]
**Sent:** Monday, June 26, 2017 8:10 AM
**To:** Christopher Anto
**Subject:** Basecamp (John): Here's what's on your plate



## John
# Here's what's on your plate
As of 9:10am on June 26, 2017

**Narratively narrating naration in DOR17-0001 Dory Narrative**
Brainstorming Assigned to: T.J S., Chris A., Valerie C., and Steffen A.

**LAP Status in LAP17-0000 Laser Status**
Laser Status in Peace Room with TJ and Carolyn Assigned to: Chris A.

**Changes to the LP Website in LAP17-0006 LP Website**
Add Kirby Fishing Set on US, UK and Global sites Assigned to: Chris A.
Change Categories - Other Products > SUP_FISHING Assigned to: Chris A.
Change banners Assigned to: Chris A.

**Laser Class Compliant and Training sail drawings in LAP17-0008 LP Parts Photography**
Set up sail drawings for ecommerce Assigned to: Chris A.

**Ronson Admin in RON17-0000**
Miscellaneous Assigned to: T.J S. and Chris A.

Basecamp emails this report every Monday morning. Stop sending it to me

Get easier, faster access to Basecamp when it's on your phone. Grab an app!

**From:** Basecamp (John) [notifications@3.basecamp.com]
**Sent:** Monday, July 03, 2017 8:10 AM
**To:** Christopher Anto
**Subject:** Basecamp (John): Here's what's on your plate



# John
# Here's what's on your plate
As of 9:09am on July 03, 2017

**Narratively narrating naration in DOR17-0001 Dory Narrative**
Brainstorming Assigned to: TJ S., Chris A., Valerie C., and Steffen A.

**LAP Status in LAP17-0000 Laser Status**
Laser Status in Peace Room with TJ and Carolyn Assigned to: Chris A.

**Misc. projects in LAP17-0000 Laser Status**
Emails for image requests from US or UK Assigned to: Chris A.

**Owners Manual - convert images to line art in LAP17-0002 Boat Dock Pack Review**
Update Owners Manual copy with new specs for all languages Assigned to: Chris A.

**Changes to the LP Website in LAP17-0006 LP Website**
Add Kirby Fishing Set on US, UK and Global sites Assigned to: Chris A.
Change Categories - Other Products > SUP, FISHING Assigned to: Chris A.
Change banners Assigned to: Chris A.

**Laser Class Compliant and Training sail drawings in LAP17-0008 LP Parts Photography**
Set up sail drawings for ecommerce Assigned to: Chris A.

**Ronson Admin in RON17-0000**
Miscellaneous Assigned to: TJ S. and Chris A.

Basecamp emails this report every Monday morning. Stop sending it to me

Get easier, faster access to Basecamp when it's on your phone. Grab an app!

**From:** Basecamp (John) [notifications@3.basecamp.com]
**Sent:** Monday, July 24, 2017 8:10 AM
**To:** Christopher Anto
**Subject:** Basecamp (John): Here's what's on your plate



# John
# Here's what's on your plate
As of 9:09am on July 24, 2017

## Overdue

Friday, Jul 21, 2017

**Upload all files of previous LP packaging in LAP17-0010 LP Packaging Review**

All previous packaging files Assigned to: Chris A.

## Your other assignments

**LAP Status in LAP17-0000 Laser Status**

Laser Status in Peace Room with TJ and Carolyn Assigned to: Chris A.

**Misc. projects in LAP17-0000 Laser Status**

Emails for image requests from US or UK Assigned to: Chris A.

**Owner's Manual updates in LAP17-0002 Boat Dock Pack Review**

Update Owner's Manual copy with new CE specs for all languages Assigned to: Chris A.
Reformat - French Assigned to: Chris A.
Reformat - Spanish Assigned to: Chris A.
Reformat - Italian Assigned to: Chris A.
Upload new files to LPNA, LPEU and LP Global Assigned to: Chris A.
Upload new Examination Reports for all boats to LPEU Assigned to: Chris A.

**Rigging Manual Updates in LAP17-0002 Boat Dock Pack Review**

Bahia Assigned to: Chris A.
Bug Assigned to: Chris A.
Laser Assigned to: Chris A.
Dart 16 Assigned to: Chris A.
Funboat Assigned to: Chris A.
Pico Assigned to: Chris A.
Sunfish Assigned to: Chris A.
Vago Assigned to: Chris A.
Z420 Assigned to: Chris A.
C420 Assigned to: Chris A.
Club FJ Assigned to: Chris A.

**Things to do in LAP17-0005 LPCC 2017**

Trophies Assigned to: Chris A.
Pinnies Assigned to: Chris A.
Banners Assigned to: Chris A.

**Changes to the LP Website in LAP17-0006 LP Website**

Add Kirby Fishing Set on US, UK and Global sites Assigned to: Chris A.
Change Categories - Other Products > SUP, FISHING Assigned to: Chris A.
Change banners Assigned to: Chris A.

**Laser Class Compliant and Training sail drawings in LAP17-0008 LP Parts Photography**

Set up sail drawings for ecommerce Assigned to: Chris A.

**Creative ideas in LAP17-0010 LP Packaging Review**

Outline of packaging strategy Assigned to: Chris A.

**Set up pages based on Maclaren template in LAP17-0011 Netsuite Migration**

Wire frames Assigned to: Chris A.

Home page Assigned to: Chris A.

**Ronson Admin in RON17-0000**

Miscellaneous Assigned to: T.J.S. and Chris A.

Basecamp emails this report every Monday morning. Stop sending it to me

Get easier, faster access to Basecamp when it's on your phone. Grab an app!



**From:** James Lund-Lack [james.lund-lack@laserperformance.com]
**Sent:** Friday, April 12, 2013 10:18 AM
**To:** bkglobal56@gmail.com; Christopher Anto
**Subject:** RE: Kirby, latest sell sheet copy

Sorry – if it's not clear, my suggestion is that we replace the current trade mark statement with the one we are using on the website – but also add Kirby to it.

James

James Lund-Lack
Vice President (Europe)

Laser Performance
Laser Performance Europe LTD. Station Works, Long Buckby, Northamptonshire, NN6 7PF, England
T +44 (0) 1327 841621. F +44 (0) 1327 841601. www.laserperformance.com
Follow us on Facebook: LaserPerformance Sailboats

---

**From:** James Lund-Lack
**Sent:** 12 April 2013 16:14
**To:** bkglobal56@gmail.com; Christopher Anto
**Subject:** RE: Kirby, latest sell sheet copy

Bahman

As discussed, there are few details which need sorting ASAP, please see below.

The trade mark statement in the footer – you should definitely remove the SB3, we should also reference the Laser and sunburst – would it also be worth adding Kirby to the statement as well?

**Below is the current statement we use on our website – we should include Kirby in the statement?**

Laser and/or the Sunburst Device, LaserPerformance, Sunfish, Dart and all associated logos are trade marks used under license. LaserPerformance reserves the right to make design changes to any of their products as part of their continuous development program. ©2012 LaserPerformance. All rights reserved.

**Website**

We currently still have the Zuma advertised on the LaserPerformance website in the UK, Middle East, Asia and Australia, we need to get this removed ASAP.

**Retail Pricing**

Kirby - £3450
Trolley - £220
Cover - £220
Sail - £445

James

James Lund-Lack
Vice President (Europe)

Laser Performance
Laser Performance Europe LTD. Station Works, Long Buckby, Northamptonshire, NN6 7PF, England
T +44 (0) 1327 841621. F +44 (0) 1327 841601. www.laserperformance.com
Follow us on Facebook: LaserPerformance Sailboats

---

**From:** Christopher Anto
**Sent:** 12 April 2013 15:32
**To:** James Lund-Lack
**Cc:** Bahman Kia
**Subject:** Re: Kirby, latest sell sheet copy

James,

Bahman is looking for UK pricing for this project ASAP.

Best Regards,

Chris Anto

.......................................
Dory Design
25 Van Zant Street
Ste. 19 B1, 4th floor
Norwalk, CT
06855
.......................................

**From:** Bahman Kia <bkglobal56@gmail.com>
**Date:** Thu, 11 Apr 2013 13:02:15 -0400
**To:** Chris Anto <chris.anto@dorydesigns.com>
**Subject:** Re: Kirby, latest sell sheet copy

Chris I added a sentences to make it clear that it can be used for fishing.

James this is a Zuma

Can you give us retail prices for Zuma and the accessories.  thanks b

On Thu, Apr 11, 2013 at 11:56 AM, Christopher Anto <chris.anto@dorydesigns.com> wrote:
Kirby, latest sell sheet copy attached

--
**Bahman Kia**
Phone and Fax: 203-663-4502
Cell Phone:      917-923-9651
bahman.kia@doryventures.com

LP0013

**From:** Tick [noreply@tickspot.com]
**Sent:** Friday, June 23, 2017 2:11 PM
**To:** Christopher Anto
**Subject:** Tick Weekly Recap



# Happy Friday!

Chris, you entered **15.00 hours** so far this week.

Monday, Jun 19, 2017 - Friday, Jun 23, 2017

| Mon | Tue | Wed | Thu | (TODAY) Fri |
|---|---|---|---|---|
| **0.00** hrs | **1.00** hr | **0.00** hrs | **11.00** hrs | **3.00** hrs |

**Add Time Entries**

## You've been working on...

| Project : Task | Project | Task | Hours |
|---|---|---|---|
| LAP17-0000 Laser Status<br>**LAP Status :: Laser Status in Peace Room with TJ and Carolyn** | | | 1.00 |
| LAP17-0006 LP Website<br>**Changes to the LP Website :: Add Kirby Fishing Set on US, UK and Global sites** | | | 6.00 |
| LAP17-0006 LP Website<br>**Changes to the LP Website :: Change Categories - Other Products > SUP, FISHING** | | | 3.00 |
| LAP17-0006 LP Website<br>**Changes to the LP Website :: SUP, remove images, Product offering is currently being updated.** | | | 3.00 |
| LAP17-0006 LP Website<br>**Changes to the LP Website :: Change banners** | | | 2.00 |
| **Total** | | | **15.00** hrs |

Apps    Help    Unsubscribe

Tick is a Molehill product. ©2017, All Rights Reserved.
8823 San Jose Blvd Ste 205, Jacksonville, FL 32217

**From:** Christopher Anto [chris.anto@dorydesigns.com]
**Sent:** Friday, April 12, 2013 9:32 AM
**To:** James Lund-Lack
**CC:** Bahman Kia
**Subject:** Re: Kirby, latest sell sheet copy
**Attachment(s):** "Kirby_Sellsheet_4.11.13r[1].pdf"



James,

Bahman is looking for UK pricing for this project ASAP.

Best Regards,

Chris Anto

.........................................
Dory Design
25 Van Zant Street
Ste. 19 B1, 4th floor
Norwalk, CT
06855
.........................................

**From:** Bahman Kia <bkglobal56@gmail.com>
**Date:** Thu, 11 Apr 2013 13:02:15 -0400
**To:** Chris Anto <chris.anto@dorydesigns.com>
**Subject:** Re: Kirby, latest sell sheet copy

Chris I added a sentences to make it clear that it can be used for fishing.

James this is a Zuma

Can you give us retail prices for Zuma and the accessories.  thanks b

On Thu, Apr 11, 2013 at 11:56 AM, Christopher Anto <chris.anto@dorydesigns.com> wrote:
  Kirby, latest sell sheet copy attached

--
**Bahman Kia**
Phone and Fax: 203-663-4502
Cell Phone:    917-923-9651
bahman.kia@doryventures.com



KIRBY

## KIRBY

### Hook, line and sinker –
### The versatile family sail boat that does it all.

Lightweight and easy to transport, the Kirby is a
cinch to rig, making it a great family boat. Easy to
use by all and versatile enough to enjoy for sailing,
fishing or other water-based activities.  A sleeved sail
with zippered luff and halyard means you're on the
water in no time. Comfortably appointed, its high
boom and roomy cockpit offer freedom of movement
from stem to stern, accommodating two adults or
several children. But that's the kit, not the catch.
The true magic of the Kirby's design is its hard chine
and flat aft section that glides through water with
remarkable stability. Hook up with this amazingly
versatile sail boat and cast away for days of fun.

### Reel in Kirby Accessories

**Fly Kirby Cover** - manufactured with cutting edge
materials and techniques this high quality, easy to
use cover comes with a five-year limited warranty.

**Kirby Sails** - hook up these high performance Dacron
sails for outstanding performance.

**Troll Dolly** - the ultimate boat handling and storage
aid made from anodized aluminum

**LaserPerformance EUROPE**
Station Works, Long Buckby
Northamptonshire NN6 7PF
United Kingdom
t +44 (0) 1327 841600
f +44 (0) 1327 841601

| SPECS | | |
|---|---|---|
| LENGTH FT/M | 13.90 | 4.24 |
| BEAM FT/M | 4.10 | 1.25 |
| DRAFT FT/M | 2.0 | 1.25 |
| SAIL AREA FT²/M² | 75.00 | 0.64 |
| HULL WEIGHT LB/KG | 120.00 | 54.41 |
| CAPACITY | | 1-2 PEOPLE |
| SKILL LEVEL | | BEGINNER-ADVANCED |
| RACE LEVEL | | CLUB-INTERNATIONAL |
| OPTIMAL WEIGHT LB/KG | 140/790 | 64/86 |
| TRANSPORT | | CARTOPPABLE |



BK
EXHIBIT
BK-142



LaserPerformance

All rights reserved. ©2008 LaserPerformance.
LaserPerformance and associated logos are trademarks. Laser, SB3, Sunfish, and Bug are
trademarks used under license. LaserPerformance reserves the right to make design and/or
specification changes to any of their products as part of their continuous development program.

**From:** Peter Collins
**Sent:** Wednesday, August 23, 2017 6:14 AM
**To:** Simon Ogden; John Leach; Joel Chadwick
**Subject:** ok who put this on the web site ?

http://shopeu.laserperformance.com/products.php?product=Kirby-Fishing-Set



LP0017

**From:** Peter Collins [pete.collins@laserperformance.com]
**Sent:** Wednesday, August 23, 2017 6:14 AM
**To:** Simon Ogden; John Leach; Joel Chadwick
**Subject:** ok who put this on the web site ?



http://shopeu.laserperformance.com/products.php?product=Kirby-Fishing-Set

**Peter Collins**
Sales Executive
pete.collins@laserperformance.com

**LaserPerformance Europe LTD**
SKYPE: pete.collins78
Office: + 44 1327841628

LaserPerformance Shop: http://shopeu.laserperformance.com/ LaserPerformance Europe LTD, Station Works, Station Road, Long
Buckby, NN6 7PF, England

The information in this e-mail is confidential and may be legally privileged.  It is intended solely for the addressee and any access to this e-mail by anyone
other than the addressee is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be
taken in reliance on it, is prohibited and may be unlawful.  We have taken steps to ensure that this message is free from computer viruses; however, in
accordance with good computing practice, the recipient is responsible for ensuring that it is actually virus-free before opening it.

 *Please consider the environment before printing.*

**From:** Chris Anto (Basecamp) [notifications@3.basecamp.com]
**Sent:** Thursday, June 22, 2017 4:41 PM
**To:** Steffen Allen
**Subject:** (LAP17-0006 LP Website) Kirby Fishing Set elements for website



Kirby_fishing_940x343.jpg 184 KB •
Download

kirby-specs.png 33.2 KB •
Download

You can reply to this email or respond in Basecamp.

This message was sent to Chris Anto, Steffen Allen, TJ Stacy, and Valerie Chin.
Unsubscribe • Change your notification settings
Get the Basecamp app for iPhone or Android!

**From:** Chris Anto (Basecamp) [notifications@3.basecamp.com]
**Sent:** Friday, June 23, 2017 11:19 AM
**To:** Steffen Allen
**Subject:** Re: (LAP17-0006 LP Website) Kirby Fishing Set elements for website

Images and Specifications sent by Lawrence via Skype



IMG_21062017_115928_0.png 725 KB •
Download

IMG_21062017_115848_0.png 648 KB •
Download

IMG_21062017_115531_0.png 37.7 KB •
Download

You can reply to this email or respond in Basecamp.

This message was sent to Chris Anto, Steffen Allen, TJ Stacy, and Valerie Chin.

Unsubscribe • Change your notification settings

Get the Basecamp app for iPhone or Android!

**From:** Chris Anto (Basecamp) [notifications@3.basecamp.com]
**Sent:** Thursday, June 22, 2017 4:41 PM
**To:** Timothy Stacy
**Subject:** (LAP17-0006 LP Website) Kirby Fishing Set elements for website



Kirby_fishing_940x343.jpg 184 KB •
Download

kirby-specs.png 33.2 KB •
Download

You can reply to this email or respond in Basecamp.

This message was sent to Chris Anto, Steffen Allen, TJ Stacy, and Valerie Chin.
Unsubscribe • Change your notification settings
Get the Basecamp app for iPhone or Android!

**From:** Chris Anto (Basecamp) [notifications@3.basecamp.com]
**Sent:** Friday, June 23, 2017 11:19 AM
**To:** Timothy Stacy
**Subject:** Re: (LAP17-0006 LP Website) Kirby Fishing Set elements for website

Images and Specifications sent by Lawrence via Skype



IMG_21062017_115928_0.png 725 KB •
Download

IMG_21062017_115848_0.png 648 KB •
Download

IMG_21062017_115531_0.png 37.7 KB •
Download

You can reply to this email or respond in Basecamp.

This message was sent to Chris Anto, Steffen Allen, TJ Stacy, and Valerie Chin.

Unsubscribe • Change your notification settings

Get the Basecamp app for iPhone or Android!

**From:** Tony Kwan (LP) [Tony.Kwan@laserperformance.com]
**Sent:** Friday, September 02, 2016 10:00 AM
**To:** Farzad Rastegar (farbcal@hotmail.com)
**CC:** Tony Kwan (LP)
**Subject:** Kirby Aluminium Fishing Boats

Dear Farzad,

Please kindly check if these aluminium fishing boats are what you want.



**Tony Kwan (LP)**
Managing Director

**LaserPerformance Services Limited**
SKYPE: Tony.Kwan.1

The information in this e-mail is confidential and may be legally privileged.  It is intended solely for the addressee and any access to this e-mail by anyone other than the addressee is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.  We have taken steps to ensure that this message is free from computer viruses; however, in accordance with good computing practice, the recipient is responsible for ensuring that it is actually virus-free before opening it.

☐ *Please consider the environment before printing.*

**From:** Farzad Rastegar [farbcal@hotmail.com]
**Sent:** Saturday, September 03, 2016 12:59 PM
**To:** Tony Kwan (LP)
**Subject:** Re: Kirby Aluminium Fishing Boats



no attachments tony

---

**From:** Tony Kwan (LP) <Tony.Kwan@laserperformance.com>
**Sent:** Friday, September 2, 2016 11:00:12 AM
**To:** Farzad Rastegar (farbcal@hotmail.com)
**Cc:** Tony Kwan (LP)
**Subject:** Kirby Aluminium Fishing Boats

Dear Farzad,

Please kindly check if these aluminium fishing boats are what you want.

**Tony Kwan (LP)**
Managing Director
**LaserPerformance Services Limited**
SKYPE: Tony.Kwan.1

The information in this e-mail is confidential and may be legally privileged.  It is intended solely for the addressee and any access to this e-mail by anyone other than the addressee is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.  We have taken steps to ensure that this message is free from computer viruses; however, in accordance with good computing practice, the recipient is responsible for ensuring that it is actually virus-free before opening it.
P  *Please consider the environment before printing.*

**From:** Tony Kwan (LP)
**Sent:** Friday, September 02, 2016 10:00 AM
**To:** Farzad Rastegar (farbcal@hotmail.com)
**CC:** Tony Kwan (LP)
**Subject:** Kirby Aluminium Fishing Boats

Dear Farzad,

Please kindly check if these aluminium fishing boats are what you want.









BK
EXHIBIT
BK-152



BK
EXHIBIT
BK-153

SailLaser   LaserPerformance   Unvird   Collspacet Cup   Blog


**LaserPerformance**

BOATS   SAILS & SPARS   FOILS   COVERS & ACCESSORIES   COMPONENTS   OTHER PRODUCTS   SEITECH   OFFERS

My Account   View Cart   Wish Lists   Sign In        CART 1 items

Search

## KIRBY FISHING SET

Price:      €1,179.15

Quantity:   1   ▾

**Add To Cart**





FEATURES & SPECS

REVIEWS

Kirby
FISHING SET



Aluminum fishing boat complete with oars, net and 6'10" medium heavy fishing rod/reel combo.

| SPECS | | |
|---|---|---|
| LENGTH FT/M | 8.33 | 2.55 |
| BEAM FT/M | 3.28 | 1.00 |
| DRAFT FT/M | 1.24 | 0.38 |
| HULL WEIGHT LB/KG | 617.3 | 28.00 |
| MAX CAPACITY LB/KG | 794.00 | 360.00 |
| HULL GAUGE IN/MM | 0.06 | 1.50 |
| MAX PERSON CAPACITY | 2 PEOPLE | |
| MAX HP CAPACITY | 4HP | 2.98 KW |

YOU MAY ALSO LIKE

GBR LETTER SET (12")
£10.00 £9.00

LASER BATTEN SET
£15.00

BAHIA TOE STRAP SET
£65.00

FUNBOAT BATTEN SET
£20.00

Image Coming Soon



VAGO TOE STRAP SET

650.00

DEALER LOCATOR   BOAT RANGE   MANUALS   WARRANTY   CONTACT US   TERMS AND CONDITIONS   NEWS   CAREERS

VISA   VISA

Chat With Us

BK
EXHIBIT
BK-154

Sailtaser  LaserPerformance Unreel  Collegiate Cup  Blog



**LaserPerformance**

BOATS   COVERS & ACCESSORIES   SEITECH DOLLIES & RACKS   OTHER PRODUCTS

Search

KIRBY FISHING SET

To purchase, please visit shopeu.laserperformance.com
or contact info.international@laserperformance.com









FEATURES & SPECS

REVIEWS





Open Screenshot



Aluminum fishing boat complete with oars, net and 6'10" medium heavy fishing rod and reel combo

SPECS

| | | |
|---|---|---|
| LENGTH FT/M | 8.33 | 2.55 |
| BEAM FT/M | 3.28 | 1.00 |
| DRAFT FT/M | 1.24 | 0.38 |
| HULL WEIGHT LB/KG | 61.73 | 28.00 |
| MAX CAPACITY LB/KG | 794.00 | 360.00 |
| HULL GAUGE IN/MM | 0.06 | 1.50 |
| MAX PERSON CAPACITY | | 2 PEOPLE |
| MAX HP CAPACITY | 4 HP | 2.98 KW |

DEALER LOCATOR   BOAT RANGE   MANUALS   WARRANTY   CONTACT US   TERMS AND CONDITIONS   NEWS   CAREERS

Chat With Us

http://www.lowe-performance.global/wp/config/Allmaguesr Tue Aug 01 2017 15:15:44 GMT-0400 (Eastern Daylight Time)

Open Screenshot

SailLaser LaserPerformance United Collegiate Cup Blog

My Account View Cart Wish Lists Sign In CART 0 items

**LaserPerformance**

Search

BOATS SAILS & SPARS FOILS COVERS & ACCESSORIES PARTS OTHER PRODUCTS SEITECH CHARTERS

## KIRBY FISHING SET

| | |
|---|---|
| Price: | $1,500.00 |
| Shipping: | Calculated at checkout |
| Quantity: | 1 |

Add To Cart

FEATURES & SPECS REVIEWS

Kirby
FISHING SET

BK EXHIBIT BK-155

Aluminum fishing boat complete with oars, net and 6'10" medium heavy fishing rod/reel combo.



| specs | | |
|---|---|---|
| LENGTH FT/M | 8.33 | 2.55 |
| BEAM FT/M | 3.28 | 1.00 |
| DRAFT FT/M | 1.24 | 0.38 |
| HULL WEIGHT LB/KG | 61.73 | 28.00 |
| MAX CAPACITY LB/KG | 794.00 | 360.00 |
| HULL GAUGE IN/MM | 0.06 | 1.50 |
| MAX PERSON CAPACITY | 2 PEOPLE | |
| MAX HP CAPACITY | 4HP | 2.98 KW |

YOU MAY ALSO LIKE



HARKEN BLOCK SET
TRAVELLER LASER
$58.85



HARKEN LASER BLOCK SET
$55.00



LASER STANDARD MARK II
BATTEN SET
$45.81



DAGGERBOARD STOP SET
$14.95



LASER BATTEN SET

DEALER LOCATOR   BOAT RANGE   MANUALS   WARRANTY   TERMS AND CONDITIONS   CAREERS   NEWS   CONTACT US   VISA

Chat With Us



SailLaser  LaserPerformance Unised  Collegiate Cup  Blog

My Account    View Cart    Wish Lists    Sign In    CART 0 Items

## LaserPerformance

BOATS  SAILS & SPARS  FOILS  COVERS & ACCESSORIES  COMPONENTS  OTHER PRODUCTS  SEITECH  OFFERS

Search

# Fishing

KIRBY FISHING SET

£1,179.15

DEALER LOCATOR   BOAT RANGE   MANUALS   WARRANTY   CONTACT US   TERMS AND CONDITIONS   NEWS   CAREERS

VISA   VISA

Chat With Us



BK
EXHIBIT
BK-156

Open Screenshot





BK
EXHIBIT
BK-157

Saillaser   LaserPerformance United   Collegiate Cup   Blog

My Account   View Cart   Wish Lists   Sign In   CART 1 items

**LaserPerformance**

BOATS   SAILS & SPARS   FOILS   COVERS & ACCESSORIES   PARTS   OTHER PRODUCTS   SEITECH   CHARTERS

Fishing

KIRBY FISHING SET

$1,500.00

DEALER LOCATOR   BOAT RANGE   MANUALS   WARRANTY   TERMS AND CONDITIONS   CAREERS   NEWS   CONTACT US

VISA

Chat With Us