UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE KIRBY, INC. ET AL | : | |
| | : | CASE NO. 3:13-CV-00297 (JAM) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| LASERPERFORMANCE (EUROPE) LIMITED, ET AL. | : | |
| | : | |
| Defendants. | : | DECEMBER 20, 2019 |

**MOTION TO FILE UNDER SEAL DEFENDANTS' MEMORANDUM IN OPPOSITION TO OMNIBUS MOTION IN LIMINE OF PLAINTIFFS BRUCE KIRBY AND BRUCE KIRBY, INC.**

Pursuant to Local Rule 5(e), the defendants, LaserPerformance (Europe) Limited ("LPE") and Quarter Moon, Incorporated ("QMI"), respectfully move this Court for an order to seal Defendants' Memorandum in Opposition to Omnibus Motion in Limine of Plaintiffs Bruce Kirby and Bruce Kirby, Inc. for the reasons set forth in Plaintiffs' Motion to File Under Seal A Portion of Plaintiffs' Omnibus Motion In Limine and Attached Exhbits (Doc. 524), which was granted by the court. Doc. 529.

Pursuant to Local Rule 5(e), Defendants' Memorandum in Opposition to Motion for Partial Summary Judgment and Defendants' Local Rule 56(a)(2) Statement of Facts in Opposition to Summary Judgment are being electronically filed under seal and are being delivered to the court pending the court's decision on this motion.

DEFENDANTS,
LASERPERFORMANCE (EUROPE) LIMITED
and QUARTER MOON, INC.


/s/ Peter T. Fay
Douglas S. Skalka (ct00616)
Peter T. Fay (ct08122)
Robert B. Flynn (ct15803)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel: (203) 821-2000
Fax: (203) 821-2009
dskalka@npmlaw.com
pfay@npmlaw.com
rflynn@npmlaw.com


## **CERTIFICATION**

   I hereby certify that on December 20, 2019, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.


/s/  Peter T. Fay
Peter T. Fay (ct08122)
NEUBERT, PEPE & MONTEITH, P.C.