UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC. and BRUCE KIRBY<br><br>  Plaintiffs,<br><br>  vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED, et al.,<br><br>  Defendants. | Civil Action No. 3:13-cv-00297-JAM |

**PLAINTIFFS BRUCE KIRBY AND BRUCE KIRBY, INC.'S**
**RESPONSE TO JOINT MOTION TO BIFURCATE TRIAL**

Plaintiffs Bruce Kirby and Bruce Kirby, Inc. (individually and collectively "Kirby") respectfully submit this response to Global Sailing, Ltd.'s and Defendants Quarter Moon, Inc. and LaserPerformance (Europe) Limited's Joint Motion to Bifurcate Trial dated January 17, 2020 (Dkt. 534) ("Joint Motion").

It is Kirby's position that the Court should proceed on all issues and with all parties during the trial scheduled for February 2020. It will waste judicial resources to hold two separate trials for at least the reason that the unauthorized sale of Laser sailboats forms the basis of all claims at it issue between the parties. There is no reason to try these claims in two separate cases, especially considering the significant overlap in expected evidence and witnesses and considering that the parties have worked to this joint trial date for nearly three years. Moreover, we cannot identify any material prejudice that will result from the cases being tried together. The only prejudice we can foresee is to Kirby as this request will only unnecessarily further delay a resolution of his claims which he has pursued in litigation for the past eight years.

For the foregoing reasons, Kirby respectfully requests that the Court deny the Joint Motion.

                                  Respectfully submitted,

<u>January 17, 2020</u>                */s/ Walter B. Welsh*
                                       Wesley W. Whitmyer, Jr., ct03509
                                         Walter B. Welsh, ct01220
                                         Benjamin N. Luehrs, phv08980
                                         W<small>HITMYER</small> IP G<small>ROUP</small> <small>LLC</small>
                                         600 Summer Street
                                         Stamford, CT  06901
                                         Tel. 203 703-0800
                                         Fax 203-703-0801
                                         Email: litigation@whipgroup.com
                                                  wwelsh@whipgroup.com
                                                  bluehrs@whipgroup.com

                                       *Attorneys for Plaintiffs*
                                       *Bruce Kirby, Inc. and Bruce Kirby*

## CERTIFICATE OF SERVICE

   This is to certify that on this 20th day of January 2020, a true and correct copy of the foregoing **PLAINTIFFS BRUCE KIRBY AND BRUCE KIRBY, INC.'S RESPONSE TO JOINT MOTION TO BIFURCATE TRIAL** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

<u>January 17, 2020</u>                 <u>*/s/ Joan M. Burnett*</u>
Date                        Joan M. Burnett