UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., and<br>BRUCE KIRBY<br><br>    Plaintiffs,<br><br>    vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED,<br>QUARTER MOON, INCORPORATED,<br><br>    Defendants. | Civil Action No. 3:13-cv-00297-JAM |

### [PROPOSED] ORDER GRANTING GLOBAL SAILING LIMITED'S MOTION IN LIMINE

After considering all briefs, declarations, and other documents submitted by the parties in pertaining to Plaintiff Global Sailing Limited's ("GSL") Motion *in Limine* ("Motion"), and good cause shown, the Court rules as follows:

GSL's Motion is **GRANTED**. Defendants Quarter Moon, Inc. and LaserPerformance (Europe) Ltd. (individually and collectively, "LP"), its counsel, and its witnesses are **PRECLUDED** from introducing any evidence, testimony, or argument concerning LP's defenses that seek to bar any damages or injunctive relief based on running of the applicable statute of limitations or the equitable doctrine of laches.

**SO ORDERED**

Date: _____

                                                                       _____
                                                                       The Honorable Jeffrey A. Meyer,
                                                                       U.S. District Court Judge