HONORABLE Jeffrey Alker Meyer
DEPUTY CLERK Y.Gutierrez   RPTR/ECRO/TAPE D. Huntington

TOTAL TIME: 3 hours 2 minutes

DATE 2/6/2020   START TIME 8:30 AM   END TIME 11:32 AM
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Bruce Kirby, Inc.   CIVIL NO. 3:13-cv-00297-JAM

vs.

LaserPerformance (Europe) Limited

B. N. Luehrs, R. D. Keeler
Plaintiffs Counsel

Peter T. Fay, Robert B. Flynn
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- [ ] Call of the Calendar held / Call of the Calendar over to _____
- [x] ✓ Jury Selection held / Jury Selection continued until _____
- [ ] # Motion _____ granted / denied / advisement
- [ ] # Motion _____ granted / denied / advisement
- [ ] # Motion _____ granted / denied / advisement
- [ ] # Motion _____ granted / denied / advisement
- [ ] _____ filed / docketed
- [ ] _____ filed / docketed
- [ ] _____ filed / docketed
- [x] Juror #4 excused    filed / docketed
- [x] 48 # jurors present
- [x] Voir Dire oath administered by Clerk / previously administered by Clerk
- [x] Voir Dire by Court
- [x] Peremptory challenges exercised
- [x] Jury of 8 drawn (See attached) ✓ and sworn / Jury Trial commences
- [x] Remaining jurors excused
- [ ] Discovery deadline set for _____
- [ ] Disposition Motions due _____
- [ ] Joint trial memorandum due _____
- [x] Trial continued until 2/10/2020 at 8:30AM
- [x] COPY TO: JURY CLERK with juror lists