**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE KIRBY, INC., and BRUCE KIRBY<br><br>    Plaintiffs,<br><br>        vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED, QUARTER MOON, INCORPORATED | Civil Action No. 3:13-cv-00297-JAM |

**UPDATED APPENDIX 3 TO JOINT TRIAL MEMORANDUM**

**PLAINTIFF'S AMENDED PROPOSED EXHIBIT LIST**
**TO INCLUDE EXHIBITS BK-198 - BK-214**

**DEFENDANTS' OBJECTIONS**

**PLAINTIFF'S COUNTERSTATEMENT**

Date: February 09, 2020

By:/s Benjamin N. Luehrs
Wesley W. Whitmyer, Jr. (ct03509)
Benjamin N. Luehrs (phv08980)
Walter B. Welsh (ct27210)
Whitmyer IP Group LLC
600 Summer Street
Stamford, Ct 06901
Tel.  203-703-0800
Fax: 203-703-0801
litigation@whipgroup.com
bluehrs@whipgroup.com
wwelsh@whipgroup.com

*Counsel for Plaintiffs Bruce Kirby and Bruce Kirby, Inc.*

**Amended List of Exhibits of Bruce Kirby and Bruce Kirby, Inc.**

| | |
|---|---|
| BK-1 | 03/18/2014 Subpoena for Documents from Farzad Rastegar |
| BK-2 | 04/01/2010 Email from Farzad Rastegar to Heini Wellmann (and email chain) |
| BK-3 | 01/11/2012 Email from Bill Crane to Heini Wellmann |
| BK-4 | 09/29/2011 Email from Farzad Rastegar to Bruce Kirby (and email chain) |
| BK-5 | 08/26/2010 Email from Farzad Rastegar to Peter Hedge and Bill Crane (and email chain) |
| BK-6 | 11/15/2010 Email from Farzad Rastegar to Bill Crane (and email chain) |
| BK-7 | 03/22/2011 Email Chris Spencer to Farzad Rastegar |
| BK-8 | 09/29/2011 Email from Bill Crane to Farzad Rastegar and Doug Metchick (and email chain) |
| BK-9 | 12/03/2010 Email from Bill Crane to Farzad Rastegar |
| BK-10 | 12/24/2010 Email from Bill Crane to Farzad Rastegar |
| BK-11 | Answer and Counterclaims of LPE and QMI |
| BK-12 | LPE and QMI's Objections and Responses to GSL's First Set of Interrogatories |
| BK-13 | Document titled Amendment to License, dated March 25, 1997 |
| BK-14 | 1983 Agreement |
| BK-15 | 07/22/2013 Email from Peter Hedge to Bahman Kia (and email chain) |
| BK-16 | 04/02/2010 Email from Devin Kelly to Bill Crane (and attachment) |
| BK-17 | 01/12/2011 Email from Bill Crane to Farzad Rastegar |
| BK-18 | 01/23/2011 Email from Heini Wellmann to Farzad Rastegar |
| BK-19 | 01/23/2011 Email from Heini Wellmann to Hank Barry and Jeff Martin (and attachment) |
| BK-20 | 04/28/2011 Email from Bill Crane to Heini Wellmann |
| BK-21 | 09/28/2010 Email from Bill Crane to Heini Wellmann and Jeff Martin (and email chain) |
| BK-22 | 01/17/2012 Email from Bill Crane to Farzad Rastegar |
| BK-23 | Document titled Barclays Business Internet Banking |
| BK-24 | 10/13/2011 Email from Bill Crane to Tom Rosoman, Lo Libra, and Doug Metchick (and email chain) |
| BK-25 | 04/08/2011 Email from Bill Crane to Farzad Rastegar (and email chain) |
| BK-26 | Document titled Inidicative Offer for Laser Design Rights |
| BK-27 | Notice of Deposition of Quarter Moon, Incorporated Pursuant to 30(b)(6) |
| BK-28 | Notice of Deposition of LaserPerformance (Europe) Pursuant to 30(b)(6) |
| BK-29 | Answer and Counterclaims of LPE and QMI |
| BK-30 | 1983 Agreement |
| BK-31 | 1989 Agreement |
| BK-32 | Document titled Agreement relating to the International Class Boat |
| BK-33 | Agreement dated November 11, 2005 |
| BK-34 | Builder Plaque |
| BK-35 | Conference Memorandum dated September 4, 2014 |
| BK-36 | Document re Defendants sales bearing Bates Nos. LP022423-LP022473 |
| BK-37 | Document re Defendants sales bearing Bates Nos. LP022474-LP22639 |
| BK-38 | 01/19/2009 Letter from Chris Spencer to Vanguard Racing Sailboats |
| BK-39 | 01/19/2009 Letter from Chris Spencer to Performance Sailcraft Europe Limited |
| BK-40 | 04/03/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
| BK-41 | 02/12/2011 Email From International Laser Class Association to Heini Wellmann et al. (and attachment) |
| BK-42 | 05/10/2010 Letter from Wesley Whitmyer to Alice Gould |
| BK-43 | 12/13/2010 Letter from Philippe Zylberg to Wesley Whitmyer |
| BK-44 | 12/15/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
| BK-45 | 03/11/2011 Letter from Philippe Zylberg to Wesley Whitmyer |
| BK-46 | 03/24/2011 Letter from Jerome Pels to Wesley Whitmyer |
| BK-47 | 04/11/2011 Letter from Philippe Zylberg to Wesley Whitmyer |
| BK-48 | Document titled Agreement relating to Kirby Sailboat |
| BK-49 | 07/17/2012 Letter from Bruce Kirby and Bruce Kirby, Inc. to QMI |
| BK-50 | 10/11/2012 Letter from Bruce Kirby and Bruce Kirby, Inc. to LPE |
| BK-51 | 10/11/2012 Letter from Bruce Kirby and Bruce Kirby, Inc. to QMI |

| | |
|---|---|
| BK-52 | 11/15/2012 Letter from Bruce Kirby and Bruce Kirby, Inc. to LPE |
| BK-53 | 03/01/2013 Letter from Bruce Kirby and Bruce Kirby, Inc. to LPE |
| BK-54 | Document titled Bill Crane - LinkedIn |
| BK-55 | 02/27/2010 Email from Bill Crane to Clara Tong |
| BK-56 | LPE and QMI's Objections and Responses to GSL's First Set of Interrogatories |
| BK-57 | 07/15/2013 Letter from QMI to Bruce Kirby |
| BK-58 | Document titled Summary of Adjustments to Royalty Calculations |
| BK-59 | Document titled LPE Royalty Statement |
| BK-60 | Document titled Vanguard Sailboats Royalty Payment |
| BK-61 | 03/04/2009 Email from Bill Crane to Daryl Webb (and email chain) |
| BK-62 | 02/17/2010 Email from Bill Crane to Devin Kelly and Matthew Abrahams (and email chain) |
| BK-63 | 04/02/2010 Email from Devin Kelly to Bill Crane (and attachment) |
| BK-64 | Defendants' Initial Disclosures |
| BK-65 | 04/19/2013 Email From Bahman Kia to Daniel Pearson (and email chain) |
| BK-66 | 12/08/2011 Email from Bill Crane to Tom Rosoman (and email chain) |
| BK-67 | 03/23/2011 Email from Farzad Rastegar to Chris Spencer (and email chain) |
| BK-68 | 12/09/2010 Email from Matthew Anrahams to Farzad Rastegar (and email chain) |
| BK-69 | 03/06/2010 Email from Farzad Rastegar to Devin Kelly |
| BK-70 | 04/03/2010 Email from Heini Wellmann to Bil Crane (and email chain) |
| BK-71 | 06/16/2010 Email from Bill Crane to Farzad Rastegar (and email chain) |
| BK-72 | Agreement dated July 11, 1983 |
| BK-73 | First Amended Complaint and Exhibits |
| BK-74 | Document titled Intellectual Property Purchase and License Agreement |
| BK-83 | Document containing graphic |
| BK-86 | Document titled Agreement Relating to the Collection of IYRU Fees |
| BK-87 | Document titled Class Rules - One Design |
| BK-88 | Document titled Laser Class Rules - One Design |
| BK-89 | ISAF Plaque |
| BK-90 | Builder Plaque |
| BK-91 | 04/08/2013 Email from Bill Crane to Jerome Pels |
| BK-92 | Document titled Damage Determination Analysis |
| BK-93 | 04/23/2014 Email from James Lund-Lack to Bahman Kia and Steve Thomas |
| BK-94 | 05/28/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
| BK-95 | 03/03/2011 Letter from Jerome Pels to Wesley Whitmyer |
| BK-96 | 03/01/2011 Letter from Philippe Zylberg to Wesley Whitmyer |
| BK-97 | 10/10/2011 Letter from Philippe Zylberg to Wesley Whitmyer |
| BK-98 | 03/01/2011 Letter from Wesley Whitmyer to Jerome Pels |
| BK-99 | 04/25/2013 Letter from Bruce Kirby and Bruce Kirby, Inc. to QMI |
| BK-100 | 04/04/2007 Letter from Wesley Whitmyer to John Shad |
| BK-101 | Document titled Indicative Offer for Laser Design Rights |
| BK-102 | Schedules to Document titled Indicative Offer for Laser Design Rights |
| BK-103 | 05/30/2007 Letter from Wesley Whitmyer to Edward Kotite |
| BK-104 | Attachment to BK-103 (Document titled Intellectual Property Purchase and License Agreement) |
| BK-105 | Attachment to BK-103 (Document titled Assigment) |
| BK-106 | Sailing World article - April 2007 |
| BK-107 | USPTO Trademark Electronic Search System - BRUCE KIRBY trademark |
| BK-108 | Laser Construction Manual |
| BK-109 | Laser Construction Manual |
| BK-110 | 05/12/2010 Letter from Wesley Whitmyer to Jeff Martin and Heini Wellmann |
| BK-111 | 04/22/2010 Letter from Wesley Whitmyer to Alice Gould |
| BK-112 | 04/27/2010 Letter from Wesley Whitmyer to Alice Gould |

**Amended List of Exhibits of Bruce Kirby and Bruce Kirby, Inc.**

| | |
|---|---|
| BK-113 | 03/16/2010 Letter from Wesley Whitmyer to Devin Kelly |
| BK-114 | 03/08/2010 Letter from Howard Spencer and Bruce Kirby to Jeff Martin |
| BK-115 | 05/12/2010 Letter from Wesley Whitmyer to Alice Gould |
| BK-116 | 03/12/2010 Letter from Wesley Whitmyer to Jeff Martin |
| BK-117 | 03/05/2010 Letter from Wesley Whitmyer to Devin Kelly |
| BK-118 | 12/07/2010 Letter from Wesley Whitmyer to Farzad Rastegar |
| BK-119 | 02/17/2011 Letter from Bruce Kirby and Bruce Kirby, Inc. to QMI |
| BK-120 | 02/10/2011 Letter from Wesley Whitmyer to Phillippe Zylberg |
| BK-121 | Document titled Rule Change |
| BK-122 | 04/22/2010 Letter from Wesley Whitmyer to Alice Gould |
| BK-123 | 04/03/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
| BK-124 | Document titled Royalties Outstanding |
| BK-125 | Document titled Stipulation |
| BK-126 | QMI Responses to BKI's Interrogatories - 17-CV-01389-JAM |
| BK-127 | Farzard Rastegar Responses to BKI's Interrogatories - 17-CV-01389-JAM |
| BK-128 | LaserPeformance LLC's Responses to BKI's Interrogatories - 17-CV-01389-JAM |
| BK-129 | Dory Ventures, LLC's Responses to BKI's Interrogatories - 17-CV-01389-JAM |
| BK-131 | 08/23/2017 Email from Bill Crane to Farzad Rastegar |
| BK-132 | 08/01/2017 Email from Bo Williams to Brent Richards |
| BK-133 | 08/01/2017 Email from Brent Richards to Bo Williams |
| BK-134 | 07/17/2017 Email from Basecamp to Christopher Anto |
| BK-135 | 07/10/2017 Email from Basecamp to Christopher Anto |
| BK-136 | 06/26/2017 Email from Basecamp to Christopher Anto |
| BK-137 | 07/03/2017 Email from Basecamp to Christopher Anto |
| BK-138 | 07/24/2017 Email from Basecamp to Christopher Anto |
| BK-139 | 04/12/2013 Email from James Lund-Lack to Bahman Kia and Christopher Anto |
| BK-140 | 06/23/2017 Email from Tick to Christopher Anto |
| BK-141 | 04/12/2013 Email from Christopher Anto to James Lund-Lack |
| BK-142 | Document bearing Bates No. LP0016 |
| BK-143 | 08/23/2017 Email from Peter Collins to Simon Ogden, John Leach, and Joel Chadwick |
| BK-144 | 08/23/2017 Email from Peter Collins to Simon Ogden, John Leach, and Joel Chadwick |
| BK-145 | 06/22/2017 Email from Chris Anto to Allen Steffen |
| BK-146 | 06/23/2017 Email from Chris Anto to Allen Steffen |
| BK-147 | 06/22/2017 Email from Chris Anto to Timothy Stacy |
| BK-148 | 06/23/2017 Email from Chris Anto to Timothy Stacy |
| BK-149 | 09/02/2016 Email from Tony Kwan to Farzad Rastegar |
| BK-150 | 09/03/2016 Email from Farzad Rastegar to Tony Kwan |
| BK-151 | 09/02/2016 Email from Tony Kwan to Farzad Rastegar |
| BK-152 | Website Screenshot |
| BK-153 | Website Screenshot |
| BK-154 | Website Screenshot |
| BK-155 | Website Screenshot |
| BK-156 | Website Screenshot |
| BK-157 | Website Screenshot |
| BK-158 | Trademark Registration No. 3,532,451 |
| BK-159 | Popular Science article - Spring 2019 |
| BK-160 | Sailing World article - Spring 2019 |
| BK-161 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories to LPE |
| BK-162 | LPE's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories |
| BK-163 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories to QMI |
| BK-164 | QMI's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories |

**Amended List of Exhibits of Bruce Kirby and Bruce Kirby, Inc.**

| BK-165 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Requests for Production to LPE |
|---|---|
| BK-166 | LPE's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Production |
| BK-167 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Requests for Production to LPE |
| BK-168 | QMI's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Production |
| BK-169 | Bruce Kirby and Bruce Kirby, Inc.'s Notice of Deposition of LPE |
| BK-170 | Bruce Kirby and Bruce Kirby, Inc.'s Notice of Deposition of QMI |
| BK-171 | Document titled Business Corporation Annual Report |
| BK-172 | Document titled QUARTER MOON, INCORPORATED Summary Screen |
| BK-173 | Document titled Dun & Bradstreet Business Records Family Tree Report |
| BK-174 | Document titled Dun & Bradstreet Business Records Family Member Profile |
| BK-175 | Defendant Dory Ventures, LLC's Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| BK-176 | Defendant LaserPerformance, LLC's Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| BK-177 | Defendant Quarter Moon, Inc.'s Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| BK-178 | Defendant LaserPerformance (Europe) Ltd.'s Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| BK-179 | Certification of LaserPerformance (Europe) Ltd.'s Objections and Responses to GSL's First Set of Interrogatories |
| BK-180 | Defendant Farzad Rastegar's Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| BK-181 | Certification of Farzad Rastegar's Objections and Responses to GSL's First Set of Interrogatories |
| BK-182 | Defendant Quarter Moon, Inc.'s Objections and Responses to GSL's First Set of Requests for Admission |
| BK-183 | Defendant LaserPerformance (Europe) Ltd.'s Objections and Responses to GSL's First Set of Requests for Admission |
| BK-184 | Karaya (Jersey) Limited's Motion for Summary Judgment |
| BK-185 | Declaration of William Crane dated March 28, 2014 |
| BK-186 | Defendants' Memorandum of Law in Opp. to Motion to Strike & Supp. Decl. of William Crane dated May 8, 2014 |
| BK-187 | Document titled Bill History Recap |
| BK-188 | Summary of Defendants Sales |
| BK-189 | Document titled Meeting of the Board of Directors Quarter Moon, Incorporated |
| BK-190 | Document titled Meeting of the Board of Directors Quarter Moon, Incorporated |
| BK-191 | Document titled Meeting of the Board of Directors Quarter Moon, Incorporated |
| BK-192 | 05/10/2018 Email from Skalka to Schiller |
| BK-193 | 05/12/2013 Email from Bill Crane to Farzad Rastegar |
| BK-194 | 04/29/2013 Email from Christopher Tunstall to James Lund-Lack |
| BK-195 | 03/12/2013 Email from James Lund-Lack to Bahman Kia |
| BK-196 | 06/18/2013 Email from James Lund-Lack to Bahman Kia |
| BK-197 | WITHDRAWN |
| BK-198 | 05/28/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
| BK-199 | Document titled Kirby Schedule of Actual Payments - US |
| BK-200 | 03/04/2015 Email from Bill Crane to Simon Allentuch (and email chain) |
| BK-201 | 05/16/2013 Email from Bill Crane to Bahman Kia (and email chain) |
| BK-202 | 05/10/2013 Email from James Lund-Lack to Bahman Kia (and email chain) |
| BK-203 | 05/20/2013 Email from Christopher Tunstall to Richard Walker (and email chain) |
| BK-204 | 05/07/2013 Email from Bill Crane to Bahman Kia and Bo Williams (and email chain) |
| BK-205 | 05/22/2013 Email from Rick Ducharme to Christopher Tunstall and Richard Walker (and email chain) |
| BK-206 | 05/18/2013 Email from Christpher Tunstall to Richard Walker (and email chain) |
| BK-207 | 05/20/2013 Email from Richard Walker to Nickolas Betts (and email chain) |
| BK-208 | 05/18/2013 Email from Christpher Tunstall to Bill Crane (and email chain) |
| BK-209 | 05/20/2013 Email from Richard Walker to Christopher Tunstall (and email chain) |
| BK-210 | 05/16/2013 Email from James Lund-Lack to Bill Crane (and email chain) |

**Amended List of Exhibits of Bruce Kirby and Bruce Kirby, Inc.**

| | |
|---|---|
| BK-211 | 05/16/2013 Email from Bill Crane to Steve Thomas et al. (and email chain) |
| BK-212 | 05/16/2013 Email from Bill Crane to Bahman Kia (and email chain) |
| BK-213 | 05/07/2013 Email from Bill Crane to Bajman Kia nd Bo Williams (and email chain) |
| BK-214 | 05/16/2013 Email from James Lund-Lack to James Lund-Lack |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE KIRBY, INC. ET AL | : | |
| | : | CASE NO. 3:13-CV-00297 (JAM) |
| Plainiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| LASERPERFORMANCE (EUROPE) | : | |
| LIMITED, ET AL. | : | |
| | : | |
| Defendants. | : | December 13, 2019 |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS'
PROPOSED SECOND AMENDED LIST OF EXHIBITS**

The defendants Laser Performance (Europe) Limited, ("LPE") and Quarter Moon, Inc. ("QMI") (jointly, the "Defendants") hereby object to the Plainiffs' Proposed First Amended List of Exhibits, dated December 8, 2019, a copy of which is attached hereto and made a part hereof as **Schedule A**  (the "Exhibit List") by plaintiffs, Bruce Kirby and Bruce Kirby, Inc. (jointly, the "Plaintiffs"). The Defendants hereby submit the following objections, reserving their right to amend or modify any of the objections set forth herein.

1.  Defendants object to the introduction of exhibits that are not properly authenticated and reserve all objections to admissibility including, but not limited to, objections based on lack of foundation, hearsay and relevance.

2.  Defendants object to the introduction of exhibits relating to the "Kirby Fishing Set" on the grounds of relevance under Rule 402 of the Federal Rules of Evidence. The alleged facts related to the Kirby Fishing Set occurred four years after the commencement of this action and were the subject of a separate lawsuit in this court, which suit has been dismissed by order of this Court. Specifically, Defendants object to the introduction of **Exhibits 126 - 157** pursuant to Fed. R. Evid. 402.

3.   Defendants object to the introduction of exhibits that are not relevant to the issues to be tried in this case and/or relate to events post-dating the alleged trademark infringement on the grounds of relevance under Rule 402 of the Federal Rules of Evidence.  Specifically, the Defendants object to the introduction of **Exhibits 1-3, 6-10, 12, 16-23, 26, 35, 55, 58-62, 64, 66-71, 73, 101-106, 112, 114, 115, 124, 125, 159-170, 175-188, 193, 195 and 196** pursuant to Fed. R. Evid. 402.

4.   Defendants object to the introduction of exhibits that are or are comprised of statements made by one other than the witness while testifying at trial offered into evidence to prove the truth of the matter asserted and not subject to any hearsay exception.  Fed. R. Evid. 801 and 802.  The Plaintiffs have included proposed exhibits that consist of statements and declarations made by non-parties; magazine articles; screenshots from websites and pleadings filed in this and in separate lawsuits, all of which consist of hearsay inadmissible under the Federal Rules of Evidence.  Specifically, Defendants object to the introduction of **Exhibits 11, 23, 26, 54, 58, 59, 60, 64, 73, 92, 106, 107, 112, 124, 125, 127, 129, 159, 160, 171 – 174, 180, 181, 184, 185, 187, 188, 192, and 194-196** pursuant to Fed. R. Evid. 801 and 802**.**

5.   Defendants object to the introduction of exhibits that are duplicative and redundant of other proposed exhibits, that are misleading or confuse the issues. Fed. R. Evid. 403.  The Plaintiffs have proposed duplicative exhibits and exhibits consisting of discovery promulgated upon parties and non-parties to this action as well as responses, including objections, to such discovery (e.g. notices of deposition, subpoenas, Interrogatories and Requests for Production).  Specifically, the Defendants object to the introduction of **Exhibits 1, 12, 27, 28, 29, 30, 56, 63, 101, 102, 104, 105, 127, 129, 161 – 170, 174- 183, 189-193, 195, and 196** pursuant to Fed. R. Evid. 403**.**

6.   Defendants object to the introduction of exhibits that are incomplete, draft documents, unsigned or not in final form.  Incomplete documents are objectionable under Fed. R. Evid. 106. Specifically, the Defendants object to the introduction of **Exhibits 33, 58, 59, 60, 71, 74, 102, 104, 105** pursuant to Fed. R. Evid. 106.

7.   Defendants object to the introduction of exhibits that have not been authenticated. The Plaintiffs include on the Exhibit List items not identifiable as to source or author which are objectionable under Rule 901 of the Federal Rules of Evidence.  Specifically, the Defendants object to **Exhibits 23, 32, 58, 59, 60, 102 and 187** pursuant to Fed. R. Evid. 901.

For the foregoing reasons, the Defendants object to the admissibility of the Plaintiffs' exhibits identified on **Schedule B** attached hereto.

**SCHEDULE B**

**DEFENDANTS' OBJECTIONS TO PROPOSED SECOND AMENDED EXHIBIT LIST OF
PLAINTIFFS' BRUCE KIRBY AND BRUCE KIRBY, INC.**

| BK Exhibit | Description | Basis for Objection (Federal Rules of Evidence) |
|---|---|---|
| 1 | 03/18/2014 Subpoena for Documents from Farzad Rastegar | 402, 403 |
| 2 | 04/01/2010 Email from Farzad Rastegar to Heini Wellmann (and email chain) | 402 |
| 3 | 01/11/2012 Email from Bill Crane to Heini Wellmann | 402 |
| 6 | 11/15/2010 Email from Farzad Rastegar to Bill Crane (and email chain) | 402 |
| 7 | 03/22/2011 Email Chris Spencer to Farzad Rastegar | 402 |
| 8 | 09/29/2011 Email from Bill Crane to Farzad Rastegar and Doug Metchick (and email chain) | 402 |
| 9 | 12/03/2010 Email from Bill Crane to Farzad Rastegar | 402 |
| 10 | 12/24/2010 Email from Bill Crane to Farzad Rastegar | 402 |
| 11 | Answer and Counterclaims of LPE and QMI | 801, 802 |
| 12 | LPE and QMI's Objections and Responses to GSL's First Set of Interrogatories | 402, 403 |
| 16 | 04/02/2010 Email from Devin Kelly to Bill Crane (and attachment) | 402 |
| 17 | 1/12/2011 Email from Bill Crane to Farzad Rastegar | 402 |
| 18 | 01/23/2011 Email from Heini Wellmann to Farzad Rastegar | 402 |
| 19 | 01/23/2011 Email from Heini Wellmann to Hank Barry and Jeff Martin (and attachment) | 402 |
| 20 | 04/28/2011 Email from Bill Crane to Heini Wellmann | 402 |
| 21 | 09/28/2010 Email from Bill Crane to Heini Wellmann and Jeff Martin (and email chain | 402 |
| 22 | 01/17/2012 Email from Bill Crane to Farzad Rastegar | 402 |
| 23 | Document titled Barclays Business Internet Banking | 402, 801, 802, 901 |
| 26 | Document titled Indicative Offer for Laser Design Rights | 402, 403, 801, 802 |
| 27 | Notice of Deposition of Quarter Moon, Incorporated Pursuant to 30(b)(6) | 402, 403 |
| 28 | Notice of Deposition of LaserPerformance (Europe) Pursuant to 30(b)(6) | 402, 403 |
| 29 | Answer and Counterclaims of LPE and QMI | 402, 403 |
| 30 | 1983 Agreement | 403 (BK-14) |
| 33 | Agreement dated November 11, 2005 | 106 |
| 35 | Conference Memorandum dated September 4, 2014 | 402, 403 |
| 54 | Document titled Bill Crane - LinkedIn | 801, 802 |
| 55 | 02/27/2010 Email from Bill Crane to Clara Tong | 402 |
| 56 | LPE and QMI's Objections and Responses to GSL's First Set of Interrogatories | 403 |
| 58 | Document titled Summary of Adjustments to Royalty Calculations | 106, 402, 801, 802, 901 |
| 59 | Document titled LPE Royalty Statement | 106, 402, 801, 802, 901 |
| 60 | Document titled Vanguard Sailboats Royalty Payment | 106, 402, 801, 802, 901 |
| 61 | 3/4/09 Email from Bill Crane to Daryl Webb (and email chain) | 402 |
| 62 | 02/17/2010 Email from Bill Crane to Devin Kelly and Matthew Abrahams(and email chain) | 402 |
| 63 | 04/02/2010 Email from Devin Kelly to Bill Crane (and attachment) | 403 (BK-16) |
| 64 | Defendants' Initial Disclosures | 402, 801, 802 |
| 66 | 12/08/2011 Email from Bill Crane to Tom Rosoman (and email chain) | 402 |
| 67 | 03/23/2011 Email from Farzad Rastegar to Chris Spencer (and email chain) | 402 |
| 68 | 12/09/2010 Email from Matthew Anrahams to Farzad Rastegar (and email chain) | 402 |
| 69 | 03/06/2010 Email from Farzad Rastegar to Devin Kelly | 402 |
| 70 | 04/03/2010 Email from Heini Wellmann to Bil Crane (and email chain) | 402 |

| 71 | 06/16/2010 Email from Bill Crane to Farzad Rastegar (and email chain) | 106, 402 |
|---|---|---|
| 73 | First Amended Complaint and Exhibits | 402, 801, 802 |
| 74 | Document titled Intellectual Property Purchase and License Agreement | 106 |
| 92 | Document titled Damage Determination Analysis | 801, 802 |
| 101 | Document titled Indicative Offer for Laser Design Rights | 402, 403 |
| 102 | Schedules to Document titled Indicative Offer for Laser Design Rights | 106, 402, 403, 901 |
| 103 | 05/30/2007 Letter from Wesley Whitmyer to Edward Kotite | 402 |
| 104 | Attachment to BK-103 (Document titled Intellectual Property Purchase and License Agreement) | 106, 402, 403 |
| 105 | Attachment to BK-103 (Document titled Assignment) | 106, 402, 403 |
| 106 | Sailing World article - April 2007 | 402, 801, 802 |
| 107 | USPTO Trademark Electronic Search System - BRUCE KIRBY trademark | 801, 802 |
| 112 | 04/27/2010 Letter from Wesley Whitmyer to Alice Gould | 402, 801, 802 |
| 114 | 03/08/2010 Letter from Howard Spencer and Bruce Kirby to Jeff Martin | 402 |
| 115 | 05/12/2010 Letter from Wesley Whitmyer to Alice Gould | 402 |
| 124 | Document titled Royalties Outstanding | 402, 801, 802 |
| 125 | Document titled Stipulation | 402, 801, 802 |
| 126 | QMI Responses to BKI's Interrogatories - 17-CV-01389-JAM | 402 |
| 127 | Farzad Rastegar Responses to BKI's Interrogatories - 17-CV-01389-JAM | 402, 403, 801, 802 |
| 128 | LaserPerformance LLC's Responses to BKI's Interrogatories 17-CV-01389-JAM | 402, 403, 801, 802 |
| 129 | Dory Ventures, LLC's Responses to BKI's Interrogatories - 17-CV-01389-JAM | 402, 403, 801, 802 |
| 131 | 08/23/2017 Email from Bill Crane to Farzad Rastegar | 402 |
| 132 | 08/01/2017 Email from Bo Williams to Brent Richards | 402 |
| 133 | 08/01/2017 Email from Brent Richards to Bo Williams | 402 |
| 134 | 07/17/2017 Email from Basecamp to Christopher Anto | 402 |
| 135 | 07/10/2017 Email from Basecamp to Christopher Anto | 402 |
| 136 | 06/26/2017 Email from Basecamp to Christopher Anto | 402 |
| 137 | 07/03/2017 Email from Basecamp to Christopher Anto | 402 |
| 138 | 07/24/2017 Email from Basecamp to Christopher Anto | 402 |
| 139 | 04/12/2013 Email from James Lund-Lack to Bahman Kia and Christopher Anto | 402 |
| 140 | 06/23/2017 Email from Tick to Christopher Anto | 402 |
| 141 | 04/12/2013 Email from Christopher Anto to James Lund-Lack | 402, 403 |
| 142 | Document bearing Bates No. LP00116 | 402, 403 |
| 143 | 08/23/2017 Email from Peter Collins to Simon Ogden, John Leach, and Joel Chadwick | 402, 403 |
| 144 | 08/23/2017 Email from Peter Collins to Simon Ogden, John Leach, and Joel Chadwick | 402, 403 |
| 145 | 06/22/2017 Email from Chris Anto to Allen Steffen | 402, 403 |
| 146 | 06/23/2017 Email from Chris Anto to Allen Steffen | 402, 403 |
| 147 | 06/22/2017 Email from Chris Anto to Timothy Stacy | 402, 403 |
| 148 | 06/23/2017 Email from Chris Anto to Timothy Stacy | 402, 403 |
| 149 | 09/02/2016 Email from Tony Kwan to Farzad Rastegar | 402, 403 |
| 150 | 09/03/2016 Email from Farzad Rastegar to Tony Kwan | 402, 403 |
| 151 | 09/02/2016 Email from Tony Kwan to Farzad Rastegar | 402, 403 |
| 152 | Website Screenshot | 402 |
| 153 | Website Screenshot | 402 |
| 154 | Website Screenshot | 402 |
| 155 | Website Screenshot | 402 |
| 156 | Website Screenshot | 402 |
| 157 | Website Screenshot | 402, 403 |
| 159 | Popular Science article - Spring 2019 | 402, 801, 802 |
| 160 | Sailing World article - Spring 2019 | 402, 801, 802 |

| 161 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories to LPE | 402, 403 |
|---|---|---|
| 162 | LPE's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories | 402, 403 |
| 163 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories to QMI | 402, 403 |
| 164 | QMI's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories | 402, 403 |
| 165 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Requests for Production to LPE | 402, 403 |
| 166 | LPE's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Production | 402, 403 |
| 167 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Requests for Production to LPE | 402, 403 |
| 168 | QMI's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Production | 402, 403 |
| 169 | Bruce Kirby and Bruce Kirby, Inc.'s Notice of Deposition of LPE | 402, 403 |
| 170 | Bruce Kirby and Bruce Kirby, Inc.'s Notice of Deposition of QMI | 402, 403 |
| 171 | Document titled Business Corporation Annual Report | 801, 802 |
| 172 | Document titled QUARTER MOON, INCORPORATED Summary Screen | 801, 802 |
| 173 | Document titled Dun & Bradstreet Business Records Family Tree Report | 801, 802 |
| 174 | Document titled Dun & Bradstreet Business Records Family Member Profile | 403, 801, 802 |
| 175 | Defendant Dory Ventures, LLC's Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) | 402, 403 |
| 176 | Defendant LaserPerformance, LLC's Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) | 402, 403 |
| 177 | Defendant Quarter Moon, Inc.'s Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) | 402, 403 |
| 178 | Defendant LaserPerformance (Europe) Ltd.'s Objections and Responses to GSL's First Set of Interrogatories (Nos. | 402, 403 |
| 179 | Certification of LaserPerformance (Europe) Ltd.'s Objections and Responses to GSL's First Set of Interrogatories | 402, 403 |
| 180 | Defendant Farzad Rastegar's Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) | 402, 403, 801, 802 |
| 181 | Certification of Farzad Rastegar's Objections and Responses to GSL's First Set of Interrogatories | 402, 403, 801, 802 |
| 182 | Defendant Quarter Moon, Inc.'s Objections and Responses to GSL's First Set of Requests for Admission | 402, 403 |
| 183 | Defendant LaserPerformance (Europe) Ltd.'s Objections and Responses to GSL's First Set of Requests for Admission | 402, 403 |
| 184 | Karaya (Jersey) Limited's Motion for Summary Judgment | 402, 801, 802 |
| 185 | Declaration of William Crane dated March 28, 2014 | 402, 801, 802 |
| 186 | Defendants' Memorandum of Law in Opp. to Motion to Strike & Supp. Decl. of William Crane dated May 8, 2014 | 402 |
| 187 | Document titled Bill History Recap | 402, 801, 802, 901 |
| 188 | Appendix D to BK 92 | 402, 801, 802 |
| 189 | Document titled Meeting of the Board of Directors Quarter Moon, Incorporated | 402, 403 |
| 190 | Document titled Meeting of the Board of Directors Quarter Moon, Incorporated | 402, 403 |
| 191 | Document titled Meeting of the Board of Directors Quarter Moon, Incorporated | 402, 403 |
| 192 | 05/10/2018 Email from Skalka to Schiller | 801, 802, 402, 403 |
| 193 | 05/12/2013 Email from Bill Crane to Farzad Rastegar | 402, 403 |

| 194 | 04/29/2013 Email from Christopher Tunstall to James Lund-Lack | 801, 802 |
|---|---|---|
| 195 | 03/12/2013 Email from James Lund-Lack to Bahman Kia | 801, 802, 401, 403; produced in error and protected from discovery by F.R.C.P. Rule 26(b)(3)(A) as materials prepared in anticipation of litigation by or for a party or its representative |
| 196 | 06/18/2013 Email from James Lund-Lack to Bahman Kia | 801, 802, 401, 403 |
| 197 | WITHDRAWN | |

**SCHEDULE B (Supplement)**

**DEFENDANTS' OBJECTIONS TO ADDITIONAL PROPOSED EXHIBITS OF
PLAINTIFFS' BRUCE KIRBY AND BRUCE KIRBY, INC.**

| **BK Exhibit** | **Basis for Objection (Federal Rules of Evidence)** |
|---|---|
| 198 | 403 (see BK-94) |
| 199 | 402, 403 |
| 200 | 502 |
| 201 | 403 (see BK-212) |
| 204 | 403 (see BK-213) |
| 206 | 403 (see BK-208, BK-209) |
| 208 | 403 (see BK-206, BK-209) |
| 209 | 403 (see BK-206, BK-208) |
| 212 | 403 (see BK-201) |
| 213 | 403 (see BK-204) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC., and BRUCE KIRBY<br><br>     Plaintiffs,<br><br>        vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED, QUARTER MOON, INCORPORATED | Civil Action No. 3:13-cv-00297-JAM |

## PLAINTIFFS BRUCE KIRBY AND BRUCE KIRBY, INC.'S BRIEF COUNTER-STATEMENT TO DEFENDANTS' OBJECTIONS TO EXHIBITS

Pursuant to Judge Meyer's Instructions For Joint Trial Memorandum, Plaintiffs Bruce Kirby and Bruce Kirby, Inc. (individually and collectively, "Kirby") provides its brief counter-statement to Defendants Quarter Moon, Inc. and LaserPerformance (Europe) Limited's (individually and collectively, "LP") objections to Kirby's exhibits.

As set forth in more detail below, LP's objections to Kirby's exhibits are meritless and should be overruled.

## Exhibits Related to the "Kirby Fishing Set" (Exhibits BK 136 – 157)

LP objects to the admission of these documents based on relevance. However, Defendants stipulated that Kirby could introduce this information ***into*** evidence at trial and ***use*** the evidence for any purpose allowable under the Federal Rules of Evidence. (*See* Ex. A.) Accordingly, LP already stipulated that BK 136 – 157 are relevant and may be entered into evidence.

## Objections as to Relevance Under 402 (Exhibits BK-1-3, 6-10, 12, 16-23, 26, 35, 55, 58-62, 64, 66-71, 73, 101-106, 112, 114, 115, 124, 125, 159-170, 175-188, 193, 195, 196, and 199)

LP objects to the admission of these documents on the basis of relevance, alleging that the documents are not relevant or "relate to events post-dating the alleged trademark infringement."

The foregoing exhibits are relevant to Kirby's claims under Federal Rule of Evidence 401 as they relate to at least (1) the Laser Class Rules and their requiring the use of the BRUCE KIRBY trademark, (2) LP's involvement in changing the Laser Class Rules to no longer require the BRUCE KIRBY trademark and Kirby's name, (3) the date LP stopped paying royalties, (4) LP's willfulness, (5) LP's termination, (6) the Plaques, (7) Kirby's fame, (8) LP's corporate structure, (9) QMI's sales, (10) punitive damages.

Furthermore, evidence is not rendered irrelevant merely because it may "post-dates" a defendant's trademark infringement.

Accordingly, the Court should overrule Defendants' objection as to the relevance of these exhibits.

**Objections as to Hearsay Under 801 and 802 (Exhibits BK-11, 23, 26, 54, 58, 59, 60, 64, 73, 92, 106, 107, 112, 124, 125, 127, 129, 159, 160, 171 – 174, 180, 181, 184, 185, 187 and 188)**

LP objects to the admission of these documents on the basis of hearsay. The foregoing documents are not hearsay for at least the foregoing reasons:

| | |
|---|---|
| BK-11 | Not hearsay, FRE 801(d) |
| BK-23 | Not hearsay, FRE 801, 803 |
| BK-26 | Not hearsay, FRE 801(d) |
| BK-54 | Not hearsay, FRE 801(d) |
| BK-58 | Not hearsay, FRE 801(d), FRE 803(6) |
| BK-59 | Not hearsay, FRE 801(d), FRE 803(6) |
| BK-60 | Not hearsay, FRE 801(d), FRE 803(6) |
| BK-64 | Not hearsay, FRE 801(d) |
| BK-73 | Not hearsay, FRE 801, 803 |
| BK-92 | Not hearsay, FRE 801, 803 |
| BK-106 | Not hearsay as not offered to prove the truth of the matter asserted. |

1

| BK-107 | Not hearsay, governmental record, FRE 803(6), FRE 807 |
|---|---|
| BK-112 | Not hearsay, FRE 801, 803 |
| BK-124 | Not hearsay, FRE 801(d), FRE 803(6) |
| BK-125 | Not hearsay, FRE 801(d), Stipulation (Ex. A.) |
| BK-127 | Not hearsay, FRE 801(d), Stipulation (Ex. A.) |
| BK-129 | Not hearsay, FRE 801(d), Stipulation (Ex. A.) |
| BK-159 | Not hearsay as not offered to prove the truth of the matter asserted. |
| BK-160 | Not hearsay as not offered to prove the truth of the matter asserted. |
| BK-171 | Not hearsay as governmental record, FRE 803(6) FRE 807 |
| BK-172 | Not hearsay as governmental record, FRE 803(6), FRE 807 |
| BK-173 | Not hearsay, FRE 807 |
| BK-174 | Not hearsay, FRE 807 |
| BK-180 | Not hearsay, FRE 801(d) |
| BK-184 | Not hearsay, FRE 801(d) |
| BK-185 | Not hearsay, FRE 801(d) |
| BK-187 | Not hearsay, FRE 803(6), FRE 1006, will be authenticated at trial. |
| BK-188 | Not hearsay, FRE 803(6), FRE 1006, will be authenticated at trial. |
| BK-192 | Not hearsay, FRE 801(d) |
| BK-194 | Not hearsay, FRE 801(d) |
| BK-195 | Not hearsay, FRE 801(d) |
| BK-196 | Not hearsay, FRE 801(d) |

**Objections as being Duplicative, Redundant, Misleading or Confusing (Exhibits BK-1, 12, 27, 28, 29, 30, 56, 63, 101, 102, 104, 105, 127, 129, 161 – 170, 174-183, 189-193, 195,196, 198, 199, 201, 204, 206, 208, 209, 212, 213)**

Defendants object to the foregoing exhibits as being duplicative and redundant of other proposed exhibits as well as misleading or likely to confuse the issues. Fed. R. Evid. 403.

The probative value of the foregoing exhibits is not probative "substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." *Id.*

The foregoing exhibits add substantial probative value to the issues of at least (1) the Laser Class Rules and their requiring the use of the BRUCE KIRBY trademark, (2) LP's

involvement in changing the Laser Class Rules to no longer require the BRUCE KIRBY trademark and Kirby's name, (3) the date LP stopped paying royalties, (4) LP's willfulness, (5) LP's termination, (6) the Plaques, (7) Kirby's fame, (8) LP's corporate structure, (9) QMI's sales, (10) punitive damages.

Accordingly, Kirby respectfully requests that the Court overrule LP's objections.

## Objections for Incomplete Documents (Exhibits BK-33, 58, 59, 60, 71, 74, 102, 104, 105)

Defendants object to the foregoing exhibits as being incomplete or draft documents under Federal Rule of Evidence 106. Defendants' objection does not require exclude as under Rule 106 "an adverse party may require the introduction, at that time, of any other part — or any other writing or recorded statement — that in fairness ought to be considered at the same time."

There is no basis to exclude the foregoing exhibits.

## Objections as to lack of Authentication (Exhibits BK-23, 32, 58, 59, 60, 102 and 187)

Defendants identify the foregoing exhibits as lacking authentication. Defendants are wrong and any lack of authentication will be remedied at trial in any event.

Moreover, BK-23, 32, 58, 59, and 60 were produced by Defendants or inquired about during Defendants' deposition.

## Objections as to Attorney-Client Privilege and Work Product Under FRE 502

Defendants identify exhibit BK-200 as being objected to under FRE 502. To the extent that Plaintiffs understand Defendants' objection, Plaintiffs note that Defendants produced this exhibit as LP04512-13 during discovery and have not alleged that this was an inadvertent disclosure. Moreover, the only portion of BK-200 that appears to be a communication with counsel is the last email, which forwarded the chain to S. Allentuch, Esq. without comment. Communications between Christopher Tunstall and Bill Crane are not privileged.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



BRUCE KIRBY, INC.

       Plaintiff,

       vs.

QUARTER MOON, INCORPORATED,
DORY VENTURES LLC
LASERPERFORMANCE LLC and
FARZAD RASTEGAR,

       Defendants.

Civil Action No. 3:17-CV-01389-JAM

## STIPULATION

WHEREAS, on March 4, 2013, Plaintiff Bruce Kirby, Inc. ("BKI") filed a complaint against Quarter Moon, Inc. ("Quarter Moon"), LaserPerformance (Europe) Limited ("LPE"), and Farzad Rastegar ("Rastegar"), among other defendants, alleging infringement of U.S. Trademark Registration No. 3,532,451 ("the BK Mark"), among other claims. (*See Bruce Kirby et al. v. LaserPerformance (Europe) Limited et al.*, Civil Action No. 3:13-cv-00297 ("the 2013 Action")).

WHEREAS, on April 30, 2013, BKI filed a First Amended Complaint in the 2013 Action.

WHEREAS, on August 16, 2017, BKI filed a complaint (Dkt. 1) against, Quarter Moon, Dory Ventures, LLC ("Dory"), LaserPerformance LLC ("LP") and Rastegar (collectively, "Defendants") alleging infringement of the BK Mark, among other claims ("the 2017 Action").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that in the 2013 Action BKI may introduce into evidence at trial in the 2013 Action, collectively or separately, Defendants' admissions to the Requests for Admission

below, each of which may be used for any purposes allowable under the Federal Rules of

Evidence:

1.  Admitted that BKI is the owner of U.S. Trademark Registration No. 3,532,451 for BRUCE KIRBY® for boats, in class 12 (US cls 19, 21, 23, 31, 35 and 44

2.  Admitted that Defendants became knowledgeable of the BK Mark at least as early as the filing of the complaint in the 2013 Action on March 4, 2013;

3.  Admitted that, at least as early as August 1, 2017, LaserPerformance LLC began marketing, promoting, and offering for sale a "Kirby Fishing Set" on the following two websites, which are accessible in North America and Europe, respectively laserperformance.com.us and http://www.laserperformance.uk/ ("the Websites");

4.  Admitted that the "Kirby Fishing Set" as marketed on the Websites included an aluminum fishing boat;

5.  Admitted that Defendants never sold and did not intend to sell a "Kirby Fishing Set" in the United States of America;

6.  Admitted that Dory Ventures, LLC provided marketing services to LaserPerformance LLC as a service provider under service agreements between Dory Ventures, LLC and LaserPerformance, LLC and which services were utilized by LaserPerformance LLC in putting "Kirby Fishing Set" on the Websites;

7.  Admitted that Farzad Rastegar is the Executive Director of Dory Ventures, LLC and has held this position since 2004;

8.  Admitted that LaserPerformance LLC is a wholly-owned subsidiary of Quarter Moon, Inc.;

9.  Admitted that the Websites are operated and controlled, at least in part, by LaserPerformance LLC;

10. Admitted that LaserPerformance LLC is a Delaware limited liability company authorized to do business in Connecticut and;

11. Admitted that, BKI never authorized Defendants to market, promote, sell the "Kirby Fishing Set," on the Websites or otherwise;

12. Admitted that Defendants did not receive a cease and desist letter from BKI before the commencement of this action;

13. Admitted that the Defendants have alleged that Velum, Ltd. is an affiliate of Quarter Moon, Inc. and Laser Performance, LLC, and further allege Velum, Ltd. is the owner of trademark registrations for Kirby on boats in China, European Union, Germany, Italy, Russia, Spain, and Switzerland.

IT IS FURTHER STIPULATED AND AGREED that fact discovery will be re-opened for the limited purpose for BKI to produce Exhibits A-E attached hereto in the 2013 Action, which may be entered into evidence at trial in the 2013 Action, collectively or separately, and be used for any purpose allowable under the Federal Rules of Evidence.

IT IS FURTHER STIPULATED AND AGREED that fact discovery will be re-opened for the limited purpose for Defendants to produce Exhibits 1-23 in the 2013 Action, which may be entered into evidence at trial in the 2013 Action, collectively or separately, and be used for any purpose allowable under the Federal Rules of Evidence.

IT IS FURTHER STIPULATED AND AGREED that fact discovery will be re-opened for the limited purpose for BKI or Defendants to produce the Defendants' interrogatory responses attached hereto in the 2013 action, which may be entered into evidence at trial in the 2013 Action, collectively or separately, and be used for any purpose allowable under the Federal Rules of Evidence.

PURSUANT TO THE FOREGOING, it is further stipulated and agreed that within five (5) business days following BKI and Defendants' endorsement of this Stipulation, BKI will dismiss the 2017 Action with prejudice.  Each party is to bear its own costs and fees.

Dated: March 4, 2019

WHITMYER IP GROUP LLC

By: _____
Wesley W. Whitmyer, Jr., ct03509
Walter B. Welsh, ct01220
Benjamin N. Luehrs, phv08980
  litigation@whipgroup.com
  wwelsh@whipgroup.com
  bluehrs@whipgroup.com
600 Summer Street

NEUBERT, PEPE & MONTEITH, P.C.

By: _____
Douglas S. Skalka ct00616
Peter T. Fay ct08122
  dskalka@npmlaw.com
  pfay@npmlaw.com
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000

3

Stamford, CT 06901
(203) 703-0800

*Attorneys for Plaintiff*
*Bruce Kirby, Inc.*

*Attorneys for Defendants*
*Quarter Moon, Inc.*
*Dory Ventures LLC*
*LaserPerformance LLC and*
*Farzad Rastegar*

4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

BRUCE KIRBY, INC., and
BRUCE KIRBY

    Plaintiffs,

        vs.

LASERPERFORMANCE (EUROPE) LIMITED,
QUARTER MOON, INCORPORATED

Civil Action No. 3:13-cv-00297-JAM

## CERTIFICATE OF SERVICE

    I hereby certify that on February 9, 2020, a copy of foregoing **UPDATED APPENDIX 3 TO JOINT TRIAL MEMORANDUM** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date: February 09, 2020

By:/s Benjamin N. Luehrs
Wesley W. Whitmyer, Jr. (ct03509)
Benjamin N. Luehrs (phv08980)
Walter B. Welsh (ct27210)
Whitmyer IP Group LLC
600 Summer Street
Stamford, Ct 06901
Tel.  203-703-0800
Fax: 203-703-0801
litigation@whipgroup.com
bluehrs@whipgroup.com
wwelsh@whipgroup.com

*Counsel for Plaintiffs Bruce Kirby and Bruce Kirby, Inc.*