HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK: Y. Gutierrez     RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: 6 hours 51 minutes

DATE: 2/10/2020    START TIME: 8:34 AM    END TIME: 4:20 PM

LUNCH RECESS   FROM: 12:03 PM   TO: 12:58 PM

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:13-cv-00297-JAM

Bruce Kirby, Inc.

vs

LaserPerformance (Europe) Limited, et al.

Benjamin N. Luehrs, Robert Devin Keeler
Plaintiff's Counsel

Peter T. Fay, Robert B. Flynn
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of 7 reported. [✓] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 2/11/2020 at 8:30 AM
- [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ...# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____