Civil-Trial (3/7/2011)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK: Y. Gutierrez
RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: 4 hours 01 minutes
DATE: 2/11/2020   START TIME: 8:41 AM   END TIME: 2:10 PM
LUNCH RECESS   FROM: 11:32 AM   TO: 1:00 PM
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:13-cv-00297-JAM

Bruce Kirby, Inc.

vs

LaserPerformance (Europe) Limited, et al.

Benjamin N. Luehrs, Robert Devin Keeler
Plaintiff's Counsel

Peter T. Fay, Robert B. Flynn
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of 7 reported. [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 2/13/2020 at 8:30 AM
- [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [✓] Charge Conference scheduled 2/12/2020 at 10:30 AM   [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [✓] Plaintiff(s) rests [✓] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____