HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK: Y. Gutierrez         RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: ___ hours  35 minutes

DATE: 2/14/2020    START TIME: 9:32 AM    END TIME: 2:16 PM

LUNCH RECESS  FROM: ___ TO: ___

RECESS (if more than ½ hr) FROM: 9:34 AM  TO: 1:06 PM

FROM: 1:25 PM   TO: 2:02 PM

CIVIL NO. 3:13-cv-00297-JAM

Bruce Kirby, Inc.

vs

LaserPerformance (Europe) Limited, et al.

Benjamin N. Luehrs, Robert Devin Keeler
Plaintiff's Counsel

Peter T. Fay, Robert B. Flynn
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of __6__ reported.  [ ] Jury sworn
- [✓] Juror # __5__ excused.
- [ ] Jury Trial held  [ ] Jury Trial continued until ___ at ___
- [ ] [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until ___
- [ ] Court Trial concluded  [ ] DECISION RESERVED
- [ ] ....#___ Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] ....#___ Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] ....#___ Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] ....#___ Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests  [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf ___ [ ] Deft ___ [ ] Reply ___
- [ ] [ ] Summations held  [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [✓] Jury commences deliberations at 9:00 AM
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [✓] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☑ ......... Verdict Form filed

☑ ......... VERDICT: _for Plaintiff_

☑ ......... Court accepts verdict and orders verdict verified and recorded

☑ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS