UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE KIRBY, INC. *et al.*,
    *Plaintiffs,*

v.

LASERPERFORMANCE (EUROPE) LIMITED *et al.*,
    *Defendants.*

No. 3:13-cv-00297 (JAM)
No. 3:17-cv-01158 (JAM) (consol.)

# JURY VERDICT FORM

We, the jury, unanimously find:

## LIABILITY ISSUES

### LIABILITY FOR COUNT ONE – TRADEMARK INFRINGEMENT

1. **Trademark infringement.** Has Bruce Kirby Inc. proved by a preponderance of the evidence that Quarter Moon, Inc. infringed on the BRUCE KIRBY trademark?

   Yes ✓    No ___

2. **Trademark infringement by means of counterfeit trademark.** If you answered "Yes" to Question #1, has Bruce Kirby Inc. proved by a preponderance of the evidence that Quarter Moon, Inc. infringed on the BRUCE KIRBY trademark by using a counterfeit mark?

   Yes ___    No ✓

3. **Fair use defense to trademark infringement.** If you answered "Yes" to Question #1, has defendant Quarter Moon, Inc. proved by a preponderance of the evidence its fair use defense?

   Yes ___    No ✓

4. **Willful trademark infringement.** If you answered "Yes" to Question #1 and "No" to Question #3, has Bruce Kirby Inc. proved by a preponderance of the evidence that Quarter Moon, Inc. willfully infringed the BRUCE KIRBY trademark?

   Yes ✓    No ___

## DAMAGES ISSUES

*Do not consider damages unless you have concluded that liability has been established for at least one of the three liability counts above. Any damages that you may award must not allow the same plaintiff a double recovery arising from the same act for which a defendant may be liable.*

### DAMAGES FOR COUNTS ONE AND TWO – TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN

1. **Predicate finding of willfulness.** Has Bruce Kirby Inc. proved willful trademark infringement or false designation of origin?

    Yes ✓    No ___

2. **Unjust enrichment.** Has Bruce Kirby Inc. proved that Quarter Moon, Inc. was unjustly enriched from engaging in willful trademark infringement or false designation of origin?

    Yes ✓    No ___

3. **Deterrence.** Has Bruce Kirby Inc. proved that there is a need to deter Quarter Moon, Inc. or others from engaging in willful trademark infringement or false designation of origin again?

    Yes ✓    No ___

4. **Calculation of damages.** If you answered "Yes" to the Predicate Finding Question #1 above *and* "Yes" to either Question #2 (unjust enrichment) *or* Question #3 (deterrence), or both, what profits do you award against Quarter Moon, Inc. in favor of Bruce Kirby Inc.?

    $ 4,337,157.49

5. **Nominal damages.** If you answered "No" to Questions #1, Question #2, and Question #3 above, do you choose to award nominal damages in the amount of $1 against Quarter Moon, Inc. in favor of Bruce Kirby Inc.?

    Yes ___    No ___

## ALL YOUR ANSWERS MUST BE UNANIMOUS

Please double check the accuracy and consistency of your answers to the questions above, and then sign and date this verdict form.

/s/
Foreperson

2/14/2020
Date

*Please note that the signature of the Foreperson will be redacted in official court records in order to protect against public disclosure of the Foreperson's name.*

5