AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

| Bruce Kirby, Inc. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| LaserPerformance (Europe) Limite | Case Number: 3:13-cv-00297-JAM |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Jeffery Alker Meyer | Benjamin Luehrs, Robert Keeler | Peter T. Fay, Robert B. Flynn |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/10/2020 -2/14/2020 | Diana Huntington | Yelena Gutierrez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 2/10/2020 | | | Witness Bruce Kirby, Norwalk, CT |
| X | | 2/10/2020 | | | Witness William Crane, Darien, CT |
| X | | 2/11/2020 | | | Witness Joe DeCusati, New Haven, CT |
| X | | 2/11/2020 | | | Witness William Crane, Darien, CT |
| X | | 2/11/2020 | | | Witness William F. Murray, Westport, CT |
| | | 2/13/2020 | | | Court Exhibit #1 Juror Note |
| | | 2/13/2020 | | | Court Exhibit #2 Juror Note |
| | | 2/14/2020 | | | Court Exhibit #3 Juror Note |
| | | 2/14/2020 | | | Court Exhibit #4 Juror Note |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages