# Amended List of Exhibits of Bruce Kirby and Bruce Kirby, Inc.

|  |  |  |
|---|---|---|
|  | BK-1 | 03/18/2014 Subpoena for Documents from Farzad Rastegar |
|  | BK-2 | 04/01/2010 Email from Farzad Rastegar to Heini Wellmann (and email chain) |
|  | BK-3 | 01/11/2012 Email from Bill Crane to Heini Wellmann |
|  | BK-4 | 09/29/2011 Email from Farzad Rastegar to Bruce Kirby (and email chain) |
|  | BK-5 | 08/26/2010 Email from Farzad Rastegar to Peter Hedge and Bill Crane (and email chain) |
|  | BK-6 | 11/15/2010 Email from Farzad Rastegar to Bill Crane (and email chain) |
|  | BK-7 | 03/22/2011 Email Chris Spencer to Farzad Rastegar |
|  | BK-8 | 09/29/2011 Email from Bill Crane to Farzad Rastegar and Doug Metchick (and email chain) |
|  | BK-9 | 12/03/2010 Email from Bill Crane to Farzad Rastegar |
|  | BK-10 | 12/24/2010 Email from Bill Crane to Farzad Rastegar |
|  | BK-11 | Answer and Counterclaims of LPE and QMI |
|  | BK-12 | LPE and QMI's Objections and Responses to GSL's First Set of Interrogatories |
|  | BK-13 | Document titled Amendment to License, dated March 25, 1997 |
|  | BK-14 | 1983 Agreement |
|  | BK-15 | 07/22/2013 Email from Peter Hedge to Bahman Kia (and email chain) |
|  | BK-16 | 04/02/2010 Email from Devin Kelly to Bill Crane (and attachment) |
|  | BK-17 | 01/12/2011 Email from Bill Crane to Farzad Rastegar |
| FULL 2/10/2020 | BK-18 | 01/23/2011 Email from Heini Wellmann to Farzad Rastegar |
| FULL 2/10/2020 | BK-19 | 01/23/2011 Email from Heini Wellmann to Hank Barry and Jeff Martin (and attachment) |
|  | BK-20 | 04/28/2011 Email from Bill Crane to Heini Wellmann |
|  | BK-21 | 09/28/2010 Email from Bill Crane to Heini Wellmann and Jeff Martin (and email chain) |
|  | BK-22 | 01/17/2012 Email from Bill Crane to Farzad Rastegar |
|  | BK-23 | Document titled Barclays Business Internet Banking |
|  | BK-24 | 10/13/2011 Email from Bill Crane to Tom Rosoman, Lo Libra, and Doug Metchick (and email chain) |
|  | BK-25 | 04/08/2011 Email from Bill Crane to Farzad Rastegar (and email chain) |
|  | BK-26 | Document titled Inidicative Offer for Laser Design Rights |
|  | BK-27 | Notice of Deposition of Quarter Moon, Incorporated Pursuant to 30(b)(6) |
|  | BK-28 | Notice of Deposition of LaserPerformance (Europe) Pursuant to 30(b)(6) |
|  | BK-29 | Answer and Counterclaims of LPE and QMI |
| FULL 2/10/2020 | BK-30 | 1983 Agreement |
| FULL 2/10/2020 | BK-31 | 1989 Agreement |
|  | BK-32 | Document titled Agreement relating to the International Class Boat |
| FULL 2/10/2020 | BK-33 | Agreement dated November 11, 2005 |
|  | BK-34 | Builder Plaque |
|  | BK-35 | Conference Memorandum dated September 4, 2014 |
| FULL 2/11/2020 | BK-36 | Document re Defendants sales bearing Bates Nos. LP022423-LP22473 |
| FULL 2/11/2020 | BK-37 | Document re Defendants sales bearing Bates Nos. LP022474-LP22639 |
|  | BK-38 | 01/19/2009 Letter from Chris Spencer to Vanguard Racing Sailboats |
|  | BK-39 | 01/19/2009 Letter from Chris Spencer to Performance Sailcraft Europe Limited |
|  | BK-40 | 04/03/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
|  | BK-41 | 02/12/2011 Email From International Laser Class Association to Heini Wellmann et al. (and attachment) |
|  | BK-42 | 05/10/2010 Letter from Wesley Whitmyer to Alice Gould |
|  | BK-43 | 12/13/2010 Letter from Philippe Zylberg to Wesley Whitmyer |
|  | BK-44 | 12/15/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
|  | BK-45 | 03/11/2011 Letter from Philippe Zylberg to Wesley Whitmyer |
|  | BK-46 | 03/24/2011 Letter from Jerome Pels to Wesley Whitmyer |
| FULL 2/11/2020 | BK-47 | 04/11/2011 Letter from Philippe Zylberg to Wesley Whitmyer |
|  | BK-48 | Document titled Agreement relating to Kirby Sailboat |
|  | BK-49 | 07/17/2012 Letter from Bruce Kirby and Bruce Kirby, Inc. to QMI |
|  | BK-50 | 10/11/2012 Letter from Bruce Kirby and Bruce Kirby, Inc. to LPE |
| FULL 2/10/2020 | BK-51 | 10/11/2012 Letter from Bruce Kirby and Bruce Kirby, Inc. to QMI |

**Amended List of Exhibits of Bruce Kirby and Bruce Kirby, Inc.**

| | Exhibit | Description |
|---|---|---|
| FULL 2/10/2020 | BK-52 | 11/15/2012 Letter from Bruce Kirby and Bruce Kirby, Inc. to LPE |
| | BK-53 | 03/01/2013 Letter from Bruce Kirby and Bruce Kirby, Inc. to LPE |
| | BK-54 | Document titled Bill Crane - LinkedIn |
| | BK-55 | 02/27/2010 Email from Bill Crane to Clara Tong |
| | BK-56 | LPE and QMI's Objections and Responses to GSL's First Set of Interrogatories |
| | BK-57 | 07/15/2013 Letter from QMI to Bruce Kirby |
| | BK-58 | Document titled Summary of Adjustments to Royalty Calculations |
| | BK-59 | Document titled LPE Royalty Statement |
| | BK-60 | Document titled Vanguard Sailboats Royalty Payment |
| | BK-61 | 03/04/2009 Email from Bill Crane to Daryl Webb (and email chain) |
| | BK-62 | 02/17/2010 Email from Bill Crane to Devin Kelly and Matthew Abrahams (and email chain) |
| | BK-63 | 04/02/2010 Email from Devin Kelly to Bill Crane (and attachment) |
| | BK-64 | Defendants' Initial Disclosures |
| FULL 2/10/2020 | BK-65 | 04/19/2013 Email From Bahman Kia to Daniel Pearson (and email chain) |
| | BK-66 | 12/08/2011 Email from Bill Crane to Tom Rosoman (and email chain) |
| | BK-67 | 03/23/2011 Email from Farzad Rastegar to Chris Spencer (and email chain) |
| FULL 2/11/2020 | BK-68 | 12/09/2010 Email from Matthew Anrahams to Farzad Rastegar (and email chain) |
| | BK-69 | 03/06/2010 Email from Farzad Rastegar to Devin Kelly |
| | BK-70 | 04/03/2010 Email from Heini Wellmann to Bil Crane (and email chain) |
| | BK-71 | 06/16/2010 Email from Bill Crane to Farzad Rastegar (and email chain) |
| | BK-72 | Agreement dated July 11, 1983 |
| | BK-73 | First Amended Complaint and Exhibits |
| | BK-74 | Document titled Intellectual Property Purchase and License Agreement |
| FULL 2/10/2020 | BK-83 | Document containing graphic |
| | BK-86 | Document titled Agreement Relating to the Collection of IYRU Fees |
| FULL 2/10/2020 | BK-87 | Document titled Class Rules - One Design |
| FULL 2/10/2020 | BK-88 | Document titled Laser Class Rules - One Design |
| FULL 2/10/2020 | BK-89 | ISAF Plaque |
| FULL 2/10/2020 | BK-90 | Builder Plaque |
| | BK-91 | 04/08/2013 Email from Bill Crane to Jerome Pels |
| | BK-92 | Document titled Damage Determination Analysis |
| | BK-93 | 04/23/2013 Email from James Lund-Lack to Bahman Kia and Steve Thomas |
| | BK-94 | 05/28/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
| | BK-95 | 03/03/2011 Letter from Jerome Pels to Wesley Whitmyer |
| | BK-96 | 03/01/2011 Letter from Philippe Zylberg to Wesley Whitmyer |
| | BK-97 | 10/10/2011 Letter from Philippe Zylberg to Wesley Whitmyer |
| | BK-98 | 03/01/2011 Letter from Wesley Whitmyer to Jerome Pels |
| | BK-99 | 04/25/2013 Letter from Bruce Kirby and Bruce Kirby, Inc. to QMI |
| | BK-100 | 04/04/2007 Letter from Wesley Whitmyer to John Shad |
| | BK-101 | Document titled Indicative Offer for Laser Design Rights |
| | BK-102 | Schedules to Document titled Indicative Offer for Laser Design Rights |
| | BK-103 | 05/30/2007 Letter from Wesley Whitmyer to Edward Kotite |
| | BK-104 | Attachment to BK-103 (Document titled Intellectual Property Purchase and License Agreement) |
| | BK-105 | Attachment to BK-103 (Document titled Assigment) |
| | BK-106 | Sailing World article - April 2007 |
| | BK-107 | USPTO Trademark Electronic Search System - BRUCE KIRBY trademark |
| FULL 2/10/2020 | BK-108 | Laser Construction Manual |
| FULL 2/10/2020 | BK-109 | Laser Construction Manual |
| | BK-110 | 05/12/2010 Letter from Wesley Whitmyer to Jeff Martin and Heini Wellmann |
| | BK-111 | 04/22/2010 Letter from Wesley Whitmyer to Alice Gould |
| | BK-112 | 04/27/2010 Letter from Wesley Whitmyer to Alice Gould |

**Amended List of Exhibits of Bruce Kirby and Bruce Kirby, Inc.**

|   | | |
|---|---|---|
| | BK-113 | 03/16/2010 Letter from Wesley Whitmyer to Devin Kelly |
| FULL 2/10/2020 | BK-114 | 03/08/2010 Letter from Howard Spencer and Bruce Kirby to Jeff Martin |
| | BK-115 | 05/12/2010 Letter from Wesley Whitmyer to Alice Gould |
| | BK-116 | 03/12/2010 Letter from Wesley Whitmyer to Jeff Martin |
| | BK-117 | 03/05/2010 Letter from Wesley Whitmyer to Devin Kelly |
| | BK-118 | 12/07/2010 Letter from Wesley Whitmyer to Farzad Rastegar |
| | BK-119 | 02/17/2011 Letter from Bruce Kirby and Bruce Kirby, Inc. to QMI |
| | BK-120 | 02/10/2011 Letter from Wesley Whitmyer to Phillippe Zylberg |
| | BK-121 | Document titled Rule Change |
| | BK-122 | 04/22/2010 Letter from Wesley Whitmyer to Alice Gould |
| | BK-123 | 04/03/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
| | BK-124 | Document titled Royalties Outstanding |
| | BK-125 | Document titled Stipulation |
| | BK-126 | QMI Responses to BKI's Interrogatories - 17-CV-01389-JAM |
| | BK-127 | Farzard Rastegar Responses to BKI's Interrogatories - 17-CV-01389-JAM |
| | BK-128 | LaserPeformance LLC's Responses to BKI's Interrogatories - 17-CV-01389-JAM |
| | BK-129 | Dory Ventures, LLC's Responses to BKI's Interrogatories - 17-CV-01389-JAM |
| | BK-131 | 08/23/2017 Email from Bill Crane to Farzad Rastegar |
| | BK-132 | 08/01/2017 Email from Bo Williams to Brent Richards |
| | BK-133 | 08/01/2017 Email from Brent Richards to Bo Williams |
| | BK-134 | 07/17/2017 Email from Basecamp to Christopher Anto |
| | BK-135 | 07/10/2017 Email from Basecamp to Christopher Anto |
| | BK-136 | 06/26/2017 Email from Basecamp to Christopher Anto |
| | BK-137 | 07/03/2017 Email from Basecamp to Christopher Anto |
| | BK-138 | 07/24/2017 Email from Basecamp to Christopher Anto |
| | BK-139 | 04/12/2013 Email from James Lund-Lack to Bahman Kia and Christopher Anto |
| | BK-140 | 06/23/2017 Email from Tick to Christopher Anto |
| | BK-141 | 04/12/2013 Email from Christopher Anto to James Lund-Lack |
| | BK-142 | Document bearing Bates No. LP0016 |
| | BK-143 | 08/23/2017 Email from Peter Collins to Simon Ogden, John Leach, and Joel Chadwick |
| | BK-144 | 08/23/2017 Email from Peter Collins to Simon Ogden, John Leach, and Joel Chadwick |
| | BK-145 | 06/22/2017 Email from Chris Anto to Allen Steffen |
| | BK-146 | 06/23/2017 Email from Chris Anto to Allen Steffen |
| | BK-147 | 06/22/2017 Email from Chris Anto to Timothy Stacy |
| | BK-148 | 06/23/2017 Email from Chris Anto to Timothy Stacy |
| | BK-149 | 09/02/2016 Email from Tony Kwan to Farzad Rastegar |
| | BK-150 | 09/03/2016 Email from Farzad Rastegar to Tony Kwan |
| | BK-151 | 09/02/2016 Email from Tony Kwan to Farzad Rastegar |
| | BK-152 | Website Screenshot |
| | BK-153 | Website Screenshot |
| | BK-154 | Website Screenshot |
| | BK-155 | Website Screenshot |
| | BK-156 | Website Screenshot |
| | BK-157 | Website Screenshot |
| FULL 2/10/2020 | BK-158 | Trademark Registration No. 3,532,451 |
| | BK-159 | Popular Science article - Spring 2019 |
| | BK-160 | Sailing World article - Spring 2019 |
| | BK-161 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories to LPE |
| | BK-162 | LPE's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories |
| | BK-163 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories to QMI |
| | BK-164 | QMI's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Interrogatories |

**Amended List of Exhibits of Bruce Kirby and Bruce Kirby, Inc.**

| | | |
|---|---|---|
| | BK-165 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Requests for Production to LPE |
| | BK-166 | LPE's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Production |
| | BK-167 | Bruce Kirby and Bruce Kirby, Inc.'s First Set of Requests for Production to LPE |
| | BK-168 | QMI's Responses and Objections to Bruce Kirby and Bruce Kirby, Inc.'s First Set of Production |
| | BK-169 | Bruce Kirby and Bruce Kirby, Inc.'s Notice of Deposition of LPE |
| | BK-170 | Bruce Kirby and Bruce Kirby, Inc.'s Notice of Deposition of QMI |
| | BK-171 | Document titled Business Corporation Annual Report |
| | BK-172 | Document titled QUARTER MOON, INCORPORATED Summary Screen |
| | BK-173 | Document titled Dun & Bradstreet Business Records Family Tree Report |
| | BK-174 | Document titled Dun & Bradstreet Business Records Family Member Profile |
| | BK-175 | Defendant Dory Ventures, LLC's Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| | BK-176 | Defendant LaserPerformance, LLC's Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| | BK-177 | Defendant Quarter Moon, Inc.'s Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| | BK-178 | Defendant LaserPerformance (Europe) Ltd.'s Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| | BK-179 | Certification of LaserPerformance (Europe) Ltd.'s Objections and Responses to GSL's First Set of Interrogatories |
| | BK-180 | Defendant Farzad Rastegar's Objections and Responses to GSL's First Set of Interrogatories (Nos. 1 - 8) |
| | BK-181 | Certification of Farzad Rastegar's Objections and Responses to GSL's First Set of Interrogatories |
| | BK-182 | Defendant Quarter Moon, Inc.'s Objections and Responses to GSL's First Set of Requests for Admission |
| | BK-183 | Defendant LaserPerformance (Europe) Ltd.'s Objections and Responses to GSL's First Set of Requests for Admission |
| | BK-184 | Karaya (Jersey) Limited's Motion for Summary Judgment |
| | BK-185 | Declaration of William Crane dated March 28, 2014 |
| | BK-186 | Defendants' Memorandum of Law in Opp. to Motion to Strike & Supp. Decl. of William Crane dated May 8, 2014 |
| | BK-187 | Document titled Bill History Recap |
| | BK-188 | Summary of Defendants Sales |
| | BK-189 | Document titled Meeting of the Board of Directors Quarter Moon, Incorporated |
| | BK-190 | Document titled Meeting of the Board of Directors Quarter Moon, Incorporated |
| | BK-191 | Document titled Meeting of the Board of Directors Quarter Moon, Incorporated |
| | BK-192 | 05/10/2018 Email from Skalka to Schiller |
| FULL 2/10/2020 | BK-193 | 05/12/2013 Email from Bill Crane to Farzad Rastegar |
| | BK-194 | 04/29/2013 Email from Christopher Tunstall to James Lund-Lack |
| | BK-195 | 03/12/2013 Email from James Lund-Lack to Bahman Kia |
| | BK-196 | 06/18/2013 Email from James Lund-Lack to Bahman Kia |
| | BK-197 | WITHDRAWN |
| | BK-198 | 05/28/2010 Letter from Wedlake Bell LLP to St. Onge Stuart Johnston & Reens LLC |
| FULL 2/1/2020 | BK-199 | Document titled Kirby Schedule of Actual Payments - US |
| | BK-200 | 03/04/2015 Email from Bill Crane to Simon Allentuch (and email chain) |
| | BK-201 | 05/16/2013 Email from Bill Crane to Bahman Kia (and email chain) |
| | BK-202 | 05/10/2013 Email from James Lund-Lack to Bahman Kia (and email chain) |
| | BK-203 | 05/20/2013 Email from Christopher Tunstall to Richard Walker (and email chain) |
| | BK-204 | 05/07/2013 Email from Bill Crane to Bahman Kia and Bo Williams (and email chain) |
| | BK-205 | 05/22/2013 Email from Rick Ducharme to Christopher Tunstall and Richard Walker (and email chain) |
| | BK-206 | 05/18/2013 Email from Christpher Tunstall to Richard Walker (and email chain) |
| | BK-207 | 05/20/2013 Email from Richard Walker to Nickolas Betts (and email chain) |
| | BK-208 | 05/18/2013 Email from Christpher Tunstall to Bill Crane (and email chain) |
| | BK-209 | 05/20/2013 Email from Richard Walker to Christopher Tunstall (and email chain) |
| | BK-210 | 05/16/2013 Email from James Lund-Lack to Bill Crane (and email chain) |

**Amended List of Exhibits of Bruce Kirby and Bruce Kirby, Inc.**

| | |
|---|---|
| BK-211 | 05/16/2013 Email from Bill Crane to Steve Thomas et al. (and email chain) |
| BK-212 | 05/16/2013 Email from Bill Crane to Bahman Kia (and email chain) |
| BK-213 | 05/07/2013 Email from Bill Crane to Bajman Kia nd Bo Williams (and email chain) |
| BK-214 | 05/16/2013 Email from James Lund-Lack to James Lund-Lack |

FULL 2/10/2020  BK-218   Parties' Additional Stipulation of Facts and Law

FULL 2/10/2020   BK-217   Parties Stipulations of Facts and Law

FULL 2/11/2020  BK-219   Quarter Moon, Inc., US Sales by Month

FULL 2/11/2020  BK-220   Laserperformance (Europe) Limited , European Sales by Month

FULL 2/11/2020  BK-221   Laserperformance (Europe) Limited , European Sales by Month

FULL 2/11/2020   BK-222   Additional Stipulation