**List of Exhibits of Laser Performance Europe Limited and Quarter Moon, Inc.**

501.   7/11/83 Head Agreement between 124561 Canada Inc., Bruce Kirby, Inc. and Bruce Kirby

502.   7/11/83 License agreement ("1983 Builder Agreement") between Bruce Kirby, Inc, Bruce Kirby, and Brook Shaw Motor Services, Ltd.

503.   11/30/83 Agreement Relating to The International Laser Class Boat, between International Yacht Racing Union, International Laser Class Association, Bruce Kirby, Inc., Bruce Kirby, IYRU Holdings Limited, and Laser International Holdings (1983) Limited

504.   3/31/89 License agreement ("1989 Builder Agreement") between Bruce Kirby, Inc. Bruce Kirby, and PY Small Boats, Inc.

505.   8/30/95 Agreement Amending License, between Bruce Kirby, Inc. and Performance Sailcraft Europe Limited, amending 1983 Builder Agreement

506.   3/25/97 Amendment to License, between Bruce Kirby Inc. and Sunfish/Laser Inc., amending 1989 Builder Agreement

507.   3/25/97 Assignment and Assumption Agreement, between PY Small Boats, Inc. and Sunfish/Laser, Inc. (assignors) and Quarter Moon, Inc. d/b/a Vanguard Racing Sailboats (assignee)  executed pursuant to 3/3/97 Purchase Agreement and relating to 11/30/83 Agreement

508/509. 4/05 Laser Construction Manual (Parts 1 and 2)

510.   5/3/05 Amendment to 1983 Builder Agreement

511.   6/16/05 Third Amendatory Agreement, regarding 1983 Builder Agreement

512.   11/11/05 Agreement between Bruce Kirby, Bruce Kirby, Inc., ILCA, PSE Ltd, Vanguard Sailboats, Inc., PSA, and PSJ regarding Construction Manual

FULL 2/10/2020 513.   6/1/08 Intellectual Property Purchase and License Agreement

514.   6/1/08 Consulting Agreement between Kirby and PSA

515.   6/25/08 A Deed of Assignment of the 2005 International Class Agreement, BK and BKI to GSL

516.   12/8/94 Shareholders Resolution changing name of Precis Ninety Nine Limited to Laser Sailboats Limited

517. 12/21/94 Certificate of Incorporation on Change of Name from Precis Ninety Nine Limited to Laser Sailboats Limited

518. 10/26/93 Trademark Principal Register of Laser symbol of PY Small Boats, Inc.

519. 1/11/11 Trademark Registration for Laser of Karaya (Jersey) Limited

520. 9/22/11 Agreement relating to Kirby Sailboat, between Bruce Kirby, Inc., Bruce Kirby, and Global Sailing Limited

521. photos

522. Laser stickers

523. 5/20/94 Copyright Office letter to Wesley Whitmyer

524. 11/1/02 email from Tim to Bruce Kirby

525. 2/24/06 Hillgate Patent Services letter to Wesley Whitmyer

526. 6/11/07 Wesley Whitmyer letter to Register of Copyrights for Laser Construction Manual

527. 6/21/07 Library of Congress stamped copyright application receipt for "Laser Construction Manual"

528. 1/19/09 Global Sailing Limited letter to Performance Sailcraft Europe

529. 1/19/09 Global Sailing Limited letter to Vanguard Racing Sailboats

530. 3/3/09 Wesley Whitmyer email to William Crane

531. 3/5/10 Wesley Whitmyer letter to Devin Kelly

532. 3/8/10 Jeff Martin email to Wesley Whitmyer

533. 3/8/10 ILCA fax confirming shipment of ILCA Laser Plaques to "Manufacturer: Pepperprint"

534. 3/8/10 ILCA fax confirming shipment of ILCA Laser Plaques to "Manufacturer: Vanguard"

535. 3/12/10 Wesley Whitmyer letter to Jeff Martin (ILCA)

536. 3/16/10 Heini Wellman to Jeff Martin (ILCA) email string including 3/15/10 Jeff

Martin to Heini Wellman

537. 3/16/10 Wesley Whitmyer letter to Devin Kelly

538. 3/30/10 Howard Spencer email to Jeff Martin

539. 4/3/10 Wedlake Bell letter to Wesley Whitmyer

540. 4/8/10 Wesley Whitmyer letter to Jeff Martin

541. 4/9/10 Wesley Whitmyer letter to Alice Gould

542. 4/22/10 Wesley Whitmyer letter to Alice Gould

543. 4/28/10 Wedlake Bell letter to ILCA

544. 5/7/10 Wedlake Bell letter to ILCA

545. 5/10/10 Wesley Whitmyer letter to Alice Gould

546. 5/21/10 Wedlake Bell letter to Wesley Whitmyer

547. 5/27/10 email string among Heini Wellman, Howard Spencer, Chris Spencer, Jeff Martin, Wesley Whitmyer and others

548. 5/27/10 Wedlake Bell letter to St Onge Steward Johnston & Reens LLC

549. 6/26/10 Kevin McCann email to Farzad Rastegar

550. 7/2/10 Howard Spencer email to Bill Crane attaching Heads of Agreement

551. 7/12/10 Howard Spencer letter to Farzad Rastegar and Bill Crane

552. 8/25/10 Jeff Martin email to all Laser builders

553. 8/26/10 Bill Crane email to Peter Hedge and Bill Crane email to Farzad Rastegar

554. 8/26/10 Farzad Rastegar email to Peter Hedge

555. 9/5/10 Heini Wellman to Bill Crane, string of emails

556. 11/17/10 Hank Barry email to Peter Hedge

557. 11/25/10 Global Sailing letter to William Crane

558. 12/3/10 Jeff Martin email to Bill Crane

559.   12/7/10 Wesley Whitmyer letter to Farzad Raster

560.   12/13/10 Pryor Cashman letter to Wesley Whitmyer

561.   12/15/10 Wedlake Bell letter to St Onge Steward Johnston & Reens LLC

562.   1/31/11 Heini Wellman email to Farzad Rastegar

563.   2/10/11 Wesley Whitmyer letter to Philippe Zylberg

FULL 2/10/2020 564.   2/17/11 Bruce Kirby letter to Laser Performance North America and Quartermoon, Inc. dba Vanguard Racing Sailboats

565.   3/1/11 Prior Cashman letter to Wesley Whitmyer

FULL 2/11/10   566.   3/11/11 Prior Cashman letter to Wesley Whitmyer

567.   4/11/11 Prior Cashman letter to Wesley Whitmyer

FULL 2/11/10   568.   5/4/11 Prior Cashman letter to Wesley Whitmyer

FULL 2/11/10   569.   6/2/11 Prior Cashman letter to Wesley Whitmyer

FULL 2/11/10   570.   7/20/11 Prior Cashman letter to Wesley Whitmyer

FULL 2/11/10   571.   9/7/11 Prior Cashman letter to Wesley Whitmyer

572.   9/29/11 Bruce Kirby email to Farzad Rastegar

573.   10/3/11 Bruce Kirby email to Farzad Rastegar, Bill Crane and John Shad

FULL 2/11/10   574.   10/10/11 Prior Cashman letter to Wesley Whitmyer

575.   11/10/11 Charles Flynn letter to Philippe Zylberg

576.   3/7/12 Bruce Kirby Inc. letter to Bahman Kia

577.   7/17/12 Bruce Kirby Inc. letter to Quarter Moon Inc.

578.   7/25/12 Bruce Kirby email to Jerome Pels

579.   10/11/12 Bruce Kirby Inc. letter to Quarter Moon Incorporated

580.   10/11/12 Bruce Kirby Inc. letter to Laser Performance Europe Limited and/or Performance Sailcraft Europe Ltd

581.   10/17/12 Bruce Kirby email to John Kerr

582.   11/15/12 Bruce Kirby Inc. letter to Laser Performance Europe Limited and/or Performance Sailcraft Europe Ltd

583.   12/19/12 Bruce Kirby Inc. memorandum to ISAF

584.   2/1/13 Charles Flynn letter to Jerome Pels

585.   3/1/13 Bruce Kirby Inc. letter to Laser Performance Europe Limited and/or Performance Sailcraft Europe Ltd

FULL 2/10/2020  586.    3/22/13 Wesley Whitmyer letter to ISAF

587.   4/17/13 Chris Anto email to Chris Tunstall and 4/18/13 Bill Crane email to Chris Tunstall and Chris Anto

FULL 2/10/2020  588.   4/25/13 Bruce Kirby Inc. letter to Quarter Moon Incorporated

FULL 2/10/2020  589.   4/25/13 Bruce Kirby Inc. letter to Laser Performance Europe Limited and/or Performance Sailcraft Europe Ltd

590.   7/15/13 Quarter Moon Inc. letter to Bruce Kirby

591.   7/15/13 Quarter Moon Inc. letter to Bruce Kirby Inc.

592.   7/15/13 Quarter Moon Inc. letter to Global Sailing Ltd.

593.   7/22/13 Peter Hedge email to Bahman Kia

594.   10/11/13 kirbytorch.com/news: Performance Sailcraft Japan Terminated as Licensed Builder of the Kirby Sailboat

595.   3/6/15 Declaration of Global Sailing Limited (doc. 223-1)

596.   3/9/15 Expert Rebuttal Report of William F. Murray, ASA, CPA/ABV, CFF

597.   Laser Performance LLC Income Statements 2011, 2012, 2013

598.   Vanguard Sailboats Laser Master Bill of Materials – Hull

599.   Laser Bill of Materials US

600.   Laser Sailboats Master Bill of Materials – Hull

601.   Laser Sailboats Bills of Material

602    Murray Exhibit 1.pdf

FULL 2/11/2020  603    Murray Exhibit 2.pdf

FULL 2/11/2020  604    Murray Exhibit 3.pdf

FULL 2/11/2020 605    Murray Exhibit 4.pdf

FULL 2/11/2020 606    Murray Exhibit 5.pdf

FULL 2/11/2020 607    Murray Exhibit 6.pdf

FULL 2/11/2020 608    Murray Revised Exhibit 3.pdf

FULL 2/11/2020 609    Murray Revised Exhibit 6.pdf

610    Murray Exhibit 7.pdf

611    Murray Exhibit 8.pdf