UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE KIRBY, INC. ET AL | : | |
| | : | CASE NO. 3:13-CV-00297 (JAM) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| LASERPERFORMANCE (EUROPE) | : | |
| LIMITED, ET AL. | : | |
| | : | |
| Defendants. | : | FEBRUARY 25, 2020 |

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE**

Pursuant to Rule 6(b)(1)(B), and with the consent of counsel for the plaintiff, the defendants, LaserPerformance (Europe) Limited ("LPE") and Quarter Moon, Inc. ("QMI"), hereby move for a one-week extension of time, until February 25, 2020, to file a memorandum of law in opposition to Plaintiff Global Sailing Limited's Motion in Limine, dated January 28, 2020 (Doc. 552).

In support of this motion, the undersigned submits that when the motion in limine was filed, undersigned counsel for the defendants was in the midst of preparing for trial in the consolidated above-captioned case. As the court knows, the jury returned a verdict in that case on the afternoon of February 14, 2020. The defendants failed to file their memorandum in opposition to the motion in limine because their undersigned counsel was first involved in the preparation for and trial of the consolidated case and then by other matters that he had not been able to attend to during the trial.

On this date, the undersigned spoke to Attorney Jeffrey Schiller, counsel for the plaintiff, who indicated that the plaintiff consents to the granting of this motion.

For these reasons, the defendants request the one-week extension of time to file their memorandum in opposition to the motion in limine, which has been filed on this date.

DEFENDANTS,
LASERPERFORMANCE (EUROPE) LIMITED
and QUARTER MOON, INC.

 /s/ Peter T. Fay
Douglas S. Skalka (ct00616)
Peter T. Fay (ct08122)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel: (203) 821-2000
Fax: (203) 821-2009
dskalka@npmlaw.com
pfay@npmlaw.com

## **CERTIFICATION**

I hereby certify that on February 25, 2020, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

 /s/ Peter T. Fay
Peter T. Fay (ct08122)
NEUBERT, PEPE & MONTEITH, P.C.