UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE KIRBY, INC. ET AL | : | |
| | : | CASE NO. 3:13-CV-00297 (JAM) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| LASERPERFORMANCE (EUROPE) LIMITED, ET AL. | : | |
| | : | |
| | : | |
| Defendants. | : | March 13, 2020 |

## DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT

The defendants Laser Performance (Europe) Limited, ("LPE") and Quarter Moon, Inc. ("QMI") (jointly, the "Defendants") hereby request, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, that, *once all issues to be decided by the Court, as well as those that have been decided by the jury, have been ruled on,* that the Court set out the substance of the judgment in a separate document and file the judgment on the docket.  To date, no separate document setting forth a judgment on all issues arising out of the trial has been entered.

        DEFENDANTS,
        LASERPERFORMANCE (EUROPE) LIMITED
        and QUARTER MOON, INC.


 /s/ Robert B. Flynn
Douglas S. Skalka (ct00616)
Peter T. Fay (ct08122)
Robert B. Flynn (ct15803)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel: (203) 821-2000
Fax: (203) 821-2009
dskalka@npmlaw.com
pfay@npmlaw.com
rflynn@npmlaw.com

## **CERTIFICATION**

     I hereby certify that on March 13, 2020, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

 /s/ Robert Flynn
Robert B. Flynn (ct15803)
NEUBERT, PEPE & MONTEITH, P.C.