UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC. and BRUCE KIRBY<br><br>Plaintiffs,<br><br>vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED, et al.,<br><br>Defendants. | Civil Action No. 3:13-cv-00297-JAM |

**PLAINTIFFS BRUCE KIRBY AND BRUCE KIRBY, INC.'S RESPONSE TO DEFENDANTS' MOTION TO FILE A POST-TRIAL BRIEF AND MOTION FOR ENTRY OF JUDGMENT**

Pursuant to the Court's Order of March 17, 2020, (Dkt. 591), Plaintiffs Bruce Kirby and Bruce Kirby, Inc. (individually and collectively, "Kirby") hereby respond to Defendant Quarter Moon, Inc.'s ("QMI") and Defendant LaserPerformance (Europe) Ltd.'s ("LPE") (collectively, "Defendants") motion to file a post-trial brief, (Dkt. 586), and motion for entry of judgment. (Dkt. 587).

Kirby and Defendants have agreed upon a briefing schedule for post-trial issues in this matter as follows:

**April 20, 2020**: Parties to file any motions or memoranda of law concerning at least the following issues: 1) punitive damages; 2) pre-judgment interest; 3) attorneys' fees; 4) Lanham Act damages;

**May 4, 2020**: Responses are due;

**May 11, 2020**: Replies are due.

The parties would then expect the Court to enter judgment in this matter on all claims concerning both Kirby and Defendants. Any additional post-judgment motions allowable under the Federal Rules of Civil Procedure shall be filed in accordance with the Rules.

Pursuant to the foregoing, the parties agree that Defendants' motion to file a post-trial brief, (Dkt. 586), and motion for entry of judgment. (Dkt. 587) should be denied without prejudice as moot. The parties agree that no arguments of Kirby are waived as a result of not filing a substantive response to either motion.

Defendants consent to the filing of this response.

Respectfully submitted,

March 20, 2020                     */s/ Benjamin N, Luehrs*
                                   Wesley W. Whitmyer, Jr., ct03509
                                   Walter B. Welsh, ct01220
                                   Benjamin N. Luehrs, phv08980
                                   Robert D. Keeler, ct29692
                                   WHITMYER IP GROUP LLC
                                   600 Summer Street
                                   Stamford, CT  06901
                                   Tel. 203 703-0800
                                   Fax 203-703-0801
                                   Email: litigation@whipgroup.com
                                          wwelsh@whipgroup.com
                                          bluehrs@whipgroup.com
                                          rkeeler@whipgroup.com

                                   *Attorneys for Plaintiffs*
                                   *Bruce Kirby, Inc. and Bruce Kirby*

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of March, 2020, a true and correct copy of the foregoing **PLAINTIFFS BRUCE KIRBY AND BRUCE KIRBY, INC.'S RESPONSE TO DEFENDANTS' MOTION TO FILE A POST-TRIAL BRIEF AND MOTION FOR ENTRY OF JUDGMENT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

March 20, 2020                                            */s/ Joan M. Burnett*
Date