UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC. ET AL : | |
| : | CASE NO. 3:13-CV-00297 (JAM) |
| Plaintiffs, : | |
| : | |
| V. : | |
| : | |
| LASERPERFORMANCE (EUROPE) : | |
| LIMITED, ET AL. : | |
| : | |
| Defendants. : | May 11, 2020 |

**DEFENDANTS' MOTION FOR PERMISSION TO FILE AN OVER-LENGTH BRIEF**

Defendants move for permission to file a reply brief up to 15 pages in length in further support of their April 22, 2020 Post-Trial Brief (Doc. 611).  In addition, Defendants request that the Court also grant plaintiffs the permission to file a reply brief up to 15 pages in length in further support of their April 22, 2020 Motion for Judgment, Punitive Damages, Attorney's Fees, and Prejudgment Interest (Doc. 610).  Defendants make the following representations in support of this motion:

1. In accord with Rule 7(d) of the Local Rules, reply memoranda are limited to ten pages in length.

2. Defendants seek permission to file a reply brief 15 pages in length, or five pages over and above the limit provided for in the applicable rule.

3. Following the filing of its Post-Trial Brief, the United States Supreme Court released its decision in *Romag Fasteners, Inc v. Fossil, Inc.*, No. 18-1233, 2020 WL 1942012, at *4 (U.S. Apr. 23, 2020).  The decision modified the Second Circuit's treatment of "willfulness" as a prerequisite to an award of profits in a Lanham Act case.  Defendants discussion of "willfulness" constituted a significant part of the Post-Trial Brief.

1

4. Defendants seek additional pages in their reply brief to address the change in the law and its impact on the analysis they presented in their Post-Trial Brief. Plaintiffs address the decision in their opposition filed on May 6, 2020.

For the foregoing reasons, Defendants seek permission to file a reply memorandum of no more than 15 pages, and request that the same permission be extended to plaintiffs for the filing of their reply memorandum in further support of the Motion for Judgment.

DEFENDANTS,
LASERPERFORMANCE (EUROPE) LTD,
And QUARTER MOON, INC.

/s/ Robert B. Flynn
Douglas S. Skalka. (ct00616)
Peter T. Fay (ct08122)
Robert B. Flynn, Esq. (ct15803)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Tel: 203.821.2000
Fax: 203.821.2009
dskalka@npmlaw.com
pfay@npmlaw.com
rflynn@npmlaw.com

## CERTIFICATION

      I hereby certify that on May 11, 2020 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      /s/ Robert B. Flynn
Robert B. Flynn, Esq. (ct15803)
NEUBERT, PEPE & MONTEITH, P.C.