UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, INC. and BRUCE KIRBY<br><br>    Plaintiffs,<br><br>    vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED, et al.,<br><br>    Defendants. | Civil Action No. 3:13-cv-00297-JAM |

**SUPPLEMENTAL DECLARATION OF ROBERT D. KEELER
IN SUPPORT OF MOTION FOR JUDGMENT, PUNITIVE
DAMAGES, ATTORNEYS' FEES AND PRE-JUDGMENT INTEREST**

I, Robert D. Keeler, declare as follows:

1.  I am an associate of Whitmyer IP Group LLC, 600 Summer Street, Stamford, Connecticut 06901, and I am admitted to practice law in the State of Connecticut.

2.  I am one of the attorneys representing Bruce Kirby, Inc. and Bruce Kirby (collectively "Plaintiffs") in this case and I am familiar with the facts stated herein and, if called to testify, would competently testify thereto.

3.  This declaration is respectfully submitted as a supplement to my declaration in support of Plaintiffs' Motion for Judgment, Punitive Damages, Attorneys' Fees and Pre-Judgment Interest.

4.  In my original declaration, I provided two calculations for prejudgment interest for LPE under Conn. Gen. Stat. 37-3a.

5.  I understand that LPE is asserts that the jury's damage award equals LPE's total sales for the period between October 2012 and April 2013.

6. For good measure, I calculated prejudgment interest in the updated Exhibit C1. Specifically, I multiplied (1) the monthly sales, (2) the number of months until April 2020, and (3) the monthly interest rate of 0.83% (10%/12 months).

7. Based on LPE's sales between October 2012 and April 2013, I calculated prejudgment interest of **$1,826,200.58**. *See* Exhibit C1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

May 13, 2020
Date

Robert D. Keeler