# EXHIBIT C1

Case 3:13-cv-00297-JAM   Document 632-2   Filed 05/13/20   Page 1 of 3

**Laserperformance (Europe) Limited**
**Pre-Judgment Interest Calculation**
**Pursuant to Conn. Gen. Stat. 37-3a**

| | | |
|---|---|---|
| 10% | Annual Interest Rate | |
| $2,520,578.81 | Damages Award | |

| Month | Year | Sales * | No. Months | Rate | June 2010 15.27% of Monthly Sales | June 2010 Interest Per Sec. 37-3a | February 2011 20.76% of Monthly Sales | February 2011 Interest Per Sec. 37-3a | October 2012 100% of Monthly Sales | October 2012 Interest Per Sec. 37-3a |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 2010 | $ 374,647.36 | 118 | 0.83% | $ 57,221.55 | $56,267.86 | | | | |
| 7 | 2010 | $ 560,388.68 | 117 | 0.83% | $ 85,590.65 | $83,450.88 | | | | |
| 8 | 2010 | $ 373,482.06 | 116 | 0.83% | $ 57,043.57 | $55,142.12 | | | | |
| 9 | 2010 | $ 789,769.94 | 115 | 0.83% | $ 120,625.06 | $115,599.02 | | | | |
| 10 | 2010 | $ 797,107.80 | 114 | 0.83% | $ 121,745.81 | $115,658.52 | | | | |
| 11 | 2010 | $ 759,932.57 | 113 | 0.83% | $ 116,067.87 | $109,297.24 | | | | |
| 12 | 2010 | $ 406,049.69 | 112 | 0.83% | $ 62,017.77 | $57,883.25 | | | | |
| 1 | 2011 | $ 301,213.08 | 111 | 0.83% | $ 46,005.61 | $42,555.19 | | | | |
| 2 | 2011 | $ 559,275.65 | 110 | 0.83% | $ 85,420.65 | $78,302.26 | $ 116,116.06 | $106,439.72 | | |
| 3 | 2011 | $ 1,030,300.68 | 109 | 0.83% | $ 157,362.39 | $142,937.50 | $ 213,909.65 | $194,301.26 | | |
| 4 | 2011 | $ 610,716.05 | 108 | 0.83% | $ 93,277.37 | $83,949.63 | $ 126,796.05 | $114,116.44 | | |
| 5 | 2011 | $ 341,890.92 | 107 | 0.83% | $ 52,218.52 | $46,561.51 | $ 70,982.94 | $63,293.12 | | |
| 6 | 2011 | $ 520,351.88 | 106 | 0.83% | $ 79,475.65 | $70,203.49 | $ 108,034.76 | $95,430.71 | | |
| 7 | 2011 | $ 609,981.14 | 105 | 0.83% | $ 93,165.12 | $81,519.48 | $ 126,643.47 | $110,813.03 | | |
| 8 | 2011 | $ 532,427.45 | 104 | 0.83% | $ 81,320.00 | $70,477.34 | $ 110,541.88 | $95,802.96 | | |
| 9 | 2011 | $ 304,973.43 | 103 | 0.83% | $ 46,579.94 | $39,981.12 | $ 63,318.17 | $54,348.10 | | |
| 10 | 2011 | $ 309,341.77 | 102 | 0.83% | $ 47,247.14 | $40,160.07 | $ 64,225.12 | $54,591.35 | | |
| 11 | 2011 | $ 503,524.33 | 101 | 0.83% | $ 76,905.50 | $64,728.80 | $ 104,541.05 | $87,988.72 | | |
| 12 | 2011 | $ 472,477.03 | 100 | 0.83% | $ 72,163.51 | $60,136.26 | $ 98,095.05 | $81,745.87 | | |
| 1 | 2012 | $ 191,054.84 | 99 | 0.83% | $ 29,180.65 | $24,074.04 | $ 39,666.55 | $32,724.90 | | |
| 2 | 2012 | $ 428,381.22 | 98 | 0.83% | $ 65,428.56 | $53,433.33 | $ 88,939.94 | $72,634.28 | | |
| 3 | 2012 | $ 655,384.71 | 97 | 0.83% | $ 100,099.81 | $80,914.01 | $ 136,070.10 | $109,989.99 | | |
| 4 | 2012 | $ 584,046.40 | 96 | 0.83% | $ 89,203.99 | $71,363.20 | $ 121,258.93 | $97,007.14 | | |
| 5 | 2012 | $ 487,733.67 | 95 | 0.83% | $ 74,493.72 | $58,974.20 | $ 101,262.61 | $80,166.23 | | |
| 6 | 2012 | $ 252,164.04 | 94 | 0.83% | $ 38,514.13 | $30,169.40 | $ 52,353.96 | $41,010.60 | | |
| 7 | 2012 | $ 312,358.42 | 93 | 0.83% | $ 47,707.89 | $36,973.61 | $ 64,851.44 | $50,259.86 | | |
| 8 | 2012 | $ 441,701.49 | 92 | 0.83% | $ 67,463.03 | $51,721.65 | $ 91,705.47 | $70,307.53 | | |
| 9 | 2012 | $ 471,761.22 | 91 | 0.83% | $ 72,054.18 | $54,641.09 | $ 97,946.43 | $74,276.04 | | |
| 10 | 2012 | $ 492,873.90 | 90 | 0.83% | $ 75,278.81 | $56,459.11 | $ 102,329.82 | $76,747.36 | $ 492,873.90 | $369,655.42 |
| 11 | 2012 | $ 359,921.93 | 89 | 0.83% | $ 54,972.47 | $40,771.25 | $ 74,726.51 | $55,422.16 | $ 359,921.93 | $266,942.09 |
| 12 | 2012 | $ 220,992.41 | 88 | 0.83% | $ 33,753.15 | $24,752.31 | $ 45,882.15 | $33,646.91 | $ 220,992.41 | $162,061.10 |
| 1 | 2013 | $ 180,147.56 | 87 | 0.83% | $ 27,514.74 | $19,948.18 | $ 37,402.00 | $27,116.45 | $ 180,147.56 | $130,606.98 |
| 2 | 2013 | $ 402,596.42 | 86 | 0.83% | $ 61,490.33 | $44,068.07 | $ 83,586.53 | $59,903.68 | $ 402,596.42 | $288,527.43 |
| 3 | 2013 | $ 428,992.74 | 85 | 0.83% | $ 65,521.96 | $46,411.39 | $ 89,066.90 | $63,089.05 | $ 428,992.74 | $303,869.85 |
| 4 | 2013 | $ 435,053.85 | 84 | 0.83% | $ 66,447.70 | $46,513.39 | $ 90,325.30 | $63,227.71 | $ 435,053.85 | $304,537.69 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| June 2010 | | | $ 16,503,016.32 | | 15.27% | | **$2,155,999.76** | | **$2,066,401.20** | | **$1,826,200.58** |
| February 2011 | Totals | $ 12,140,425.15 | Damages as Percent of Sales | 20.76% | | | | | | |
| October 2012 | | $ 2,520,578.79 | | 100.00% | | | | | | |

*Sales from BK-220 and BK-221

**Laserperformance (Europe) Limited**
**Pre-Judgment Interest Calculation based on October 2012-April 2013 Sales**
**Pursuant to Conn. Gen. Stat. 37-3a**

| | | | | | |
|---|---|---|---|---|---|
| 10% | Annual Interest Rate | | | | |
| $2,520,578.81 | Damages Award | | | | |

| Month | Year | Sales * | No. Months | Rate | Interest Per Sec. 37-3a |
|---|---|---|---|---|---|
| 10 | 2012 | $ 492,873.90 | 90 | 0.83% | $369,655.42 |
| 11 | 2012 | $ 359,921.93 | 89 | 0.83% | $266,942.09 |
| 12 | 2012 | $ 220,992.41 | 88 | 0.83% | $162,061.10 |
| 1 | 2013 | $ 180,147.56 | 87 | 0.83% | $130,606.98 |
| 2 | 2013 | $ 402,596.42 | 86 | 0.83% | $288,527.43 |
| 3 | 2013 | $ 428,992.74 | 85 | 0.83% | $303,869.85 |
| 4 | 2013 | $ 435,053.85 | 84 | 0.83% | $304,537.69 |
| **Totals** | | $ 2,520,578.79 | | | **$1,826,200.58** |

*Sales from BK-220 and BK-221