**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE KIRBY, INC., ET AL.,<br><br>    Plaintiffs,<br><br>        vs.<br><br>LASERPERFORMANCE (EUROPE) LIMITED, ET. AL.,<br><br>    Defendants. | Civil Action No. 3:13-cv-00297-JAM |

**PLAINTIFFS' SUPPLEMENTAL RESPONSE IN SUPPORT OF
MOTION FOR JUDGMENT, PUNITIVE DAMAGES,
ATTORNEYS' FEES, AND PRE-JUDGMENT INTEREST**

**I.    Introduction**

Pursuant to the Court's Order dated June 24, 2020, (Dkt. 639), and in conjunction with the filing of the Supplemental Fee Declaration of Benjamin N. Luehrs in Support of Plaintiff's Motion for Attorneys' Fees and Punitive Damages ("the Supplemental Luehrs Declaration"), filed concurrently herewith, Plaintiffs Bruce Kirby and Bruce Kirby, Inc. ("Kirby") hereby provide a brief supplemental response to Kirby's request for attorneys' fees and punitive damages to elaborate on the reasonableness of Kirby's fee and expense calculations.

**II.   Kirby's Calculations of Legal Fees and Punitive Damages are Reasonable and Well Supported**

As shown in the Supplemental Luehrs Declaration, Kirby has provided updated calculations for legal fees for Kirby's claims (**$758,415.15**), punitive damages (**$885,889.66**), and for Defendants' baseless counterclaims (**$32,460.00**). Each of these calculations are reasonable and well supported.

1

Pursuant to these supplemental filings, Kirby seeks to adequately identify reasonable legal fees to which he is entitled. To do so, Kirby highlighted each of the billing entries previously submitted to the Court in green, blue, yellow, or red to differentiate the bills and further support Kirby's attorneys' fee and punitive damages requests. Kirby is entitled to a full (100%) award for at least all the billing entries highlighted in green and yellow, and at least a partial award (*e.g.*, of at least 57 percent) for all the billing entries highlighted in blue. Kirby is not seeking an award for billing entries highlighted in red (irrespective of any entitlement to them).

Each of the billing entries highlighted in green and blue is directly related to Kirby's Lanham Act claims (Claims 1 & 2) and/or concern legal work that is inextricably intertwined with legal work related to these claims and related proofs. With respect to the billing entries highlighted in blue, Kirby expects Defendants to belabor the entries' specific phraseology. Accordingly, as a showing of good faith and reasonableness, and to assist the Court's determination of Kirby's fee request, Kirby only requests a partial award for these entries. Specifically, Kirby asserts that an award of at least 57 percent of the blue billing entries is reasonable.

First, 57 percent represents four of Kirby's seven original claims brought against QMI and LPE to cease their unauthorized use of Kirby's trademarked name to sell Laser sailboats (4/7 = 0.57). Thus, prior to the Court's decision on summary judgment dismissing Kirby's contract claims, expenses and certain billing entries, such as entries related to the parties' Rule 26(f) report or other status reports, can fairly be apportioned based on the number of claims specifically relating to Kirby's trademarked name.

Furthermore, 57 percent represents a fair calculation of the content of the blue-highlighted billing entries. For instance, much of the legal fees incurred by Kirby to oppose Defendants' motion for summary judgment are highlighted in blue, yet *more* than 57 percent of Defendants' summary judgment memorandum was directed to claims concerning Kirby's trademarked name. In fact, fifteen (15) of the nineteen (19) pages of the "argument" section of Defendants' brief concerned claims concerning Kirby's name. (*See* Dkt. 187 at 16-35.) Kirby's related fee requests for these entries is therefore reasonable at least because the blue-highlighted billing entries are more than 57 percent concerned with Kirby's related claims. Indeed, each of the blue-highlighted entries predominantly concerns Defendants' willful and unauthorized use of Kirby's trademarked name.

Accordingly, when calculated based on the percentage of Kirby's claims related to Kirby's trademarked name, or when viewed in relation to the content of the blue billing entries, a 57-percent award is reasonable.

Additionally, Kirby notes that there is absolutely no basis to apportion Kirby's legal fees or expenses following the Court's August 12, 2016 summary judgment order, after which Kirby possessed *only* claims concerning Defendants' unauthorized use of Kirby's trademarked name. (*See* Dkt. 283.) A calculation of Kirby's legal fees following the Court's August 12, 2016 summary judgment order total at least $417,253 using the Court's lodestar fee rates for attorneys, paralegals, and attorney Mackenzie Long, respectively. (*See* Dkt. 558.)

Finally, Kirby highlighted in red all the billing entries between 2013 to the present that either (a) include a redaction, or (b) appear to predominantly relate to a defendant other than Quarter Moon, Inc. or LaserPerformance (Europe) Limited, or predominately relate to a claim other than one concerning Defendants' unauthorized use of Kirby's trademarked name to sell

3

Laser sailboats. As a gesture of good faith and reasonableness, Kirby is not seeking the fees highlighted in red at this time, irrespective of any legal entitlement to them.

### III.    CONCLUSION

For the reasons stated herein, and those in Kirby's other post-trial briefing, Kirby respectfully requests the Court award $758,415.15 in legal fees for Kirby's claims, $885,889.66 in punitive damages, and $32,460.00 in relation to Defendants' baseless counterclaims.

                            Respectfully submitted,


July 1, 2020                */s/ Benjamin N. Luehrs*
                            Wesley W. Whitmyer, Jr., ct03509
                            Benjamin N. Luehrs (phv08980)
                            Robert D. Keeler, ct29692
                            WHITMYER IP GROUP LLC
                            600 Summer Street
                            Stamford, CT  06901
                            Tel. 203 703-0800
                            Fax 203 703-0801
                            Email: litigation@whipgroup.com
                                       bluehrs@whipgroup.com
                                       rkeeler@whipgroup.com

                            *Attorneys for Plaintiffs*
                            *Bruce Kirby, Inc. and Bruce Kirby*

## CERTIFICATE OF SERVICE

      This is to certify that on this 1st day of July 2020, true and correct copies of the foregoing **PLAINTIFFS' SUPPLEMENTAL RESPONSE IN SUPPORT OF MOTION FOR JUDGMENT, PUNITIVE DAMAGES, ATTORNEYS' FEES, AND PRE-JUDGMENT INTEREST, DECLARATION OF BENJAMIN N. LUEHRS and EXHIBITS 1 – 11** were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


<u>July 1, 2020</u>                                                            */s/ Joan M. Burnett*