UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE KIRBY, INC. ET AL | : | |
| | : | CASE NO. 3:13-CV-00297 (JAM) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| LASERPERFORMANCE (EUROPE) | : | |
| LIMITED, ET AL. | : | |
| | : | |
| Defendants. | : | JULY 1, 2020 |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND RULE 59 MOTION FOR NEW TRIAL**

The defendants, Quarter Moon, Inc. ("QMI") and LaserPerformance (Europe) Limited ("LPE"), hereby move for a new trial on each of the claims for which the jury found the respective plaintiff had proven liability and damages. First, the defendant QMI moves for a new trial as to Claim I (trademark infringement) on the grounds that the jury's verdict was a seriously erroneous result, against the weight of evidence and/or resulted in a miscarriage of justice. Second, the defendant QMI moves for a new trial as to Claim II (false designation of origin) on the grounds that the jury's verdict was a seriously erroneous result, against the weight of evidence and/or resulted in a miscarriage of justice. Finally, both QMI and LPE move for a new trial as to Claim IV (misappropriation of Bruce Kirby's name) on the grounds that the jury's verdict was a seriously erroneous result, against the weight of evidence and/or resulted in a miscarriage of justice.

Defendants also move for dismissal of plaintiffs' claims on the grounds that they failed to prove that they suffered injury in fact sufficient to establish standing.

For these reasons, as further explained in the accompanying memorandum of law, the defendants submit that the court should dismiss plaintiffs complaint or, in the alternative, grant a new trial on Claims I, II, and IV.

        DEFENDANTS,
        LASERPERFORMANCE (EUROPE) LTD,
        and QUARTER MOON, INC.

        /s/ Robert B. Flynn
        Douglas S. Skalka. (ct00616)
        Peter T. Fay (ct08122)
        Robert B. Flynn, Esq. (ct15803)
        NEUBERT, PEPE & MONTEITH, P.C.
        195 Church Street, 13th Floor
        New Haven, CT 06510
        Tel: 203.821.2000
        Fax: 203.821.2009
        dskalka@npmlaw.com
        pfay@npmlaw.com
        rflynn@npmlaw.com

## **CERTIFICATION**

I hereby certify that on July 1, 2020 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

/s/ Robert B. Flynn
Robert B. Flynn, Esq. (ct15803)
NEUBERT, PEPE & MONTEITH, P.C.