Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____   RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 2 hours 56 minutes

DATE: 6/22/2020   START TIME: 10:02 AM   END TIME: 12:58 PM

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 13cv297

Kirby et al                                     Luehrs, Keeler
                                                Plaintiff's Counsel
         vs
Laser Performance (Europe) et al                Flynn, Fay
                                                Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing        ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☑ .....#610 Motion for entry of judgment _____ ☐ granted ☐ denied ☑ advisement
☑ .....#611 Motion Post-trial submission *not a motion* ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ Hearing continued until _____ at _____

Notes: Doc. #611 is not a motion; it is a post-trial submission.