UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE KIRBY, et al.<br>    Plaintiffs,<br><br>            vs.<br><br>LASERPERFORMANCE(EUROPE), LIMITED, et al.,<br>    Defendants. | Civil Action No. 3:13-cv-00297-JAM |

## JOINT MOTION FOR ENTRY OF JUDGMENT

Plaintiff Global Sailing, Limited and Defendants Quarter Moon, Incorporated and LaserPerformance(Europe), Limited consistent with F.R.C.P. including 68(a), and 68(c) jointly move the court to enter a judgment of $754,609.28 consistent with the terms of a Settlement Agreement dated June 15, 2020, fully executed June 26, 2020, and in light of the Affidavit for Judgment By Confession, attached herewith.

Respectfully Submitted,                                            Date: July 15, 2020

/s/ J. Kevin Grogan                                               /s/ Douglas S. Skalka
J. Kevin Grogan (ct00331)                                         Douglas S. Skalka
Jeffrey E. Schiller (pro hac vice)                                Peter T. Fay
Joseph F. Romagnano (ct30857)                                     Robert B. Flynn
Grogan, Tuccillo & Vanderleeden, LLP                              Neubert, Pepe & Monteith, P.C.
1350 Main Street, Suite 508                                       195 Church Street, 13th Floor
Springfield, MA 01103                                             New Haven, CT 06510
Tel. (413) 736-5401                                               Tel. (203) 821-2000
Fax: 413-733-4543                                                 Fax: 203-821-2009
Email: saillit@gtv-ip.com                                         Email: dskalka@npmlaw.com
                                                                         pfay@npmlaw.com
*Attorneys for Plaintiff*                                                rflynn@npmlaw.com
*Global Sailing Limited*

                                                                  *Attorneys for Defendants*
                                                                  *Laser Performance(Europe), Limited and*
                                                                  *Quarter Moon, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on 15 July 2020, a true copy of the foregoing "**JOINT MOTION FOR ENTRY OF JUDGMENT**" was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/EFC System.

Date: July 15, 2020

/s/ J. Kevin Grogan
J. Kevin Grogan (ct00331)
Jeffrey E. Schiller (pro hac vice)
Joseph F. Romagnano (ct30857)
Grogan, Tuccillo & Vanderleeden, LLP
1350 Main Street, Suite 508
Springfield, MA 01103
Tel. (413) 736-5401
Fax: 413-733-4543
Email: saillit@gtv-ip.com

*Attorneys for Plaintiff*
*Global Sailing Limited*