UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE KIRBY, INC., ET AL,                    Civil No. 3:13-cv-297 (JAM)
*Plaintiffs,*

v.

LASERPERFORMANCE (EUROPE)
LIMITED, ET AL.,
*Defendants.*                                July 28, 2020

### PARTIAL JUDGMENT

This matter came on for consideration on the joint Motion for Entry of Judgment (Doc. #646) filed by plaintiff Global Sailing, Limited and defendants Quarter Moon, Incorporated and LaserPerformance(Europe), Limited before the Honorable Jeffrey A. Meyer, United States District Judge. On July 28, 2020, an order entered GRANTING that motion solely as to the claims between them consistent with the terms of their Settlement Agreement.

It is therefore ORDERED, ADJUDGED, and DECREED that judgment of $754,609.28 is entered in favor of plaintiff Global Sailing, Limited and against defendants LaserPerformance(Europe), Limited and Quarter Moon, Incorporated, and only to these parties, consistent with the terms of their Settlement Agreement. Plaintiffs Bruce Kirby and Bruce Kirby, Inc.'s claims remain outstanding.

Dated at New Haven, Connecticut, this 28th day of July 2020.

ROBIN D. TABORA, Clerk

By: _____/s/_____
Breigh Freberg, Deputy Clerk

EOD: July 28, 2020