UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE KIRBY, INC., ET AL,                      Civil No. 3:13-cv-297 (JAM)
*Plaintiffs,*

v.

LASERPERFORMANCE (EUROPE)
LIMITED, QUARTER MOON,
INCORPORATED,
*Defendants.*                                                             February 2, 2021

## **JUDGMENT**

This matter came on for consideration on the motion to dismiss and for new trial (Doc. #641) filed by defendants LaserPerformance (Europe) Limited and Quarter Moon, Incorporated and motion for entry of judgment (Doc. 610) filed by plaintiffs Bruce Kirby, Inc. and Bruce Kirby before the Honorable Jeffrey A. Meyer, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions. The Court denies the defendants' motion to dismiss and for new trial (Doc. #641), and the Court grants in part and denies in part plaintiffs' motion for entry of judgment (Doc. #610) as explained in the accompanying ruling (Doc. #651).

It is therefore ORDERED, ADJUDGED, and DECREED that judgment shall enter in favor of Bruce Kirby, Inc. on its Lanham Act claims (Counts One and Two) against Quarter Moon, Incorporated, and a Lanham Act damages award of $2,056,736.33 against Quarter Moon, Incorporated; judgment shall enter in favor of Bruce Kirby against Quarter Moon, Incorporated and LaserPerformance (Europe) Limited for misappropriation of Kirby's name (Count Three), with a nominal damages award of $1 against Quarter Moon, Incorporated and a compensatory damages award of $2,520,578.81 against

LaserPerformance (Europe) Limited; an award of attorneys' fees under the Lanham Act shall enter in favor of Bruce Kirby, Inc. against Quarter Moon, Incorporated in the amount of $734,528.30; and an award of punitive damages on Bruce Kirby's misappropriation claim in the amount of $804,179.44 shall enter against both Quarter Moon, Incorporated and LaserPerformance (Europe) Limited, who shall be jointly and severally liable for the full amount. Upon payment from the defendants of a total amount of $734,528.30 to Bruce Kirby and/or Bruce Kirby, Inc. for attorneys' fees (including all amounts paid by Quarter Moon, Incorporated to Bruce Kirby, Inc. for Lanham Act attorneys' fees), defendants shall not owe any additional sum to either Bruce Kirby or Bruce Kirby, Inc. for the attorneys' fees component of the punitive damages award. The case is closed.

      Dated at New Haven, Connecticut, this 2nd day of February 2021.

                                                    ROBIN D. TABORA, Clerk

                                                    By: _____/s/_____
                                                    Yelena Gutierrez, Deputy Clerk

EOD:  February 2, 2021