**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| | x | |
| | : | |
| BRUCE KIRBY, INC. ET AL. | : | CASE NO. 3:13-CV-00297 (JAM) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| LASERPERFORMANCE (EUROPE) | : | |
| LIMITED, ET AL. | : | |
| | : | |
| Defendants. | : | |
| | x | |

**DECLARATION OF FARZAD RASTEGAR IN SUPPORT OF**
**DORY VENTURES, LLC'S REPLY TO PLAINTIFFS' OPPOSITION**
**TO MOTION TO QUASH AND OBJECTION TO MOTION TO COMPEL**

Farzad Rastegar, declares as follows:

1.    I am familiar with the facts stated herein and submit this Declaration in support of Dory Ventures, LLC's Reply to Plaintiffs' Opposition to Motion to Quash.

2.    I am a member and director of Dory Ventures, LLC.

3.    Dory Ventures, LLC ("Dory") is an advisory services business. It currently has one full time employee and several part time employees. Since January 1, 2017, it has had no more than three employees at any time. To the best of my recollection, Dory has not provided any services to the defendants in this action for at least the past three years.

4.    I have reviewed the Subpoena for the Production of Documents dated May 19, 2021 directed to Dory by the Plaintiffs. Any Dory records are located in storage boxes in several different locations except for current year records which are maintained digitally.  To my knowledge, the records are not organized in any chronological way or labeled for easy perusal or analysis.

5.    By policy, the records of Dory do not include materials that would belong to any of Dory's clients. Work product associated with any project or assignment belongs to the clients and have not been maintained by Dory at any time.

6.    Further, by policy Dory retains records for a period of seven years from the end of any calendar year. As a result, to the best of my recollection, there would be no records within Dory files that would relate to the defendants and are more than seven years old.

7.      Dory's current staffing is limited, and Dory does not have the resources available to conduct the search and retrieval sought by the Plaintiffs' Subpoena. Such a search would involve many hours of work at various storage locations and at substantial cost to Dory.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

June 24, 2021

Farzad Rastegar