## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BRUCE KIRBY, INC. ET AL. | CASE NO. 3:13-CV-00297 (JAM) |
| Plaintiffs, | |
| v. | |
| LASERPERFORMANCE (EUROPE) LIMITED, ET AL. | |
| Defendants. | June 28, 2021 |

## RESPONSE TO MOTION TO SEAL

The defendants, LaserPerformance (Europe) Limited ("LPE") and Quarter Moon, Inc. ("QMI" and, together with LPE, the "Defendants"), submit this Response to Motion to Seal a Portion of Plaintiffs' Opposition to Motion to Quash (the "Motion") filed by the plaintiffs, Bruce Kirby ("Kirby") and Bruce Kirby, Inc. ("BKI")(collectively, the "Kirby plaintiffs") (Dkt. 673).

The Motion seeks to seal certain documents (the "Documents") submitted with Plaintiffs' Opposition to Motion to Quash (Dkt. 675) pursuant to the standing protective order entered by the Court on March 4, 2013. (Dkt. 7). The Defendants have reviewed the Documents and do not seek to have the Documents sealed by the Court.

Dated:  June 28, 2021  
       New Haven, Connecticut

LaserPerformance (Europe) Limited  
Quarter Moon, Inc.,

By: /s/Douglas S. Skalka  
    Douglas S. Skalka (ct00616)  
    Nancy Bohan Kinsella (ct12109)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, CT 06510  
    Tel: (203) 821-2000  
    Fax: (203) 821-2008  
    dskalka@npmlaw.com

2

**CERTIFICATION**

   I hereby certify that on June 28, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

               /s/Douglas S. Skalka
              Douglas S. Skalka (ct00616)
              NEUBERT, PEPE & MONTEITH, P.C.